Randy Lipsitz, Esq. (RL-1526)
Richard L. Moss, Esq. (RLM-7948)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

ADVANCE MAGAZINE PUBLISHERS INC.
d/b/a THE CONDÉ NAST PUBLICATIONS,

CIVIL ACTION NO.: 05 CIV. 7516

Plaintiff,

v.

JURY TRIAL DEMANDED

ACTIV8NOW, LLC and ACTIVE8MEDIA, LLC

Defendants.

------------------------------------------------------------ x

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, plaintiff Advance Magazine Publishers Inc. d/b/a The Condé Nast Publications states, through its undersigned counsel, that it is wholly owned by The Patriot-News Co., a Pennsylvania corporation located at 812 Market Street, Harrisburg, Pennsylvania 17105. The Patriot-News Co. is in turn wholly owned by Advance Publications, Inc., a New York corporation located at 950 Fingerboard Road, Staten Island, New

KL3:2460636.1

York 10305. No publicly held corporation owns 10% or more of the stock of plaintiff Advance Magazine Publishers Inc.

          Respectfully submitted,

          KRAMER LEVIN NAFTALIS & FRANKEL LLP
          Attorneys for Plaintiff
             Advance Magazine Publishers Inc.
             d/b/a The Condé Nast Publications
          1177 Avenue of the Americas
          New York, New York 10036
          Tel.: (212) 715-9100
          Fax: (212) 715-8000

          By: *Randy Lipsitz* (signature)
             Randy Lipsitz (RL-1526)
             Richard L. Moss (RLM-7948)