AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

ADVANCE MAGAZINE PUBLISHERS INC. d/b/a
THE CONDÉ NAST PUBLICATIONS,
          Plaintiff,

v.

ACTIV8NOW, LLC and
ACTIVE8MEDIA LLC,

          Defendants.

**APPEARANCE**

Case Number: 05 CIV. 7516

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Advance Magazine Publishers Inc. d/b/a The Condé Nast Publications

I certify that I am admitted to practice in this court.

8-25-2005
Date

*Randy Lipsitz* (signature)

Randy Lipsitz, Esq     RL - 1526
Print Name     Bar Number

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
Address

New York     NY     10036
City     State     Zip Code

(212) 715-9100     (212) 715-8000
Phone Number     Fax Number