AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_Southern_ DISTRICT OF _New York_

ADVANCE MAGAZINE PUBLISHERS INC.
d/b/a THE CONDÉ NAST PUBLICATIONS,

            Plaintiff,

V.

ACTIV8NOW, LLC and
ACTIVE8MEDIA, LLC,

            Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 CV 7516**

**JUDGE KARAS**

TO: (Name and address of defendant)

Activ8now, LLC
Active8media, LLC
10 Glen Lake Parkway, Suite 900
Atlanta, Georgia 30328

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attn: Randy Lipsitz, Esq.

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

AUG 2 5 2005

DATE

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| **\*\*** Service of the summons and complaint/ was made by me | **DATE** August 26, 2005 @ 1:20 pm |
| **NAME OF SERVER** Craig Brazeman | **TITLE** PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left _____

☐ Returned unexecuted: _____

☐ Other ( specify): Served Activ8now, LLC by personally serving Todd Mannik, CEO/President/Registered Agent, at 10 Glen Lake Parkway, #900, Atlanta, GA 30342. Mr. Mannik's fits the following description: white male, approximately 40 years old, 5'8" in height, slim, light brown hair that was thinning.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on      Date  8/31/2005          Signature of Server

\*\* Also served: Civil Cover Sheet; Corporate Disclosure Statement; Appearance; Individual Practices of Kenneth M. Karas; Individual Practices of Magistate Judge Eaton; 3rd Amended Instructions for Filing an Electronic Case or Appeal; Procedures for Electronic Case Filing; Guidelines For Electronic Case Filing

MLQ ATTORNEY SERVICE
2110 POWERS FERRY ROAD
SUITE 305
ATLANTA, GA 30339
1-800-446-8794

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.