KARAS, S

Randy Lipsitz, Esq. (RL-1526)
Richard L. Moss, Esq. (RLM-7948)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Paul R. Niehaus, Esq. (PN-3994)
NIEHAUS LLP
220 East 54th Street, 3K
New York, New York 10022
(917) 882-7178

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x

ADVANCE MAGAZINE PUBLISHERS INC.
d/b/a THE CONDÉ NAST PUBLICATIONS,

           Plaintiff,

   v.

ACTIV8NOW, LLC AND ACTIVE8MEDIA, LLC,

           Defendants.
---------------------------------------x

CIVIL ACTION NO.:
1:05-cv-07516-KMK

## CONSENT STIPULATION EXTENDING TIME TO ANSWER COMPLAINT

COME NOW, Plaintiff Advance Magazine Publishers Inc. d/b/a The Condé Nast Publications ("Plaintiff") and Defendants Activ8now, LLC and Active8media, LLC, (collectively the "Defendants"), by and through their respective counsel, and hereby Agree and Stipulate that the deadline within which the Defendants may move, respond or otherwise answer the Plaintiff's Complaint is hereby extended through and including Monday, September 19, 2005.

So stipulated and agreed this 13th day of September, 2005.:

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*Randy Lipsitz*

Randy Lipsitz
Richard L. Moss
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Attorneys for Plaintiff
Advance Magazine Publishers, Inc.
d/b/a The Condé Nast Publications

NIEHAUS LLP

*Paul R. Niehaus*

Paul R. Niehaus
220 East 54th Street, 3K
New York, New York 10022
(917) 882-7178

Attorneys for Defendants
Activ8Now, LLC and Active8Media, LLC

SO ORDERED this 14th day of September, 2005.

_____
Judge

2

LIT621211.1