Paul R. Niehaus (PN-3994)
NIEHAUS LLP
220 E. 54th Street, 3K
New York, New York 10022
(917) 882-7178

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
:
ADVANCE MAGAZINE PUBLISHERS INC.    :
d/b/a THE CONDÉ NAST PUBLICATIONS,  :
:
                 Plaintiff,       :
:
     v.                                  :
:
ACTIV8NOW, LLC and ACTIVE8MEDIA, LLC, :
:
                Defendants.     :
---------------------------------------------------------------- x

Civil Action No.:
1:05-cv-07516 (KMK)(DFE)

ELECTRONICALLY FILED

NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT, AND ALL PARTIES OF RECORD:

      Please enter my appearance as counsel in this case for Defendants Activ8now, LLC and Active8media, LLC.  I certify that I am admitted to practice in this Court.

Dated:  September 19, 2005
       New York, New York

                              s/ Paul R. Niehaus
                              Paul. R. Niehaus (PN-3994)
                              NIEHAUS LLP
                              220 East 54th Street, 3K
                              New York, New York 10022
                              Tel.: (917) 882-7178
                              prniehaus@aol.com

TO:  Attached Service List

## CERTIFICATE OF SERVICE

I, Paul R. Niehaus, Esq., an attorney duly registered and licensed to practice law in the State of New York and in this Court, hereby certify under penalty of perjury that I caused the annexed Notice of Appearance to be served by hand on Monday, September 19, 2005 by hand on the following parties, in addition to electronic service effected by the Court:

> Randy Lipsitz, Esq. (RL-1526)
> Richard L. Moss, Esq. (RLM-7948)
> KRAMER LEVIN NAFTALIS & FRANKEL LLP
> 1177 Avenue of the Americas
> New York, New York 10036
> Tel.: (212)715-9100
> Fax: (212)715-8000
> *Attorneys for Plaintiff Advance Magazine Publishers Inc.*
> *d/b/a The Condé Nast Publications*
>
> Jerry S. Birenz, Esq.
> Michael J. Anderson, Esq.
> SAWN, BERMANT & GOULD LLP
> 4 Times Square, 23rd Floor
> New York, New York 10036-6526
> Tel.: (212) 381-7000
> *Of Counsel to Plaintiff*

                                                 s/ Paul R. Niehaus
                                                 Paul R. Niehaus