Paul R. Niehaus, Esq. (PN-3994)
NIEHAUS LLP
220 East 54th Street, 3K
New York, New York 10022
(917) 882-7178
Attorneys for Defendants
*Activ8Now, LLC and Active8Media, LLC*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
_____x
                                            :
ADVANCE MAGAZINE PUBLISHERS INC.            :
d/b/a THE CONDÉ NAST PUBLICATIONS,          :
                                            :
                                            :   CIVIL ACTION NO.:
            Plaintiff,                      :   1:05-cv-07516 (KMK)(DEF)
                                            :
       v.                                   :   ELECTRONICALLY FILED
                                            :
ACTIV8NOW, LLC and ACTIVE8MEDIA, LLC,       :
                                            :
                                            :
            Defendants.                     :
_____x

## RULE 7.1 DISCLOSURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants disclose the following limited liability companies and state that there is no parent corporation and no publicly held corporation has a ten percent or more interest in Defendants: Activ8now, LLC and Active8media, LLC.

This 19th day of September, 2005.

                                            Respectfully submitted,

                                            NIEHAUS LLP


                                            s/ Paul R. Niehaus
                                            Paul R. Niehaus

220 East 54th Street, 3K
New York, New York 10022
(917) 882-7178
Attorneys for Defendants
*Activ8Now, LLC and Active8Media, LLC*

<u>Of Counsel</u>
Dale Lischer
T. Hunter Jefferson
Deborah A. Heineman
SMITH, GAMBRELL & RUSSELL, LLP
Promenade II, Suite 3100
1230 Peachtree Street, N.E.
Atlanta, Georgia  30309-3592
404.815.3500
404.815.3509 (Facsimile)

**CERTIFICATE OF SERVICE**

I, Paul R. Niehaus, Esq., an attorney duly registered and licensed to practice law in the State of New York and in this Court, hereby certify under penalty of perjury that I caused the annexed Rule 7.1 Disclosure to be served by hand on Monday, September 19, 2005 by hand on the following parties, in addition to electronic service effected by the Court:

> Randy Lipsitz, Esq. (RL-1526)
> Richard L. Moss, Esq. (RLM-7948)
> KRAMER LEVIN NAFTALIS & FRANKEL LLP
> 1177 Avenue of the Americas
> New York, New York 10036
> Tel.: (212)715-9100
> Fax: (212)715-8000
> *Attorneys for Plaintiff Advance Magazine Publishers Inc.*
> *d/b/a The Condé Nast Publications*
>
> Jerry S. Birenz, Esq.
> Michael J. Anderson, Esq.
> SAWN, BERMANT & GOULD LLP
> 4 Times Square, 23rd Floor
> New York, New York 10036-6526
> Tel.: (212) 381-7000
> *Of Counsel to Plaintiff*

                                                               s/ Paul R. Niehaus
                                                                Paul R. Niehaus