Paul R. Niehaus, Esq. (PN-3994)
NIEHAUS LLP
220 East 54th Street, 3K
New York, New York 10022
(917) 882-7178

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
——————————————————————x
                                            :
ADVANCE MAGAZINE PUBLISHERS INC.      :      Civil Action No.:
d/b/a THE CONDÉ NAST PUBLICATIONS,    :      1:05-cv-07516 (KMK)(DFE)
                                            :
                                            :      ELECTRONICALLY FILED
                       Plaintiff,           :
                                            :
             v.                             :      **NOTICE OF MOTION FOR**
                                            :      **ADMISSIONS *PRO HAC VICE***
ACTIV8NOW, LLC and ACTIVE8MEDIA, LLC  :
                                            :
                                            :
                       Defendants.          :
——————————————————————x

### NOTICE OF MOTION FOR ADMISSIONS *PRO HAC VICE*

PLEASE TAKE NOTICE that, on a date and at a time designated by the Court, Defendants Activ8now, LLC (Activ8now") and Active8media, LLC ("Active8media"), by and through their undersigned counsel and pursuant to Rule 1.3(c) of the Local Rules for the Southern District of New York, will move this Court to admit T. Hunter Jefferson, Deborah A. Heineman, and Dale Lischer *pro hac vice* in this action.  This motion is supported by the accompanying: (i) Memorandum of Law in Support of Motion for Admissions *Pro Hac Vice*, (ii) the Declaration of Paul R. Niehaus with attached exhibits, (iii) the Declaration of T. Hunter Jefferson, (iv) the Declaration of Dale Lischer, and (v) the Declaration of Deborah Heineman, a hand-executed version of which will be filed with the Court on October 10, 2005.  A proposed Order granting the motion has also been sent to the Clerk of the Court.

PLEASE TAKE FURTHER NOTICE that, opposing papers, if any, shall be served on

Defendants' counsel on or before October 20, 2005, and any reply papers shall be served on

Plaintiff's counsel on or before October 27, 2005.

Dated:  October 6, 2005
        New York, New York


                                    Respectfully submitted,

                                    NIEHAUS LLP


                                    s/ Paul R. Niehaus
                                    Paul R. Niehaus


220 East 54th Street, 3K
New York, New York 10022
Tel.: (917) 882-7178

Of Counsel
Dale Lischer
T. Hunter Jefferson
Deborah A. Heineman
SMITH, GAMBRELL & RUSSELL, LLP
Promenade II, Suite 3100
1230 Peachtree Street, N.E.
Atlanta, Georgia  30309-3592
Tel.: (404) 815-3500

<u>TO:</u>

Randy Lipsitz, Esq. (RL-1526)
Richard L. Moss, Esq. (RLM-7948)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Tel.: (212)715-9100
Fax: (212)715-8000
*Attorneys for Plaintiff Advance Magazine Publishers Inc.*
*d/b/a The Condé Nast Publications*