Paul R. Niehaus (PN-3994)
NIEHAUS LLP
220 East 54th Street, 3K
New York, New York 10022
(917) 882-7178

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____x
                                        :
ADVANCE MAGAZINE PUBLISHERS INC.        :   Civil Action No.:
d/b/a THE CONDÉ NAST PUBLICATIONS,      :   1:05-cv-07516 (KMK)(DFE)
                                        :
                                        :   **DECLARATION OF PAUL**
                           Plaintiff,   :   **R. NIEHAUS IN SUPPORT**
                                        :   **OF ADMISSIONS**
            v.                          :   *PRO HAC VICE*
                                        :
ACTIV8NOW, LLC and ACTIVE8MEDIA, LLC    :   FILED ELECTRONICALLY
                                        :
                                        :
                           Defendants.  :
_____x

I, PAUL R. NIEHAUS, hereby declare under penalty of perjury:

1.   I am a member of the law firm Niehaus LLP.  I submit this declaration in support of the motion pursuant to Rule 1.3(c) of the Local Rules for the Southern District of New York for an order granting T. Hunter Jefferson, Deborah A. Heineman, and Dale Lischer admission *pro hac vice* to the bar of the United States District Court for the Southern District of New York.

2.   I am an attorney admitted to practice law in the State of New York, and am a member in good standing of the bar of this Court.

3.   T. Hunter Jefferson is a member of the firm Smith, Gambrell & Russell, LLP.  He was admitted to the State Bar of Georgia in 1998. and is currently a member in good standing of that bar.  T. Hunter Jefferson is also admitted to, and a member in good standing with, the United

States District Courts for Northern District of Georgia, the Middle District of Georgia, and the Eastern District of Michigan.  A true and correct copy of his certificate of good standing issued by the State Bar of Georgia is attached hereto as Exhibit A.

4.  Deborah A. Heineman is a member of the firm Smith, Gambrell & Russell, LLP. she was admitted to the State Bar of Georgia in 1999, and is currently a member in good standing of that bar.  Deborah A. Heineman is also admitted to, and a member in good standing with, the United States District Courts for the Northern District of Georgia and the Middle District of Georgia.  A true and correct copy of her certificate of good standing issued by the State Bar of Georgia is attached hereto as Exhibit B.

5.  Dale Lischer is a member of the firm Smith, Gambrell & Russell, LLP.  He was admitted to the State Bar of Georgia in 1983, of New York in 1973, and of Illinois in 1977, and is currently a member in good standing of the bars of Georgia and Illinois.  Dale Lischer is also admitted to, and a member in good standing with, the United States District Court for the Northern District of Georgia and the Court of Appeals for the Federal Circuit.  A true and correct copy of his certificate of good standing issued by the State Bar of Georgia is attached hereto as Exhibit C.

I declare subject to the penalties of perjury as set forth in section 1746 of Title 28 of the United States Code that the foregoing is true and correct.

s/ Paul R. Niehaus

Paul R. Niehaus