Paul R. Niehaus (PN-3994)
NIEHAUS LLP
220 East 54th Street, 3K
New York, New York 10022
(917) 882-7178

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____x
                                          :
ADVANCE MAGAZINE PUBLISHERS INC.          :   Civil Action No.:
d/b/a THE CONDÉ NAST PUBLICATIONS,        :   1:05-cv-07516 (KMK)(DFE)
                                          :
                                          :   DECLARATION OF DEBORAH
                                Plaintiff,:   A. HEINEMAN IN SUPPORT
                                          :   OF ADMISSION *PRO HAC VICE*
               v.                         :
                                          :   FILED ELECTRONICALLY
ACTIV8NOW, LLC AND ACTIVE8MEDIA, LLC      :
                                          :
                                          :
                               Defendants.:
_____x

   I, Deborah A. Heineman, hereby declare under penalty of perjury:

   1.   I am attorney at Smith, Gambrell & Russell, LLP, Promenade II, Suite 3100, 1230 Peachtree Street, N.E., Atlanta, Georgia 30309. I submit this declaration in support of the motion of defendants for my admission *pro hac vice* to the bar of this Court in this action.

   2.   I received my Juris Doctor degree from College of William and Mary School of Law in 1999.

   3.   I was admitted to the State Bar of Georgia in 1999, and am currently a member in good standing of that bar. I am also admitted to, and a member in good standing with, the United States District Courts for the Northern District of Georgia and the Middle District of Georgia.

2

      4.      I do not currently have, nor have I ever had, any disciplinary proceedings or criminal charges instituted against me. Nor have I ever been denied admission to the bar of any court on moral or ethical grounds.

      5.      I have reviewed and familiarized myself with the Local Rules of the Southern District of New York, and this Court's Individual Practices, and will adhere to such rules as well as the ethical rules and canons governing attorney conduct in this Court.

I declare subject to the penalties of perjury as set forth in section 1746 of Title 28 of the United States Code that the foregoing is true and correct.

/s/ Deborah A. Heineman
Deborah A. Heineman