**KRAMER LEVIN NAFTALIS & FRANKEL** LLP

RICHARD L. MOSS
SPECIAL COUNSEL
PHONE 212-715-9102
FAX 212-715-8108
RMOSS@KRAMERLEVIN.COM

September 30, 2005

BY FACSIMILE

The Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007

Attention: Law Clerk

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/05

**MEMO ENDORSED**

Re: Advance Magazine Publishers Inc. d/b/a The Condé Nast Publications
v. Activ8now, LLC and Active8media, LLC
Civil Action No. 05-CV-7516 (KMK)

Dear Sir:

As you know, we represent plaintiff Advance Magazine Publishers Inc. d/b/a The Condé Nast Publications in the above-referenced action.

As requested, attached please find additional copies of the various correspondence sent, to date, by counsel for the parties to the Court in this case. The attachments consist of (i) our letter dated September 20, 2005 (with enclosures), (ii) two letters both dated September 21, 2005 from defendants' counsel, Paul Niehaus, and (iii) our letter dated September 22, 2005 in response to Mr. Niehaus' two letters. If the Court should require anything further regarding the foregoing, please do not hesitate to let us know.

Respectfully submitted,

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
Richard L. Moss

*[Handwritten endorsement:]* The parties are directed to attend a conference on October 11, 2005 at 2:30 PM. Both sides should be prepared to discuss the contents of the letters referenced herein.

RLM:dms
Encs.
cc: Paul R. Niehaus, Esq. (w/ encs.)

SO ORDERED
_____
KENNETH M. KARAS, U.S.D.J.

New York NY 10036  PHONE 212.715.9100  FAX 212.715.8000  WWW.KRAMERLEVIN.COM
ALSO AT 47 AVENUE HOCHE  75008 PARIS FRANCE
IN ALLIANCE WITH BERWIN LEIGHTON PAISNER: LONDON · BRUSSELS

KL3 2469227.1