UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Advance Magazine Publishers, Inc.
doing business as
The Conde Nast Publications,

      Plaintiff,

-v-

Active8now, L.L.C. et ano,

      Defendants

Case No. 05-cv-07516(KMK)

ORDER TERMINATING MOTION

KENNETH M. KARAS, District Judge:

  The Clerk of the Court is directed to terminate motion #12 which has been withdrawn by the defendants until further order of this Court.

Dated: New York, New York

SO ORDERED.

Dated: September 29, 2005
    New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE