Paul R. Niehaus (PN-3994)
NIEHAUS LLP
220 East 54th Street, 3K
New York, New York 10022
(917) 882-7178

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

ADVANCE MAGAZINE PUBLISHERS INC.
d/b/a THE CONDÉ NAST PUBLICATIONS,

          Plaintiff,

v.

ACTIV8NOW, LLC and ACTIVE8MEDIA, LLC

          Defendants.

---------------------------------------------------------x

Civil Action No.:
1:05-cv-07516 (KMK)(~~DFE~~)

[~~PROPOSED~~] ORDER
GRANTING ADMISSIONS
*PRO HAC VICE*

FILED ELECTRONICALLY

<u>Kenneth M. Karas, District Judge</u>:

    For good cause shown, and pursuant to Southern District of New York Local Rule 1.3 (c), I hereby GRANT the motion of defendants Activ8now, LLC and Active8media, LLC to admit attorneys T. Hunter Jefferson, Deborah A. Heineman, and Dale Lischer to the bar of this Court *pro hac vice*.

    Mr. Jefferson, Ms. Heineman, and Mr. Lischer are directed to pay the appropriate fees to the Clerk of the Court, and to register as ECF Filing Users.

SO ORDERED.

Dated: October 12, 2005
       New York, New York

                                            KENNETH M. KARAS
                                            UNITED STATES DISTRICT JUDGE

1