UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ADVANCE MAGAZINE PUB. INC.,

                    Plaintiff,

-v-

ACTIV8NOW, LLC, et al.,

                    Defendants.

Case No. 05-CV-7516 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

At the pre-motion conference on October 12, 2005, the Court ORDERED that Defendants shall send courtesy copies of its brief in support of its motion to dismiss to Plaintiff no later than **Tuesday, October 18, 2005.** Plaintiff shall respond by sending courtesy copies of its response brief to Defendants no later than **Friday, October 28, 2005**. Defendants shall reply by **filing** all motion papers, including its reply brief, by **Friday, November 4, 2005**. Defendants are further obligated to furnish the Court with two full sets of courtesy copies of the motion papers together with a cover letter specifying each document in the package.

SO ORDERED.

Dated:      October 14, 2005
               New York, New York

                                        KENNETH M. KARAS
                                        UNITED STATES DISTRICT JUDGE