**KRAMER LEVIN NAFTALIS & FRANKEL** LLP

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/05
```

RANDY LIPSITZ
PARTNER
PHONE 212-715-9134
FAX 212-715-8134
RLIPSITZ@KRAMERLEVIN.COM

October 21, 2005

BY HAND DELIVERY

The Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007

  Re: Advance Magazine Publishers Inc. d/b/a The Condé Nast Publications
    v. Activ8now, LLC and Active8media, LLC
    Civil Action No. 05-CV-7516 (KMK)

Dear Judge Karas:

  We were busy preparing our opposition papers to defendants' pre-answer motion to stay, dismiss or transfer, when the attached Order and opinion from Judge Vining arrived. Judge Vining has transferred the entire case from the Northern District of Georgia to the Southern District of New York. When it eventually winds up here, we assume that it will be consolidated with the present action.

  We are writing to seek Your Honor's guidance as to how to proceed with respect to defendants' motion. Given the case transfer to this Court, we respectfully submit that defendants' motion is now moot and should be withdrawn voluntarily by defendants or disallowed by the Court.

Respectfully submitted,

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
  Randy Lipsitz

*[Handwritten annotation:] The Motion to dismiss and/or transfer is withdrawn. (Doc # ___) and is to be terminated. So ordered. 10/25/05*

RL:dms
Enc.
cc: Paul R. Niehaus, Esq. (by fax w/enc.)