Deborah A. Heineman (DH-5681)
SMITH, GAMBRELL & RUSSELL, LLP
Promenade II, Suite 3100
1230 Peachtree St., N.E.
Atlanta, Georgia 30309
(404) 815-3500

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                                            :

ADVANCE MAGAZINE PUBLISHERS INC.   :   Civil Action No.:
d/b/a THE CONDÉ NAST PUBLICATIONS,  :   1:05-cv-07516 (KMK)(DFE)
                                                      :
                                                      :   ELECTRONICALLY FILED
                     Plaintiff,          :
                                                       :   NOTICE OF APPEARANCE
                  v.                           :   AND REQUEST FOR
                                                       :   ELECTRONIC NOTIFICATION

ACTIV8NOW, LLC and ACTIVE8MEDIA, LLC,  :
                                                       :
                 Defendants.        :
---------------------------------------------------------------- x

TO THE CLERK OF THIS COURT, AND ALL PARTIES OF RECORD:

      Please enter my appearance as counsel in this case for Defendants Activ8now, LLC and Active8media, LLC. I certify that I am admitted to practice *pro hac vice* in this Court.

      I further request that I be served electronically at the e-mail address daheineman@sgrlaw.com.

Dated:  November 7, 2005
          Atlanta, Georgia

                                                           s/ Deborah A. Heineman
                                                           Deborah A. Heineman (DH-5681)
                                                            SMITH, GAMBRELL & RUSSELL, LLP
                                                            Promenade II, Suite 3100
                                                            1230 Peachtree St., N.E.
                                                            Atlanta, Georgia 30309
                                                            (404) 815-3500
                                                           daheineman@sgrlaw.com