Dale Lischer (DL-9708)
SMITH, GAMBRELL & RUSSELL, LLP
Promenade II, Suite 3100
1230 Peachtree St., N.E.
Atlanta, Georgia  30309
(404) 815-3500

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

| | : | |
|---|---|---|
| ADVANCE MAGAZINE PUBLISHERS INC. | : | Civil Action No.: |
| d/b/a THE CONDÉ NAST PUBLICATIONS, | : | 1:05-cv-07516 (KMK)(DFE) |
| | : | ELECTRONICALLY FILED |
| Plaintiff, | : | |
| | : | NOTICE OF APPEARANCE |
| v. | : | AND REQUEST FOR |
| | : | ELECTRONIC NOTIFICATION |
| ACTIV8NOW, LLC and ACTIVE8MEDIA, LLC, | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------- x

TO THE CLERK OF THIS COURT, AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Defendants Activ8now, LLC and Active8media, LLC.  I certify that I am admitted to practice *pro hac vice* in this Court.

I further request that I be served electronically at the e-mail address dlischer@sgrlaw.com.

Dated:  November 7, 2005
        Atlanta, Georgia

                                                s/ Dale Lischer
                                                Dale Lischer (DL-9708)
                                                SMITH, GAMBRELL & RUSSELL, LLP
                                                Promenade II, Suite 3100
                                                1230 Peachtree St., N.E.
                                                Atlanta, Georgia  30309
                                                (404) 815-3500
                                                dlischer@sgrlaw.com