UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————x
ADVANCE MAGAZINE PUBLISHERS INC.  :
d/b/a THE CONDÉ NAST PUBLICATIONS,  :
                                    :     CIVIL ACTION NO.:
            Plaintiff,              :     1:05-cv-07516-(KMK)(DFE)
                                    :     ELECTRONICALLY FILED
        v.                          :
                                    :
ACTIV8NOW, LLC and ACTIVE8MEDIA, LLC, :
                                    :
            Defendants,             :
            Counterclaimants Activ8now :
            and Active8media,       :
                                    :
        v.                          :
                                    :
ADVANCE PUBLICATIONS, INC.          :
and RICHFX, INC.,                   :
                                    :
            Counterclaim Defendants :
———————————————————————x

## ACKNOWLEDGEMENT AND WAIVER OF SERVICE

RICHFX, Inc., by and through its counsel, and states that it acknowledges service and waives process of the Counterclaims filed by Activ8now, LLC and Active8media, LLC's in the above-styled matter and waives any defense to service or process.

This 16th day of December, 2005.

/s/ Robert E. Hanlon
Robert E. Hanlon
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016-1387
(212) 210-9400
Attorneys for RichFX, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I have filed a copy of the within and foregoing ACKNOWLEDGEMENT AND WAIVER OF SERVICE with the Clerk of the Court using the CM/ECF system which will send electronic notice of such filing to:

Randy Lipsitz, Esq.
Richard L. Moss, Esq.
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
*Attorneys for Plaintiff Advance Magazine Publishers inc. d/b/a The Condé Nast Publications*

Dale Lischer, Esq.
T. Hunter Jefferson, Esq.
Deborah A. Heineman, Esq.
SMITH, GAMBRELL & RUSSELL, LLP
Promenade II, Suite 3100
1230 Peachtree Street, N.E.
Atlanta, GA 30309-3592

Paul R. Niehaus, Esq.
NIEHAUS LLP
220 East 54th Street, 3K
New York, New York 10022
*Attorneys for Activ8now, LLC and Active8media, LLC*

This 16th day of December, 2005.

/s/ Robert E. Hanlon