UARASS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADVANCE MAGAZINE PUBLISHERS INC. d/b/a
THE CONDÉ NAST PUBLICATIONS,
           Plaintiff,

v.

ACTIV8NOW, LLC and ACTIVE8MEDIA, LLC,

        Defendants, Counterclaimants
        Activ8now and Active8media,

v.

ADVANCE PUBLICATIONS, INC. and RICHFX, INC.,

        Counterclaim Defendants.

CIVIL ACTION NO.:
1:05-CV-07516-(KMK)(DFE)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/05

**JOINT STIPULATION EXTENDING TIME FOR COUNTERCLAIM
DEFENDANT, RICHFX, INC., TO RESPOND TO COUNTERCLAIMS**

Pursuant to Fed. R. Civ. P. 6(b), Activ8now LLC, Active8media LLC, and RichFX, Inc. move this Court for an extension of time for RichFX, Inc. to answer, move or otherwise respond to the Counterclaims filed in this matter.

RichFX, Inc., by and through its counsel, has agreed to acknowledge service and waive process of Active8now LLC and Active8media LLC's Counterclaims and Active8now LLC and Active8media LLC have agreed to an extension of the period which RichFX, Inc. may file its answer, motions, or other responses through and including January 3, 2006.

NYC01/7798405v1

12/16/2005 13:49 FAX 404 815 3509        SMITH, GAMBRELL & RUSSELL                    ☒002/002

Dated: December 19, 2005

_____
Robert B. Hanlon
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016-1387
(212) 210-9400

Attorneys for RichFX, Inc.

_____
Dale Lischer, Esq.
T. Hunter Jefferson, Esq.
Deborah A. Heineman, Esq.
SMITH, GAMBRELL & RUSSELL, LLP
Promenade II, Suite 3100
1230 Peachtree Street, N.E.
Atlanta, GA 30309-3592

_____
Paul R. Niehaus, Esq.
NIEHAUS LLP
220 East 54th Street, 3K
New York, New York 10022

Attorneys for ActivSnow, LLC and
Active8media, LLC

SO ORDERED this 19th day of December, 2005.

_____
The Hon. Kenneth M. Karas
Judge, United States District Court for the
Southern District of New York

NYC01/7795403v1                              -2-