UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADVANCE MAGAZINE PUBLISHERS INC. d/b/a THE CONDÉ NAST PUBLICATIONS,<br>　　　　　Plaintiff,<br>　　v.<br><br>ACTIV8NOW, LLC and ACTIVE8MEDIA, LLC,<br><br>　　　　　Defendants, Counterclaimants Activ8now and Active8media,<br><br>　　v.<br><br>ADVANCE PUBLICATIONS, INC. and RICHFX, INC.,<br><br>　　　　　Counterclaim Defendants. | CIVIL ACTION NO.:<br>1:05-CV-07516-(KMK)(DFE)<br><br><br><br>Notice of Appearance |

　　　　PLEASE TAKE NOTICE that this firm has been retained by and appears for Counterclaim Defendant, RichFX, Inc., in the above-captioned proceeding:

Dated: New York, New York
　　　　December 28, 2005

　　　　　　　　　　　　　　　　　　　　s/ Robert E. Hanlon
　　　　　　　　　　　　　　　　　　　　Robert E. Hanlon
　　　　　　　　　　　　　　　　　　　　Alston & Bird LLP
　　　　　　　　　　　　　　　　　　　　90 Park Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY 10016
　　　　　　　　　　　　　　　　　　　　(212) 210-9400
　　　　　　　　　　　　　　　　　　　　rhanlon@alston.com