Robert Eliot Hanlon
Alston & Bird, LLP
90 Park Avenue
New York, NY 10016
(212) 210-9410
Fax: (212) 210-9444
Email: rhanlon@alston.com

Attorney for RICHFX, INC.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADVANCE MAGAZINE PUBLISHERS INC. d/b/a THE CONDÉ NAST PUBLICATIONS, )<br><br>Plaintiff, )<br><br>v. )<br><br>ACTIV8NOW, LLC and ACTIVE8MEDIA, LLC, )<br><br>Defendants, )<br>Counterclaimants Activ8now )<br>and Active8media )<br><br>v. )<br><br>ADVANCE PUBLICATIONS, INC and RICHFX, INC., )<br><br>Counterclaim Defendants, | CIVIL ACTION NO.<br><br>1:05-CV-07516 |

<u>**CORPORATE DISCLOSURE STATEMENT**</u>

Pursuant to Fed. R. Civ. P. 7.1, and to enable judges and magistrate judges of the

Court to evaluate possible disqualification or recusal, Defendant RichFX, Inc. states, through

its undersigned counsel, that it is wholly owned by RichFX Ltd., a corporation located at 9

Ha'arad St., Ramat-Hachayal, P.O.B 58225, Tel Aviv 61580, ISRAEL.  No publicly held

corporation owns 10% or more of the stock of Defendant RichFx Inc.

Dated this 3rd day of January 2006.                    /s/ Robert Eliot Hanlon
                                                       Robert Eliot Hanlon
                                                       Alston & Bird, LLP
                                                       90 Park Avenue
                                                       New York, NY 10016
                                                       (212) 210-9410
                                                       Fax: (212) 210-9444
                                                       Email: rhanlon@alston.com

                                                       *Counsel for Counterclaim Defendant RichFX,
                                                       Inc.*

- 2 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have filed a copy of the within and foregoing

CORPORATE DISCLOSURE STATEMENT with the Clerk of the Court using the

CM/ECF system which will send electronic notice of such filing to:

**Paul Robert Niehaus**
Arkin Kaplan LLP
590 Madison Avenue, 35th Floor
New York, NY 10022
(917) 882-7178
Email: pniehaus@niehausllp.com

**Deborah A. Heineman**
Smith, Gambrell & Russell, LL
Promenade II, Suite 3100
1230 Peachtree St., N.E.
Atlanta, GA 30309
(404) 815-3631
Fax: (404) 685-6931
Email: daheineman@sgrlaw.com
*Attorneys for Defendants, Counterclaimants Activ8now, LLC and Active8media, LLC*

**Randy Lipsitz**
**Richard Lloyd Moss**
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
212-715-9100
Fax: 212-715-8000
Email: rlipsitz@kramerlevin.com
Email: rmoss@kramerlevin.com
*Attorneys for Plaintiff Advance Magazine Publishers Inc. d/b/a The Conde Nast*
*Publications and Advance Publications, Inc.*

This 3rd day of January 2006.

/s/ Robert Eliot Hanlon
Robert Eliot Hanlon

3