UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/06

---

**Advance Magazine Publishers, Inc.**
*doing business as*
The Conde Nast Publications.
                                    **Plaintiffs.**

        -v-


**Activ8now, LLC, et al.,**

                        **Defendants.**

---

**ACTIVE8NOW LLC**
                        **Plaintiffs,**

        -v-


**Advance Publications, Inc.**
**et al,**

                        **Defendants.**

---

Case No.
05-cv-7516 (KMK)

CONSOLIDATION ORDER

Case No.
05-cv-10014 (KMK)

---

KENNETH M. KARAS, District Judge:

        The above-captioned cases are hereby ordered consolidated . The Clerk of the Court
is directed to close 05 cv 10014.

Dated: January  10  , 2006
        New York, New York


KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE