Paul R. Niehaus (PN-3994)
NIEHAUS LLP
230 Park Avenue
10th Floor
New York, New York  10169
(212) 551-1445 (tel)
212) 624-0223 (fax)
pniehaus@niehausllp.com
*Attorneys for Activ8ow, LLC*
*and Active8media, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

| | |
|---|---|
| ADVANCE MAGAZINE PUBLISHERS INC. d/b/a THE CONDÉ NAST PUBLICATIONS,  :<br>:<br>Plaintiff,  :<br>:<br>v.  :<br>:<br>ACTIV8NOW, LLC and ACTIVE8MEDIA, LLC,  :<br>:<br>Defendants,  :<br>Counterclaimants,  :<br>Third Party Plaintiffs  :<br>:<br>v.  :<br>:<br>ADVANCE PUBLICATIONS, INC. and RICHFX, INC.,  :<br>:<br>Third Party Defendants.  : | Civil Action No.:<br>1:05-cv-07516 (KMK)(DFE)<br><br>ELECTRONICALLY FILED<br><br>NOTICE OF CHANGE OF ADDRESS |

---------------------------------------------------------------- x

TO THE CLERK OF THIS COURT, AND ALL PARTIES OF RECORD, PLEASE TAKE NOTICE:

As of Monday, January 23, 2006, Niehaus LLP's new address is:

Niehaus LLP
230 Park Avenue
10th Floor
New York, New York  10169
(212) 551-1445 (tel)
(212) 624-0223 (fax)
e-mail: pniehaus@niehausllp.com

Please deliver and/or serve all documents at the above address, and contact me at the above telephone number and/or e-mail address.

Dated:  January 24, 2006
        New York, New York

                                        s/ Paul R. Niehaus
                                        Paul R. Niehaus (PN-3994)
                                        NIEHAUS LLP
                                        230 Park Avenue
                                        10th Floor
                                        New York, New York  10169
                                        (212) 551-1445 (tel)
                                        (212) 624-1445 (fax)
                                        pniehaus@niehausllp.com

TO:  Attached Service List

**CERTIFICATE OF SERVICE**

I, Paul R. Niehaus, Esq., an attorney duly registered and licensed to practice law in the State of New York and in this Court, hereby certify under penalty of perjury that I caused the annexed Notice of Change of Address to be filed electronically with the Clerk of the Court on Tuesday, January 24, 2006, using the CM/ECF system, which will send electronic notice of such filing to:

>Randy Lipsitz, Esq. (RL-1526)
>Richard L. Moss, Esq. (RLM-7948)
>KRAMER LEVIN NAFTALIS & FRANKEL LLP
>1177 Avenue of the Americas
>New York, New York 10036
>Tel: (212) 715-9100
>Fax: (212) 715-8000
>rlipsitz@kramerlevin.com
>rmoss@kramerlevin.com
>*Attorneys for Advance Magazine Publishers Inc.*
>*d/b/a The Condé Nast Publications and Advance Publications, Inc.*
>
>Robert Eliot Hanlon
>ALSTON & BIRD, LLP
>90 Park Avenue
>New York, New York 10016
>Tel: (212) 210-9410
>Fax: (212) 210-9444
>rhanlon@alston.com
>*Attorneys for RichFX, Inc.*

                                                    s/ Paul R. Niehaus
                                                      Paul R. Niehaus