Case 7:05-cv-07516-KMK    Document 46    Filed 03/22/2006    Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Advance Magazine Publishers, Inc.**
*doing business as*
**The Conde Nast Publications,**

              **Plaintiff.**

-v-

**Active8now, L.L.C. et ano,**

              **Defendants**

Case No. 05-cv-07516(KMK)

REFERRAL ORDER

KENNETH M. KARAS, District Judge:

The above entitled action is referred to Magistrate Judge Douglas F. Eaton for the following purpose(s):

_X_ General Pretrial** (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

** to discuss the question of Active8now's obligation, if any, to provide full infringements to Conde Nast. The April 3 deadline is vacated and a new deadline will be set by Magistrate Judge Eaton.

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____
All such motions: _____

___   Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___   Settlement*

___   Inquest After Default/Damages Hearing

_____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:     March 22, 2006
           New York, New York

                                    _____
                                    Kenneth M. Karas
                                    United States District Judge

2