UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ADVANCE MAGAZINE PUBLISHERS INC. d/b/a THE CONDÉ NAST PUBLICATIONS,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ACTIV8NOW, LLC and ACTIVE8MEDIA, LLC,<br><br>　　　　　　　Defendants,<br><br>　　　v.<br><br>ADVANCE PUBLICATIONS, INC. and RICHFX, INC.,<br><br>　　　　　　　Third Party Defendants. | CIVIL ACTION NO.:<br><br>1:05-CV-07516 (KMK)(DFE) |

---

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

　　Please enter my appearance as counsel in this case for: ADVANCE MAGAZINE PUBLISHERS INC. d/b/a THE CONDÉ NAST PUBLICATIONS and ADVANCE PUBLICATIONS, INC. I certify that I am admitted to practice in this Court.

Dated: New York, New York
　　　 May 10, 2006

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Aaron M. Frankel, Esq. (AMF-9348)
　　　　　　　　　　　　　　　　　　　KRAMER LEVIN NAFTALIS & FRANKEL LLP
　　　　　　　　　　　　　　　　　　　1177 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　　Tel.:　(212) 715-9100
　　　　　　　　　　　　　　　　　　　Fax:　(212) 715-8000
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff and Third Party Defendant
　　　　　　　　　　　　　　　　　　　 Advance Publications, Inc.

KL3:2518298.1