A Merriam-Webster®



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*A Merriam-Webster*® is the registered trademark you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1991 by Merriam-Webster Inc.

Philippines Copyright 1991 by Merriam-Webster Inc.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's ninth new collegiate dictionary.
p. cm.
ISBN 0-87779-508-8. — ISBN 0-87779-509-6 (indexed). — ISBN 0-87779-510-X (deluxe)
1. English language—Dictionaries. I. Merriam-Webster, Inc.
PE1628.W5638 1991
423—dc20 90-47350
CIP

Webster's Ninth New Collegiate Dictionary principal copyright 1983

COLLEGIATE trademark Reg. U.S. Pat. Off.

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

4142434445RMcN91

more at UNION] (1833) : a Christian of a church adhering to an Eastern rite and discipline but submitting to papal authority — **Uniate** *adj*

**uni·ax·i·al** \ˌyü-nē-ˈak-sē-əl\ *adj* (ca. 1855) **1** : having only one axis **2** : of or relating to only one axis

**uni·cam·er·al** \ˌyü-ni-ˈkam-(ə-)rəl\ *adj* [*uni-* + LL *camera* room, chamber + E *-al* — more at CHAMBER] (1853) : having or consisting of a single legislative chamber — **uni·cam·er·al·ly** \-ē\ *adv*

**uni·cel·lu·lar** \ˌyü-ni-ˈsel-yə-lər\ *adj* (1858) : having or consisting of a single cell

**uni·corn** \ˈyü-nə-ˌkȯ(ə)rn\ *n* [ME *unicorne*, fr. OF, fr. LL *unicornis*, fr. L, having one horn, fr. *uni-* + *cornu* horn — more at HORN] (13c) : a mythical animal generally depicted with the body and head of a horse, the hind legs of a stag, the tail of a lion, and a single horn in the middle of the forehead

**uni·cy·cle** \ˈyü-ni-ˌsī-kəl\ *n* [*uni* + *-cycle* (as in *tricycle*)] (1869) : any of various vehicles that have a single wheel and are propelled usu. by pedals or applied draft — **uni·cy·clist** \-ˌsī-k(ə-)ləst\ *n*

unicycle

**uni·di·men·sion·al** \ˌyü-ni-də-ˈmen-chən-ᵊl, -ˈmench-nəl *also* -ˈdī-\ *adj* (1883) : ONE-DIMENSIONAL — **uni·di·men·sion·al·i·ty** \-ˌmen-chə-ˈnal-ət-ē\ *n*

**uni·di·rec·tion·al** \ˌyü-ni-də-ˈrek-shnəl, -dī-, -shən-ᵊl\ *adj* (1883) **1** : involving, functioning, moving, or responsive in a single direction **2** : not subject to change or reversal of direction — **uni·di·rec·tion·al·ly** \-ē\ *adv*

**unidirectional current** *n* (1883) : DIRECT CURRENT

**uni·fac·to·ri·al** \ˌyü-ni-fak-ˈtōr-ē-əl, -ˈtȯr-\ *adj* (1933) : relating to or controlled by a single gene ⟨~ disorders⟩

**uni·fi·ca·tion** \ˌyü-nə-fə-ˈkā-shən\ *n* (1851) : the act, process, or result of unifying : the state of being unified

**uni·fi·lar** \ˌyü-ni-ˈfī-lər\ *adj* (1856) : having or involving use of only one thread, wire, or fiber

**uni·fo·li·ate** \-ˈfō-lē-ət\ *adj* (1849) **1** : having only one leaf **2** : UNIFOLIOLATE

**uni·fo·li·o·late** \-ˈfō-lē-ə-ˌlāt\ *adj*, *of a leaf* (ca. 1864) : compound but having only a single leaflet and distinguishable from a simple leaf by the basal joint

**¹uni·form** \ˈyü-nə-ˌfȯrm\ *adj* [MF *uniforme*, fr. L *uniformis*, fr. *uni-* + *-formis* -form] (1540) **1** : having always the same form, manner, or degree : not varying or variable **2** : of the same form with others : conforming to one rule or mode : CONSONANT **3** : presenting an unvaried appearance of surface, pattern, or color ⟨~ red brick houses⟩ **4** : consistent in conduct or opinion ⟨~ interpretation of laws⟩ **5** : relating to or being convergence of a series whose terms are functions in such manner that the absolute value of the difference between the sum of the first *n* terms of the series and the sum of all terms can be made arbitrarily small for all values of the domain of the functions by choosing the *n*th term sufficiently far along in the series — **uni·form·ly** \ˈyü-nə-ˌfȯrm-lē, ˌyü-nə-ˈ\ *adv* — **uni·form·ness** \ˈyü-nə-ˌfȯrm-nəs\ *n*

**²uniform** *vt* (1681) **1** : to bring into uniformity **2** : to clothe with a uniform

**³uniform** *n* (1748) : dress of a distinctive design or fashion worn by members of a particular group and serving as a means of identification; *broadly* : distinctive or characteristic clothing

**Uniform** (ca. 1956) — a communications code word for the letter *u*

**uni·for·mi·tar·i·an** \ˌyü-nə-ˌfȯr-mə-ˈter-ē-ən\ *n* (1840) **1** : an adherent of the doctrine of uniformitarianism **2** : an advocate of uniformity — **uniformitarian** *adj*

**uni·for·mi·tar·i·an·ism** \-ē-ə-ˌniz-əm\ *n* (1865) : a geological doctrine that existing processes acting in the same manner as at present are sufficient to account for all geological changes

**uni·for·mi·ty** \ˌyü-nə-ˈfȯr-mət-ē\ *n*, *pl* **-ties** (15c) **1** : the quality or state of being uniform **2** : an instance of uniformity

**uni·fy** \ˈyü-nə-ˌfī\ *vt* **-fied; -fy·ing** [LL *unificare*, fr. L *uni-* + *-ficare* -fy] (1502) : to make into a unit or a coherent whole : UNITE — **uni·fi·able** \-ˌfī-ə-bəl\ *adj* — **uni·fi·er** \-ˌfī(-ə)r\ *n*

**uni·lat·er·al** \ˌyü-ni-ˈlat-ə-rəl, -ˈla-trəl\ *adj* (1802) **1** **a** : done or undertaken by one person or party **b** : of, relating to, or affecting one side of a subject : ONE-SIDED **c** : constituting or relating to a contract or engagement by which an express obligation to do or forbear is imposed on only one party **2** **a** : having parts arranged on one side ⟨a ~ raceme⟩ **b** : occurring on, performed on, or affecting one side of the body or one of its parts ⟨~ exophthalmos⟩ **3** : UNILINEAL **4** : having only one side — **uni·lat·er·al·ly** \-ē\ *adv*

**uni·lin·eal** \-ˈlin-ē-əl\ *adj* (1952) : tracing descent through either the maternal or paternal line only

**uni·lin·ear** \ˌyü-ni-ˈlin-ē-ər\ *adj* (1926) : developing in or involving a series of stages usu. from the primitive to the more advanced ⟨a ~ cultural sequence⟩

**uni·lin·gual** \ˌyü-ni-ˈliŋ-g(yə-)wəl\ *adj* [*uni-* + L *lingua* tongue, language — more at TONGUE] (1866) : composed in or using one language only

**un·il·lu·sioned** \ˌən-il-ˈü-zhənd, ˌən-ᵊl-\ *adj* (1926) : free from illusion

**uni·loc·u·lar** \ˌyü-ni-ˈläk-yə-lər\ *adj* (1753) : containing a single cavity

**un·imag·in·able** \ˌən-ə-ˈmaj-(ə-)nə-bəl\ *adj* (ca. 1611) : not imaginable or comprehensible — **un·imag·in·ably** \-blē\ *adv*

**un·im·peach·able** \ˌən-im-ˈpē-chə-bəl\ *adj* (1784) : not impeachable : not to be called in question : not liable to accusation : IRREPROACHABLE, BLAMELESS — **un·im·peach·ably** \-blē\ *adv*

**¹un·im·proved** \-ˈprüvd\ *adj*, *obs* (1602) : not reproved or admonished

**²unimproved** *adj* (1665) : not improved: as **a** : not tilled, built on, or otherwise improved for use ⟨~ land⟩ **b** : not used or employed advantageously ⟨wasted time and ~ opportunities⟩ **c** : not selectively bred for better quality or productiveness

**un·in·hib·it·ed** \ˌən-in-ˈhib-ət-əd\ *adj* (ca. 1909) : free from inhibition; *also* : boisterously informal — **un·in·hib·it·ed·ly** *adv* — **un·in·hib·it·ed·ness** *n*

**un·ini·tiate** \ˌən-ə-ˈnish-(ē-)ət\ *adj* (1801) : not initiated : INEXPERIENCED

**un·in·ter·est** \(ˈ)ən-ˈin-trəst; -ˈint-ə-rəst, -ə-ˌrest, -ərst; -ˈin-ˌtrest\ *n* (1952) : lack of interest

**un·in·ter·est·ed** *adj* (1661) : not interested : not having the mind or feelings engaged **usage** see DISINTERESTED

**uni·nu·cle·ate** \ˌyü-ni-ˈn(y)ü-klē-ət\ *adj* (1885) : having a single nucleus ⟨a ~ yeast cell⟩

**¹union** \ˈyün-yən\ *n* [ME, fr. MF, fr. LL *union-*, *unio* oneness, union, fr. L *unus* one — more at ONE] (15c) **1** **a** : an act or instance of uniting or joining two or more things into one: as (1) : the formation of a single political unit from two or more separate and independent units (2) : a uniting in marriage; *also* : SEXUAL INTERCOURSE (3) : the growing together of severed parts **b** : a unified condition : COMBINATION, JUNCTION ⟨a gracious ~ of excellence and strength⟩ **2** : something that is made one : something formed by a combining or coalition of parts or members: as **a** : a confederation of independent individuals (as nations or persons) for some common purpose **b** : a political unit constituting an organic whole formed usu. from previously independent units (as England and Scotland in 1707) which have surrendered their principal powers to the government of the whole or to a newly created government (as the U.S. in 1789) **c** *cap* : an organization on a college or university campus providing recreational, social, cultural, and sometimes dining facilities; *also* : the building housing such an organization **d** : the set of all elements belonging to one or more of a given collection of two or more sets — called also *join*, *sum* **e** : LABOR UNION **3** **a** : a device emblematic of the union of two or more sovereignties borne on a national flag typically in the upper inner corner or constituting the whole design of the flag **b** : the upper inner corner of a flag **4** : any of various devices for connecting parts (as of a machine); *esp* : a coupling for pipes or pipes and fittings

**²union** *adj* (1707) : of, relating to, dealing with, or constituting a union

**union card** *n* (1874) **1** : a card certifying personal membership in good standing in a labor union **2** : something that resembles a union card esp. in being necessary for employment or in providing evidence of in-group status

**union church** *n* (1847) : a local church uniting members of diverse denominational backgrounds in an interdenominational congregation

**union·ism** \ˈyün-yə-ˌniz-əm\ *n* (1845) : the principle or policy of forming or adhering to a union: as **a** *cap* : adherence to the policy of a firm federal union between the states of the United States esp. during the Civil War period **b** : the principles, theory, advocacy, or system of trade unions

**union·ist** \-nəst\ *n* (1799) : an advocate or supporter of union or unionism

**union·iza·tion** \ˌyün-yə-nə-ˈzā-shən\ *n* (1896) **1** : the quality or state of being unionized **2** : the action of unionizing

**union·ize** \ˈyün-yə-ˌnīz\ *vb* **-ized; -iz·ing** *vt* (1890) : to organize into a labor union ~ *vi* : to form or join a labor union

**union·ized** *adj* (1900) : characterized by the presence of labor unions ⟨~ states⟩

**union jack** *n*, *often cap U&J* (1674) : a jack consisting of the union of a national ensign

**union shop** *n* (ca. 1909) : an establishment in which the employer by agreement is free to hire nonmembers as well as members of the union but retains nonmembers on the payroll only on condition of their becoming members of the union within a specified time

**union suit** *n* (1901) : an undergarment with shirt and drawers in one piece

**uni·pa·ren·tal** \ˌyü-ni-pə-ˈrent-ᵊl\ *adj* (ca. 1909) : having or involving a single parent; *esp* : PARTHENOGENETIC — **uni·pa·ren·tal·ly** \-ᵊl-ē\ *adv*

**uni·po·lar** \ˌyü-ni-ˈpō-lər\ *adj* (1812) : having, produced by, or acting by a single magnetic or electrical pole — **uni·po·lar·i·ty** \-pō-ˈlar-ət-ē, -pə-\ *n*

**unique** \yu̇-ˈnēk\ *adj* [F, fr. L *unicus*, fr. *unus* one — more at ONE] (1602) **1** : being the only one : SOLE ⟨his ~ concern was his own comfort⟩ ⟨I can't walk away with a ~ copy. Suppose I lost it? —Kingsley Amis⟩ ⟨the ~ factorization of a number into prime factors⟩ **2** **a** : being without a like or equal : UNEQUALED ⟨could stare at the flames, each one new, violent, ~ —Robert Coover⟩ **b** : distinctively characteristic : PECULIAR 1 ⟨this is not a condition ~ to California —Ronald Reagan⟩ **3** : UNUSUAL ⟨a very ~ ball-point pen⟩ ⟨we were fairly ~, the sixty of us, in that there wasn't one good mixer in the bunch —J.D. Salinger⟩ **syn** see STRANGE — **unique·ly** *adv* — **unique·ness** *n*

**usage** Many commentators have objected to the comparison or modification (as by *somewhat*, *almost*, or *very*) of *unique*; the statement that a thing is either unique or it is not has often been repeated by them. Objections are based chiefly on the assumption that *unique* has but a single absolute sense, an assumption contradicted by information readily available in a dictionary. *Unique* dates back to the 17th century but was little used until the end of the 18th when, according to the Oxford English Dictionary, it was reacquired from French. H.J. Todd entered it as a foreign word in his edition (1818) of Johnson's Dictionary, characterizing it as "affected and useless." Around the middle of the 19th century it ceased to be considered foreign and came into considerable popular use. With popular use came a broadening of application beyond the original two meanings (here numbered 1 and 2a). In modern use both comparison and modification are widespread and standard but are confined to the extended senses 2b and 3. When sense 1 or sense 2a is intended, *unique* is used without qualifying modifiers.

**¹uni·sex** \ˈyü-nə-ˌseks\ *n* (1966) : the state or condition of not being distinguishable (as by hair or clothing) as to sex

**²unisex** *adj* (1968) **1** : not distinguishable as male or female ⟨a ~ face⟩ **2** : suitable or designed for both males and females ⟨~ clothes⟩

**uni·sex·u·al** \ˌyü-nə-ˈseksh-(ə-)wəl, -ˈsek-shəl\ *adj* (ca. 1802) **1** : of, relating to, or restricted to one sex: **a** : male or female but not hermaphroditic **b** : DICLINOUS ⟨a ~ flower⟩ **2** : UNISEX — **uni·sex·u·al·i·ty** \-ˌsek-shə-ˈwal-ət-ē\ *n*

**uni·son** \ˈyü-nə-sən, -nə-zən\ *n* [MF, fr. ML *unisonus* having the same sound, fr. L *uni-* + *sonus* sound — more at SOUND] (1575) **1** **a** : identity in musical pitch; *specif* : the interval of a perfect prime **b** : the state of being so tuned or sounded **c** : the writing, playing, or singing of parts in a musical passage at the same pitch or in octaves **2** : a harmonious agreement or union : CONCORD — **unison** *adj* — **in unison** **1** : in perfect agreement : so as to harmonize exactly **2** : at

**¹unit** \ˈyü-nət\ *n* [back-formati... least natural number : ONE **b** ... in calculation **2** : a determin... value) adopted as a standard ... work used in education in cal... of a biologically active agent (... a specific result under strictly ... thing, person, or group that is ... military establishment that has ... nel and materiel) **c** : a piece ... form one particular function ... a central theme **e** : a local cor...

**²unit** *adj* (1844) : being, relating ...

**unit·age** \ˈyü-nət-ij\ *n* (1935) ... tuting a unit **2** : amount in un...

**uni·tar·i·an** \ˌyü-nə-ˈter-ē-ən\ *n* ... **1** **a** *often cap* : one who belie... son **b** *cap* : a member of a de... dom of belief, the free use of re... nity, and liberal social action ... system — **unitarian** *adj*, *often cap*

**uni·tary** \ˈyü-nə-ˌter-ē\ *adj* (18... : based on or characterized by ... of a unit : UNDIVIDED, WHOLE — ...

**unit cell** *n* (ca. 1936) : the sim... structural characteristics of an... lattice of a crystal

**unit character** *n* (ca. 1909) : a ... none basis; *esp* : one dependent ... gene

**unit circle** *n* (1955) : a circle who...

**¹unite** \yu̇-ˈnīt\ *vb* **unit·ed; unit·**... *unire* to make one, fr. L, fr. *un*... : to put together to form a sing... link by a legal or moral bond ... tion ~ *vi* **1** **a** : to become on... by or as if by adhesion or mixtu... — **unit·er** *n*

**²unite** \ˈyü-ˌnīt\ *n* [obs. *unite* (u... (1604) : an old British gold 20-... 1604 for the newly united Engla...

**unit·ed** \yu̇-ˈnīt-əd\ *adj* (1552) ... to or produced by joint action ... — **unit·ed·ly** *adv*

**United Nations Day** *n* (1947) : O... of the founding of the United Na...

**Unit·ed States** \yu̇-ˌnīt-əd-, *esp So*... (1617) : a federation of states ... specified territory ⟨advocating a ...

**uni·tive** \ˈyü-nət-iv, yu̇-ˈnīt-\ *adj* (... produce union

**unit·ize** \ˈyü-nət-ˌīz\ *vt* **-ized; -iz·i**... a unit **2** : to divide into units ⟨... ucts⟩ — **unit·iza·tion** \ˌyü-nət-ə-...

**unit magnetic pole** *n* (ca. 1890) : a ... and like pole at a distance of one ... one dyne

**unit membrane** *n* [fr. its being the ... : a 3-layered membrane that cons... by a protein layer on each side

**unit rule** *n* (1884) : a rule under w... cal convention casts its entire vot... ity vote

**uni·trust** \ˈyü-ni-ˌtrəst\ *n* (1970) : ... receives annually a fixed percenta...

**units digit** *n* (1955) : the numeral ... in a number expressed in the Arab...

**units place** *n* (1937) : the place in ... point in a number expressed in the ...

**unit train** *n* (1964) : a railway trai... directly from producer to consum...

**unit trust** *n* (1940) **1** *Brit* : MUTU... whose portfolio consists of long-te...

**uni·ty** \ˈyü-nət-ē\ *n*, *pl* **-ties** [ME *u*... fr. *unus* one — more at ONE] (14c... being multiple : ONENESS **b** (1) ... for which 1 is made to stand in ca... the radius of the circle is regarded ... : a condition of harmony : ACCO... or change (as in purpose or action)... made one : UNIFICATION **b** : a co... literary or artistic production that ... undivided total effect; *also* : the re... try and consistency of style and ... parts : an entity that is a compl... three principles of dramatic stru... from Aristotle's *Poetics* and requi... represented as occurring in one p... 20th century American religious ... formerly affiliated with New Tho... tianity

**¹uni·va·lent** \ˌyü-ni-ˈvā-lənt\ *n* (192... aptic mate

**²univalent** *adj* (1933) **1** : having a ... somal univalent

**uni·valve** \ˈyü-ni-ˌvalv\ *n* (1668) **1** : ... one valve; *esp* : GASTROPOD **2** : a ... — **univalve** *adj*

**¹uni·ver·sal** \ˌyü-nə-ˈvər-səl\ *adj* [ME ... *sum* universe] (14c) **1** : including ... tively or distributively without lim... occurring everywhere **b** : existen...

**mullite • multiply** 779

ai] (1868) **1 :** a sealskin or a boot often of duck with a s of socks
ale skin used for food
'-toes *or* -tos [Sp *mulato*, fr.
rst-generation offspring of a Caucasian and Negro ances-

*nurberie, mulberie*, fr. MF *m*) + ME *berie* berry] (14c) raceae, the mulberry family) fruit that is an aggregate of : a dark purple or purplish

*elch* (soft, mild)] (1657) **:** a t, or paper) spread or left on ntain even soil temperature, e soil — **mulch** *vt*
fine **2 a :** to defraud esp. , duress, or theft
ALTY
*ulus*] (13c) **1 a :** a hybrid spring of a male donkey and rid or not **c :** a usu. sterile machine for simultaneously ad and winding it into cops ng to two different issues ine (dies that do not match) cen) with nonmatching dies

: shoe worn by magistrates] or heel strap — compare

mule deer

ally hornless
*iebritat-, muliebritas*, fr. L in to L *molere* to grind —

ireasonably and inflexibly *lv* — **mul·ish·ness** *n*
, prob. fr. MD; akin to OE o grind or mix thoroughly DER — usu. used with *over*

veeten, and flavor (as wine

iuslin)] (1798) **:** a soft fine

. soil; akin to OHG *molta* le forest humus that forms soil and merges gradually powdered solid esp. in a

er & Hindi *mulla*, fr. Ar class trained in traditional

*me*, fr. AF *moleine*] (15c) eaved herbs of the figwort

*chnis coronaria*) cultivated on flowers
. fr. *mullen* to grind] (15c) d as a pestle
Fritz *Müller* †1897 Ger. imicry that exists between of butterflies) and that is echanism reducing loss to process
*molet*, fr. MF *mulet*, fr. L *melas* black, Skt *malina* igilidae) of valuable food **:** any of a family (Mul- shes with two barbels on

ame *Mulligan*] (1904) **:** a lable — called also *mulli-*

[Tamil *milakutanni*, a - *tanni* water] (1784) **:** a curry
mullion)] (1567) **:** a slen- tween units of a window, ion *vt*

**mull·ite** \'məl-,īt\ *n* [*Mull*, island of the Inner Hebrides] (1924) **:** a mineral $Al_6Si_2O_{13}$ or $3Al_2O_3{\cdot}2SiO_2$ that is an orthorhombic silicate of aluminum resistant to corrosion and heat and used as a refractory

**multi-** *comb form* [ME, fr. MF or L; MF, fr. L, fr. *multus* much, many — more at MELIORATE] **1 a :** many **:** multiple **:** much ⟨*multi*valent⟩ **b :** more than two ⟨*multi*lateral⟩ **c :** more than one ⟨*multi*para⟩ **2 :** many times over ⟨*multi*millionaire⟩

**mul·ti·age**
**mul·ti·agen·cy**
**mul·ti·ap·er·ture**
**mul·ti·ap·proach**
**mul·ti·armed**
**mul·ti·at·om**
**mul·ti·au·thor**
**mul·ti·au·thored**
**mul·ti·ax·i·al**
**mul·ti·band**
**mul·ti·bar·rel**
**mul·ti·bar·reled**
**mul·ti·bil·lion**
**mul·ti·bil·lion·aire**
**mul·ti·blad·ed**
**mul·ti·branched**
**mul·ti·build·ing**
**mul·ti·cam·pus**
**mul·ti·car**
**mul·ti·car·bon**
**mul·ti·caus·al**
**mul·ti·cell**
**mul·ti·celled**
**mul·ti·cel·lu·lar**
**mul·ti·cel·lu·lar·i·ty**
**mul·ti·cen·ter**
**mul·ti·chain**
**mul·ti·cham·bered**
**mul·ti·chan·nel**
**mul·ti·char·ac·ter**
**mul·ti·city**
**mul·ti·coat·ed**
**mul·ti·col·or**
**mul·ti·col·ored**
**mul·ti·col·umn**
**mul·ti·com·po·nent**
**mul·ti·con·duc·tor**
**mul·ti·copy**
**mul·ti·coun·ty**
**mul·ti·crest·ed**
**mul·ti·cul·tur·al**
**mul·ti·cul·tur·al·ism**
**mul·ti·cu·rie**
**mul·ti·cur·ren·cy**
**mul·ti·de·nom·i·na·tion·al**
**mul·ti·di·a·lec·tal**
**mul·ti·di·men·sion·al**
**mul·ti·di·men·sion·al·i·ty**
**mul·ti·di·rec·tion·al**
**mul·ti·dis·ci·plin·ary**
**mul·ti·dis·ci·pline**
**mul·ti·di·vi·sion·al**
**mul·ti·do·main**
**mul·ti·dwell·ing**
**mul·ti·elec·trode**
**mul·ti·elec·tron·ic**
**mul·ti·el·e·ment**
**mul·ti·en·gine**
**mul·ti·eth·nic**
**mul·ti·fac·et·ed**
**mul·ti·fac·tion·al**
**mul·ti·fam·i·ly**
**mul·ti·fil·a·ment**
**mul·ti·flash**
**mul·ti·flu·id**
**mul·ti·fo·cal**
**mul·ti·fre·quen·cy**
**mul·ti·fu·el**
**mul·ti·func·tion**
**mul·ti·func·tion·al**
**mul·ti·gen·er·a·tion·al**
**mul·ti·gen·ic**
**mul·ti·grade**
**mul·ti·grid**
**mul·ti·group**
**mul·ti·hand·i·capped**
**mul·ti·head·ed**
**mul·ti·hos·pi·tal**
**mul·ti·hued**
**mul·ti·hull**
**mul·ti–in·dus·try**
**mul·ti–in·sti·tu·tion·al**
**mul·ti·lane**
**mul·ti·laned**
**mul·ti·lev·el**
**mul·ti·lev·eled**
**mul·ti·lobed**
**mul·ti·manned**
**mul·ti·mega·ton**
**mul·ti·mega·watt**
**mul·ti·mem·ber**
**mul·ti·me·tal·lic**
**mul·ti·me·ter**
**mul·ti·mil·len·ni·al**
**mul·ti·mil·lion**
**mul·ti·mil·lion·aire**
**mul·ti·mode**
**mul·ti·mo·lec·u·lar**
**mul·ti·mo·tor**
**mul·ti·na·tion**
**mul·ti·nu·cle·ar**
**mul·ti·nu·cle·ate**
**mul·ti·nu·cle·at·ed**
**mul·ti·or·gas·mic**
**mul·ti·pa·ram·e·ter**
**mul·ti·part**
**mul·ti·par·ti·cle**
**mul·ti·par·ty**
**mul·ti·path**
**mul·ti·pho·ton**
**mul·ti·pi·on**
**mul·ti·pis·ton**
**mul·ti·plane**
**mul·ti·plant**
**mul·ti·plot**
**mul·ti·pole**
**mul·ti·pow·er**
**mul·ti·prob·lem**
**mul·ti·prod·uct**
**mul·ti·pur·pose**
**mul·ti·ra·cial**
**mul·ti·ra·cial·ism**
**mul·ti·range**
**mul·ti·roomed**
**mul·ti·sea·son**
**mul·ti·ser·vice**
**mul·ti·sid·ed**
**mul·ti·site**
**mul·ti·size**
**mul·ti·skilled**
**mul·ti·source**
**mul·ti·spec·tral**
**mul·ti·speed**
**mul·ti·step**
**mul·ti·sto·ried**
**mul·ti·sto·ry**
**mul·ti·syl·lab·ic**
**mul·ti·sys·tem**
**mul·ti·tal·ent·ed**
**mul·ti·tiered**
**mul·ti·ton**
**mul·ti·tone**
**mul·ti·tow·ered**
**mul·ti·track**
**mul·ti·union**
**mul·ti·unit**
**mul·ti·use**
**mul·ti·vi·ta·min**
**mul·ti·vol·ume**
**mul·ti·vol·umed**
**mul·ti·wall**
**mul·ti·war·head**
**mul·ti·wave·length**
**mul·ti·year**

**mul·ti·en·zyme** \,məl-tē-'en-,zīm, -,tī-\ *adj* (1961) **:** composed of or involving two or more enzymes or subunits similar to enzymes esp. when they have related functions in a biosynthetic pathway ⟨~ complex⟩

**mul·ti·fac·to·ri·al** \-fak-'tōr-ē-əl, -'tȯr-\ *adj* (1920) **1 :** having characters or a mode of inheritance dependent on a number of genes at different loci **2** *or* **mul·ti·fac·tor** \-'fak-tər\ **:** having, involving, or produced by a variety of elements or causes — **mul·ti·fac·to·ri·al·ly** \-ē-ə-lē\ *adv*

**mul·ti·far·i·ous** \,məl-tə-'far-ē-əs, -'fer-\ *adj* [L *multifarius*, fr. *multi-* + *-farius* (akin to *facere* to make, do) — more at DO] (1593) **:** having or occurring in great variety **:** DIVERSE — **mul·ti·far·i·ous·ness** *n*

**mul·ti·flo·ra rose** \,məl-tə-,flōr-ə-, -,flȯr-\ *n* [NL *multiflora*, lit., having many flowers] (1829) **:** a vigorous thorny rose (*Rosa multiflora*) with clusters of small flowers

**mul·ti·fold** \'məl-ti-,fōld\ *adj* (1806) **:** MANY, NUMEROUS

**mul·ti·form** \'məl-ti-,fȯrm\ *adj* [F *multiforme*, fr. L *multiformis*, fr. *multi-* + *-formis* -form] (1603) **:** having many forms or appearances — **mul·ti·for·mi·ty** \,məl-ti-'fȯr-mət-ē\ *n*

**mul·ti·germ** \,məl-ti-'jərm, -,tī-\ *adj* [prob. fr. *multi-* + *germinate*] (1950) **:** producing or being a fruit cluster capable of giving rise to several plants ⟨a ~ variety of sugar beet⟩

**mul·ti·lat·er·al** \,məl-ti-'lat-ə-rəl, -,tī-, -'la-trəl\ *adj* (1696) **1 :** having many sides **2 :** involving or participated in by more than two nations or parties ⟨~ agreements⟩ — **mul·ti·lat·er·al·ly** \-ē\ *adv*

**mul·ti·lay·ered** \-'lā-ərd, -'le(-ə)rd\ *or* **mul·ti·lay·er** \-'lā-ər, -'le(-ə)r\ *adj* (1931) **:** having or involving several distinct layers, strata, or levels

**mul·ti·lin·gual** \-'liŋ-g(yə-)wəl\ *adj* (1838) **1 :** of, containing, or expressed in several languages ⟨a ~ sign⟩ ⟨~ dictionaries⟩ **2 :** using or able to use several languages ⟨~ translators⟩ — **mul·ti·lin·gual·ism** \-g(yə-)wə-,liz-əm\ *n* — **mul·ti·lin·gual·ly** \-g(yə-)wə-lē\ *adv*

**mul·ti·me·dia** \-'mēd-ē-ə\ *adj* (1962) **:** using, involving, or encompassing several media ⟨a ~ approach to learning⟩

**mul·ti·mod·al** \-'mōd-ᵊl\ *adj* (1902) **:** having or involving several modes, modalities, or maxima ⟨~ distributions⟩ ⟨~ responses⟩

**mul·ti·na·tion·al** \-'nash-nəl, -ən-ᵊl\ *adj* (1926) **1 :** of or relating to more than two nationalities ⟨a ~ society⟩ **2 a :** of, relating to, or involving more than two nations ⟨a ~ alliance⟩ **b :** having divisions in more than two countries ⟨a ~ corporation⟩ — **multinational** *n*

**mul·ti·no·mi·al** \-'nō-mē-əl\ *n* [*multi-* + *-nomial* (as in *binomial*)] (1674) **:** a mathematical expression that consists of the sum of several terms **:** POLYNOMIAL — **multinomial** *adj*

**mul·tip·a·rous** \,məl-'tip-ə-rəs\ *adj* [NL *multiparus*, fr. *multi-* + L *-parus* -parous] (1646) **1 :** producing many or more than one at a birth **2 :** having experienced one or more previous parturitions

**mul·ti·par·tite** \,məl-ti-'pär-,tīt\ *adj* [L *multipartitus*, fr. *multi-* + *partitus*, pp. of *partire* to divide, fr. *part-, pars* part] (ca. 1721) **1 :** divided into several or many parts **2 :** having numerous members or signatories ⟨a ~ treaty⟩

**mul·ti·phase** \'məl-ti-,fāz\ *adj* (ca. 1890) **:** having various phases; *esp* **:** POLYPHASE

**mul·ti·pha·sic** \,məl-ti-'fā-zik, -,tī-\ *adj* (1940) **:** having various phases or elements ⟨a ~ test⟩

**¹mul·ti·ple** \'məl-tə-pəl\ *adj* [F, fr. L *multiplex*, fr. *multi-* + *-plex* -fold — more at -FOLD] (1647) **1 :** consisting of, including, or involving more than one ⟨~ births⟩ **2 :** MANY, MANIFOLD ⟨~ achievements⟩ **3 :** shared by many ⟨~ ownership⟩ **4 :** having numerous aspects or functions **:** VARIOUS **5 a :** being a circuit with a number of conductors in parallel **b :** being a group of terminals which make a circuit available at a number of points **6 :** formed by coalescence of the ripening ovaries of several flowers ⟨a ~ fruit⟩

**²multiple** *n* (1685) **1 a :** the product of a quantity by an integer ⟨35 is a ~ of 7⟩ **b :** something in units of more than one or two **2 :** PARALLEL 4b

**multiple allele** *n* (1938) **:** any of more than two allelic factors located at one chromosomal locus

**multiple–choice** *adj* (1927) **1 :** having several answers from which one is to be chosen ⟨a ~ question⟩ **2 :** composed of multiple-choice questions ⟨a ~ test⟩

**multiple factor** *n* (1915) **:** one of a group of nonallelic genes that according to the multiple-factor hypothesis control various quantitative hereditary characters

**multiple myeloma** *n* (1897) **:** a disease of bone marrow that is characterized by the presence of numerous myelomas in various bones of the body

**multiple personality** *n* (1901) **:** an hysterical neurosis in which the personality becomes dissociated into two or more distinct but complex and socially and behaviorally integrated parts each of which becomes dominant and controls behavior from time to time to the exclusion of the others — compare SPLIT PERSONALITY

**multiple regression** *n* (1924) **:** regression in which one variable is estimated by the use of more than one other variable

**multiple sclerosis** *n* (1885) **:** a diseased condition marked by patches of hardened tissue in the brain or the spinal cord and associated esp. with partial or complete paralysis and jerking muscle tremor

**multiple star** *n* (1850) **:** several stars in close proximity that appear to form a single system

**multiple store** *n, chiefly Brit* (1929) **:** CHAIN STORE

**mul·ti·plet** \'məl-tə-plət\ *n* (1922) **1 :** a spectrum line having several components **2 :** a group of elementary particles that are different in charge but similar in other properties (as mass)

**mul·ti·ple–val·ued** \,məl-tə-pəl-'val-(,)yüd\ *adj* (1882) **:** having at least one and sometimes more of the values of the range associated with each value of the domain ⟨a ~ function⟩ — compare SINGLE-VALUED

**multiple voting** *n* (ca. 1902) **:** illegal voting by one person in two or more constituencies

**¹mul·ti·plex** \'məl-tə-,pleks\ *adj* [L] (1557) **1 :** MANY, MULTIPLE **2 :** being or relating to a system of transmitting several messages simultaneously on the same circuit or channel

**²multiplex** *vt* (1907) **:** to send (messages or signals) by a multiplex system ~ *vi* **:** to multiplex messages or signals — **mul·ti·plex·er** *or* **mul·ti·plex·or** \-ər\ *n*

**mul·ti·pli·cand** \,məl-tə-pli-'kand\ *n* [L *multiplicandus*, gerundive of *multiplicare*] (1594) **:** the number that is to be multiplied by another

**mul·ti·pli·ca·tion** \,məl-tə-plə-'kā-shən\ *n* [ME *multiplicacioun*, fr. MF *multiplication*, fr. L *multiplication-, multiplicatio*, fr. *multiplicatus*, pp. of *multiplicare* to multiply] (14c) **1 :** the act or process of multiplying **:** the state of being multiplied **2 a :** a mathematical operation that at its simplest is an abbreviated process of adding an integer to itself a specified number of times and that is extended to other numbers in accordance with laws that are valid for integers **b :** any of various mathematical operations that are analogous in some way to multiplication of the real numbers but are defined for other or larger sets of elements (as complex numbers, vectors, matrices, or functions)

**multiplication sign** *n* (1907) **:** a symbol used to indicate multiplication: **a :** TIMES SIGN **b :** DOT 2b

**mul·ti·pli·ca·tive** \,məl-tə-'plik-ət-iv, 'məl-tə-plə-,kāt-\ *adj* (1653) **1 :** tending or having the power to multiply **2 :** of, relating to, or associated with a mathematical operation of multiplication ⟨the ~ property of 0 requires that $a{\cdot}0 = 0$ and $0{\cdot}a = 0$⟩ — **mul·ti·pli·ca·tive·ly** *adv*

**multiplicative identity** *n* (1958) **:** an identity element (as 1 in the group of rational numbers without 0) that in a given mathematical system leaves unchanged any element by which it is multiplied

**multiplicative inverse** *n* (1958) **:** an element of a mathematical set that when multiplied by a given element yields the identity element — called also *reciprocal*

**mul·ti·plic·i·ty** \,məl-tə-'plis-ət-ē\ *n, pl* **-ties** [ME, fr. MF *multiplicité*, fr. LL *multiplicitat-, multiplicitas*, fr. L *multiplic-, multiplex*] (15c) **1 :** the quality or state of being multiple or various **2 :** a great number **3 :** the number of times a root of an equation or zero of a function occurs when there is more than one root or zero ⟨the ~ of $x = 2$ for the equation $(x - 2)^3 = 0$ is 3⟩ **4 :** the number of components in a system (as a multiplet or a group of energy levels)

**mul·ti·pli·er** \'məl-tə-,plī(-ə)r\ *n* (15c) **:** one that multiplies: as **a :** a number by which another number is multiplied **b :** an instrument or device for multiplying or intensifying some effect **c :** a key-operated machine or mechanism or circuit on a machine that multiplies figures and records the products

**¹mul·ti·ply** \'məl-tə-,plī\ *vb* **-plied; -ply·ing** [ME *multiplien*, fr. OF *multiplier*, fr. L *multiplicare*, fr. *multiplic-, multiplex* multiple] *vt* (13c) **1 :** to increase in number esp. greatly or in multiples **:** AUGMENT **2 a :** to find the product of by multiplication ⟨~ 7 and 8⟩ **b :** to use as a

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ cot, cart \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision \à, ḵ, ⁿ, œ, ᵫ, ue, ue, ʸ\ see Guide to Pronunciation