# THE AMERICAN HERITAGE® COLLEGE DICTIONARY

THIRD EDITION



HOUGHTON MIFFLIN COMPANY
*Boston • New York*

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 1997, 1993 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston MA 02116.

0-395-67161-2 (UPC)

*Library of Congress Cataloging-in-Publication Data*
The American heritage college dictionary. —3rd ed.
   p.   cm.
   ISBN 0-395-66917-0 (plain edge). —ISBN 0-395-44638-4 (thumb edge). —ISBN 0-395-66918-9 (deluxe binding).
   1. English language—Dictionaries.   2. Americanisms.
PE1628.A6227   1993
423—dc20                                                    92-42124
                                                                CIP

Manufactured in the United States of America

For information about this and other Houghton Mifflin trade and reference books and multimedia products, visit The Bookstore at Houghton Mifflin on the World Wide Web at http://www.hmco.com/trade/.

union. **3. Unionist.** One loyal to the federal government during the Civil War. — **un′ion·is′tic** *adj.*

**un·ion·ize** (yōōn′yə-nīz′) *v.* **-ized, -iz·ing, -iz·es.** — *tr.* **1.** To organize into a labor union. **2.** To cause to join a labor union. — *intr.* To organize or join a labor union. — **un′ion·i·za′tion** (-yə-nī-zā′shən) *n.* — **un′ion·iz′er** *n.*

**union jack** *n.* **1.** A flag consisting entirely of a union. **2. Union Jack.** The flag of the United Kingdom.

**union label** *n.* An identifying mark attached to a product indicating it has been produced by members of a trade union.

**Union of So·vi·et Socialist Republics** (sō′vē-ĕt′, -ĭt, sŏv′ē-, sō′vē-ēt′). Commonly called **Soviet Union** or **Rus·sia** (rŭsh′ə) A former country of E Europe and N Asia with coastlines on the Baltic and Black seas and the Arctic and Pacific oceans; estab. in Dec. 1922. In Dec. 1991 it was officially dissolved into a number of independent republics.

**union shop** *n.* A business or industrial establishment whose employees are required either to be union members or to join the union within a specified time after being hired.

**union suit** *n.* A one-piece undergarment combining shirt and long pants.

**u·nip·a·rous** (yōō-nĭp′ər-əs) *adj.* **1.** Producing only one egg or offspring at a time. **2.** *Bot.* Forming a single axis at each branching, as certain flower clusters.

**u·ni·per·son·al** (yōō′nĭ-pûr′sə-nəl) *adj.* Manifested as or existent in the form of only one person: *a unipersonal spirit.*

**u·ni·po·lar** (yōō′nĭ-pō′lər) *adj.* **1.** Having, acting by means of, or produced by a single magnetic or electric pole. **2.** *Biol.* Having a single fibrous process. Used of a neuron. — **u′ni·po·lar′i·ty** (-pō-lăr′ĭ-tē, -pə-) *n.*

**u·ni·po·tent** (yōō-nĭp′ə-tənt) *adj.* Capable of developing into only one type of cell or tissue.

**u·nique** (yōō-nēk′) *adj.* **1.** Being the only one of its kind. **2.** Without an equal or equivalent; unparalleled. **3.a.** Characteristic of a particular category, condition, or locality: *a problem unique to coastal areas.* **b.** *Informal.* Unusual; extraordinary. [Fr. < OFr. < Lat. *ūnicus*. See **oi-no-**.] — **u·nique′ly** *adv.* — **u·nique′ness** *n.*

*Usage Note:* In the most recent survey the sentence *Her designs are quite unique in today's fashion scene* was unacceptable to 80 percent of the Usage Panel. Critical objections to the comparison and degree modification of absolute terms such as *unique* date to the 18th century and have been applied to a wide group of adjectives, including *equal, fatal, omnipotent, parallel, perfect,* and *unanimous.* According to the standard argument, such words denote properties that a thing either does or does not have but cannot have to a qualifiable degree. Thus if *unique* is properly used to mean "without equal or equivalent," something either is unique or it isn't, and phrases such as *very unique* and *more unique* can only betray a weakening of the sense to mean something like "unusual" or "distinctive." A reputable writer, however, might say that a painting is unique and mean that it is worthy of inclusion in a class by itself according to certain implicit but generally accepted criteria. Thus a legitimately unique painting might be one that realizes an unparalleled aesthetic vision but not one that is rendered only in pigments whose names begin with the letter *o.* Given this understanding, it is not inherently impossible to think of uniqueness as a matter of degree, in the sense that one painting may be more or less worthy of inclusion in a class by itself than some other. • What is troubling about the use of *unique* by copywriters, for example, is that in such writing uniqueness is claimed for a restaurant in virtue of some trivial properties of its decor or menu, for example. Though it may be true that such properties render a restaurant *logically* unique, they do not constitute legitimate grounds for putting it into a class by itself according to the criteria ordinarily invoked when things are sorted into classes. But it is not surprising that *unique* should lend itself to promiscuous modification and comparison; for once it is granted that uniqueness can be claimed for any product or service that is somehow distinctive from all its competitors, it is inevitable that an increase in uniqueness will be seen in every minor innovation. See Usage Note at **infinite.**

**u·ni·sex** (yōō′nĭ-sĕks′) *adj.* **1.** Designed for or suitable to both sexes: *unisex clothing.* **2.** Not distinguished or distinguishable on the basis of sex: *a unisex look.* — *n.* Elimination or absence of sexual distinctions, esp. in dress.

**u·ni·sex·u·al** (yōō′nĭ-sĕk′shōō-əl) *adj.* **1.** Of or relating to only one sex. **2.** Having only one type of sexual organ; not a hermaphrodite. **3.** *Bot.* Having either stamens or pistils but not both. **4.** Unisex. — **u′ni·sex′u·al′i·ty** (-ăl′ĭ-tē) *n.* — **u′ni·sex′u·al·ly** *adv.*

**u·ni·son** (yōō′nĭ-sən, -zən) *n.* **1.** *Mus.* **a.** Identity of pitch; the interval of a perfect prime. **b.** The combination of parts sounding the same pitch or in octaves. **2.** The act or an instance of speaking the same words simultaneously by two or more speakers. **3.** An instance of agreement; concord. — *idiom.* **in unison. 1.** In complete agreement; harmonizing exactly. **2.** At the same time; at once. [ME < OFr. < Med.Lat. *ūnisonus*, in unison < LLat. *monotonous* : Lat. *ūni-*, uni- + Lat. *sonus*, sound; see **swen-**.]

**u·nit** (yōō′nĭt) *n.* **1.** An individual, a group, a structure, or other entity regarded as an elementary constituent of a whole. **2.** A group regarded as a distinct entity within a larger group. **3.a.** A mechanical part or module. **b.** An entire apparatus or the equipment that performs a specific function. **4.** A precise quantity in terms of which the magnitudes of other quantities of the same kind can be stated. **5.** *Medic.* The quantity of a drug or other agent necessary to produce a specific effect. **6.a.** A fixed amount of scholastic study used in calculating academic credits, usu. measured in hours of formal instruction or laboratory work. **b.** A section of an academic course focusing on a selected theme: *a unit on Native Americans.* **7.** The number immediately to the left of the decimal point in the Arabic numeral system. **8.** *Math.* The lowest positive whole number. [Back-formation < UNITY.]

**Unit.** *abbr.* **1.** Unitarian. **2.** Unitarianism.

**u·ni·tard** (yōō′nĭ-tärd′) *n.* A one-piece tight-fitting leotard and tights combination, sometimes with foot straps. [(LEO)TARD.]

**U·ni·tar·i·an** (yōō′nĭ-târ′ē-ən) *n.* **1.** An adherent of Unitarian Universalism. **2.** A monotheist who is not a Christian. **3.** A Christian who is not a Trinitarian. [< NLat. *ūnitārius*, monotheist < Lat. *ūnitās*, unity. See UNITY.] — **U′ni·tar′i·an·ism** *n.*

**Unitarian Universalism** *n.* A religious association of Christian origin that has no official creed and that considers God as personal, salvation universal, and reason and conscience the criteria for belief and practice. — **Unitarian Universalist** *adj.* & *n.*

**u·ni·tar·y** (yōō′nĭ-tĕr′ē) *adj.* **1.** Of or relating to a unit. **2.** Having the nature of a unit; whole. **3.** Based on or characterized by one or more units. — **u′ni·tar′i·ly** *adv.*

**unit character** *n. Genet.* A character inherited in accordance with Mendel's law of segregation.

**unit cost** *n.* The cost of a given unit of a product.

**u·nite** (yōō-nīt′) *v.* **u·nit·ed, u·nit·ing, u·nites.** — *tr.* **1.** To bring together so as to form a whole. **2.** To combine (people) in interest, attitude, or action. **3.** To join (a couple) in marriage. **4.** To cause to adhere. **5.** To have or demonstrate in combination: *She unites common sense with vision.* — *intr.* **1.** To become or seem to become joined, formed, or combined into a unit. **2.** To join and act together in a common purpose or endeavor. See Syns at **join. 3.** To be or become bound together by adhesion. [ME *uniten* < Lat. *ūnīre, ūnīt-* < *ūnus,* one. See **oi-no-**.]

**u·nit·ed** (yōō-nī′tĭd) *adj.* **1.** Combined into a single entity. **2.** Concerned with or resulting from mutual action. **3.** Being in harmony; agreed. — **u·nit′ed·ly** *adv.* — **u·nit′ed·ness** *n.*

**U·nit·ed Ar·ab E·mir·ates** (yōō-nī′tĭd ăr′əb ĭ-mîr′ə-tēm′ər-). Formerly **Tru·cial O·man** (trōō′shəl ō-măn′) A country of E Arabia, a federation of seven sheikdoms on the Persian Gulf and the Gulf of Oman; formed in 1971. Cap. Abu Dhabi. Pop. 980,000.

**United Arab Republic. 1.** A former union of Egypt and Syria from 1958 to 1961. Yemen joined the union in 1958, thus creating the **United Arab States. 2.** See **Egypt.**

**United Kingdom** or **United Kingdom of Great Brit·ain and Northern Ire·land** (brĭt′n; îr′lənd). Commonly called **Great Britain** or **Britain.** A country of W Europe comprising England, Scotland, Wales, and Northern Ireland. Beginning with the kingdom of England, it was created by three acts of union with Wales (1536), Scotland (1707), and Northern Ireland (1800). Cap. London. Pop. 55,648,994.

**United Nations.** An international organization founded in 1945 to promote peace and economic development.

**United States** or **United States of A·mer·i·ca** (ə-mĕr′ĭ-kə) A country of central and NW North America with coastlines on the Atlantic and Pacific oceans. It includes the noncontiguous states of AK and HI and various island territories in the Caribbean Sea and Pacific Ocean. Cap. Washington DC. Pop. 249,632,692.

**u·ni·tive** (yōō′nĭ-tĭv, yōō-nī′-) *adj.* Serving to unite.

**u·nit·ize** (yōō′nĭ-tīz′) *tr.v.* **-ized, -iz·ing, -iz·es. 1.** To separate, classify, or package in discrete units. **2.** To make into a single unit. — **u′nit·i·za′tion** (yōō′nĭ-tĭ-zā′shən) *n.*

**unit pric·ing** (prī′sĭng) *n.* The pricing of goods on the basis of cost per unit of measure.

**unit rule** *n.* A rule holding that a state's entire vote must go to the candidate preferred by the majority of that state's delegates in a Democratic Party national convention.

**u·ni·ty** (yōō′nĭ-tē) *n., pl.* **-ties. 1.** The state or quality of being one; singleness. **2.** The state or quality of being in accord; harmony. **3.a.** The combination or arrangement of parts into a whole; unification. **b.** A combination or union thus formed. **4.** Singleness or constancy of purpose or action; continuity. **5.a.** An ordering of all elements in a work of art or literature so that each contributes to a unified aesthetic effect. **b.** The effect thus produced. **6.** One of the three principles of dramatic structure derived by French neoclassicists from Aristotle's *Poetics,* stating that a drama should have but one plot, which should take place in a single day and be confined to a single locale. **7.** *Math.* **a.** The number 1. **b.** See **identity**


Union Jack


unitard


United Arab Emirates

sessing or exhibiting tact; consider-
**ful·ly** *adv.* — **tact′ful·ness** *n.*
pedient for achieving a goal; a ma-
tics < Gk. *taktika*. See TACTICS.]
 **1.** Of, relating to, or using tactics.
d in, or involving military or naval
er, closer to base, and less significant
.. **b.** Carried out in support of mili-
 **3.** Marked by adroitness, ingenuity.
*adv.*
*t.* **1.** One who is skilled in the plan-
litary tactics. **2.** A clever maneuverer.
*(used with a sing. v.)* The military art
; objectives set by strategy, esp. the
and directing troops, ships, and air-
ers against an enemy. **b.** *(used with a*
gainst an enemy. **2.** *(used with a sing.*
or set of maneuvers engaged in to
or a goal. [NLat. *tactica* < Gk. *ta-
tikos*, of order < *taktos*, arranged <
]
*dj.* **1.a.** Perceptible to the sense of
acterized by or conveying an illusion
must thus continue to be a poet rich
n Vendler). **2.** Used for feeling: *a tac-
g* to, or proceeding from the sense of
*actilis* < *tactus*, p.part. of *tangere*, to
**'tile·ly** *adv.* — **tac·til′i·ty** (-til′ĭ-tē)

of numerous minute oval end organs
n, as in the fingertips.
e act of touching; contact: [Lat. *tac-
.part.* of *tangere*, to touch. See TACT.]
Lacking or exhibiting a lack of tact,
or indiscreet. — **tact′less·ly** *adv*

*adj.* Tactile. [Lat. *tāctus*, touch; see
u·**al·ly** *adv.*
A small boy. **2.** A small amount o
ort for TADPOLE.]
he limbless aquatic larva of a frog o
 long flat tail. [ME *taddepol* : *tadd-,
pol,* head; see POLL.]
*& adj.* Var. of **Tajik.**
) *n. & adj.* Var. of **Tajiki.**
'ĭ-stän′, -stän′, tə-jĭ-kyĭ-stän′).

of SE South Korea NNW of Pusan

A city of central South Korea SSE

dō′) *n.* A Korean art of self-defense,
ean *t'aekwŏndo* : *tae-*, to trample

.]
arious units of weight used in easter
it to 38 grams (1⅓ ounces). **2.** A mon
d in China, equivalent in value to th
er. [Port. < Malay *tahil, tael.*]
ī′nē-ə) *n., pl.* **-ni·ae** (-nē-ē′) or **-ni·as**
ribbon for the hair that was worn
*chit.* A band in the Doric order tha
m the architrave. **3.** *Anat.* A ribbonli
le. **4.** A flatworm of the genus *Taenia*
apeworms. [Lat., ribbon, tapeworm

**·a·sis** (tē-nī′ə-sĭs) *n.* Infestation wi

 crisp smooth plain-woven fabric wit
f various fibers, such as silk, rayon, o
for women's garments. [ME < OF
*à* < Turk. *tafta* < Pers. *tāftah,* silk <
of *tāftan,* to twist, spin.] — **taf′fe·t**

*n. Naut.* **1.** The rail around the stern o
pper part of the stern of a vessel, ma
richly carved. [Alteration of *taffere
ifereel,* panel for carving or painting
*l* < OFr. *tablel.* See TABLEAU.]
e **patent log.**
is. A sweet chewy candy of molasses o
til very thick and then pulled until th
olds its shape. [?]
täf′ē-ə) *n.* A cheap rum distilled fro
ugar in the West Indies. [Fr., perh.
rig.]
—1943. First Lady of the U.S. (190

36. Amer. sculptor whose works inclu
e in Chicago (1922).
1857–1930. The 27th President of t
later served as chief justice of the U
.-30).

**tag¹** (tăg) *n.* **1.** A strip of leather, paper, metal, or plastic at-
tached to something or hung from a wearer's neck to identify,
classify, or label. **2.** The plastic or metal tip at the end of a
shoelace. **3.** The contrastingly colored tip of an animal's tail.
**4.** *Sports.* A bright piece of feather, floss, or tinsel surround-
ing the shank of the hook on a fishing fly. **5.a.** A dirty matted
lock of wool. **b.** A loose lock of hair. **6.** A rag; a tatter. **7.** A
fragment. **8.** An ornamental flourish, esp. at the end of a
signature. **9.** A designation or an epithet, esp. an unwelcome
one. **10.a.** A brief quotation used in a discourse to give it an
air of erudition or authority. **b.** A cliché, saw, or similar short
conventional idea used to embellish a discourse. **c.** The refrain
or last lines of a song or poem. **d.** The closing lines of a speech
in a play; a cue. **11.** *Comp. Sci.* A label assigned to identify
data in memory. — *v.* **tagged, tag·ging, tags.** — *tr.* **1.** To
label, identify, or recognize with or as if with a tag. See Syns
at **mark¹**. **2.** To put a ticket on (a motor vehicle) for a traffic
or parking violation. **3.** To charge with a crime. **4.** To add as
an appendage. **5.** To follow closely. **6.** To cut the tags from
(sheep). — *intr.* To follow after; accompany: *insisted on tag-
ging along.* [ME *tagge,* dangling piece of cloth on a garment,
poss. of Scand. orig.]
**tag²** (tăg) *n.* **1.** *Games.* A children's game in which one player
pursues the others in order to tag one of them, who then
pursues in turn. **2.** *Baseball.* The act of tagging a player who
is not on base. **3.** *Sports.* The act of tagging a player. — *tr.v.*
**tagged, tag·ging, tags. 1.** To touch (another player) in the
game of tag. **2.** *Baseball.* To touch (a runner) with the ball in
order to put that player out. **3.** *Sports.* To touch (the runner)
instead of tackling in touch football. — *phrasal verb.* **tag up.**
*Baseball.* To return to and touch a base with one foot before
running to the next base after a fielder catches a fly. [Perh.
var. of Sc. *tig,* touch, tap; prob. alteration of ME *tek.*]
**Ta·ga·log** (tə-gä′lŏg, -lŏg) *n., pl.* **Tagalog** or **-logs. 1.** A mem-
ber of a people native to the Philippines and inhabiting Ma-
nila and its adjacent provinces. **2.** The Austronesian language
of the Tagalog. [Tagalog : *taga,* native of + *ilog,* river.]
**tag·a·long** also **tag-a·long** (tăg′ə-lông′, -lŏng′) *n.* One that
persistently follows another.
**Tag·an·rog** (tăg′ən-rŏg′, tə-gən-rôk′). A city of SW Russia
on the Gulf of Taganrog, an arm of the Sea of Azov; annexed
by Russia in 1769. Pop. 289,000.
**tag day** *n.* A day on which collectors for a charitable fund
solicit contributions, giving each contributor a tag.
**tag end** *n.* **1.** The very end. **2.** Something left over; a remnant.
**tag·ger** (tăg′ər) *n.* **1.** One that tags, esp. in the game of tag.
**2. taggers.** Very thin sheet iron, usu. plated with tin.
**tag line** also **tag·line** (tăg′lĭn′) *n.* **1.** An ending line, as in a
play or joke, that makes a point. **2.** An often repeated phrase
associated with an individual, organization, or product.
**Ta·gore** (tə-gôr′, -gōr′, tä-), Sir **Rabindranath.** 1861–1941.
Bengali writer who won the 1913 Nobel Prize for literature.
**tag sale** *n.* See **garage sale.**
**Ta·gus** (tā′gəs) also **Ta·jo** (tä′hō). A river of the Iberian Pen-
insula flowing c. 941 km (585 mi) to the Atlantic Ocean.
**ta·hi·ni** (tə-hē′nē) *n.* A thick paste made from ground sesame
seeds. [Turk. *tāhīn,* sesame flour or oil < Ar. dial. *taḥīne* <
*ṭaḥan,* to grind.]
**Ta·hi·ti** (tə-hē′tē). An island of the S Pacific in the Windward
group of the Society Is. in French Polynesia; first settled by
Polynesians in the 14th cent.
**Ta·hi·tian** (tə-hē′shən) *adj.* Of or relating to Tahiti or its peo-
ple, language, or culture. — *n.* **1.** A native or inhabitant of
Tahiti. **2.** The Polynesian language of Tahiti.
**Ta·hoe** (tä′hō), **Lake.** A lake on the CA-NV border W of Car-
son City, NV.
**tah·sil·dar** also **tah·seel·dar** (tə-sēl′där′) *n.* A district offi-
cial in India in charge of revenues and taxation. [Urdu
*tahsīldār* < Pers. : *taḥṣīl,* collection, revenue (< Ar. < *ḥaṣṣala,*
to collect < *ḥaṣala,* to acquire) + *-dār,* having; see dher-*.]
**Tai** (tī) *n., pl.* **Tai** or **Tais. 1.** A family of languages spoken in
southeast Asia and southern China that includes Thai, Lao,
and Shan. **2.** A member of any of the Tai-speaking peoples of
Thailand, Burma, Laos, China, and Vietnam. **3.** Thai. — *adj.*
**1.** Of or relating to Tai, its speakers, or their culture. **2.** Thai.
**tai chi** or **Tai Chi** (tī′ chē′, jē′) also **tai chi chuan** or **Tai Chi
Chuan** (chwän′) *n.* A Chinese system of physical exercises
esp. for self-defense and meditation. [Chin. (Mandarin) *tai ji
quán : tai,* highest + *jí,* reach + *quán,* boxing.]
**tai·chung** (tī′chŏŏng′, -jōōng′) also **Tai·zhong** (-jōng′). A
city of W-central Taiwan SW of Taipei. Pop. 621,566.
**tai·ga** (tī′gə) *n.* A subarctic evergreen coniferous forest of
northern Eurasia located just south of the tundra and domi-
nated by firs and spruces. [Russ. *taïga,* of Altaic orig.]
**tail¹** (tāl) *n.* **1.** The posterior part of an animal, esp. when
elongated and extending beyond the trunk or main part of the
body. **2.** The bottom, rear, or hindmost part. **3.** The rear end
of a wagon or other vehicle. **4.a.** The rear portion of the
fuselage of an aircraft. **b.** An assembly of stabilizing planes
and control surfaces in this rear portion. **5.** The vaned rear
portion of a bomb or missile. **6.** An appendage to the rear or
bottom of a thing. **7.** The long luminous stream of gas and

dust forced from the head of a comet when it is close to the
sun. **8.** A braid of hair; a pigtail. **9.** Something that follows or
takes the last place: *the tail of a journey.* **10.** A train of fol-
lowers; a retinue. **11.** The end of a line of persons or things.
**12.** The short closing line of certain stanzas of verse. **13.** The
refuse or dross remaining from processes such as distilling or
milling. **14.** *Print.* The bottom of a page; the bottom margin.
**15.** The side of a coin not having the principal design and the
date. Often used in the plural with a singular verb. **16.** *In-
formal.* The trail of a person or an animal in flight. **17.** *In-
formal.* A person assigned or employed to follow and report
on someone else's movements and actions. **18. tails. a.** A
formal evening costume typically worn by men. **b.** A swallow-
tailed coat. **19.a.** *Slang.* The buttocks. **b.** *Vulgar Slang.* A
sexual partner, esp. a woman. — *adj.* **1.** Of or relating to a
tail or tails. **2.** Situated in the tail, as of an airplane. — *v.*
**tailed, tail·ing, tails.** — *tr.* **1.** To provide with a tail. **2.** To
deprive of a tail; dock. **3.** To serve as the tail of. **4.** To connect
(often dissimilar or incongruous objects) by or as if by the tail
or end. **5.** *Archit.* To set one end of (a beam, board, or brick)
into a wall. **6.** *Informal.* To follow and keep under surveil-
lance. — *intr.* **1.** To become lengthened or spaced when mov-
ing in a line: *The patrol tailed out in pairs.* **2.** *Archit.* To be
inserted at one end into a wall, as a floor timber or beam.
**3.** *Informal.* To follow. **4.** *Naut.* **a.** To go aground with the
stern foremost. **b.** To lie or swing with the stern in a named
direction, as when riding at anchor or on a mooring.
— *phrasal verbs.* **tail down.** To ease a heavy load down a
steep slope. **tail off** (or **away**). To diminish gradually; dwindle
or subside. [ME < OE *tægel.*]
**tail²** (tāl) *Law. n.* Limitation of the inheritance of an estate to
a particular party. [ME *taille* < OFr., division < *taillier,* to
cut. See TAILOR.]
**tail·back** (tāl′băk′) *n. Football.* The back on an offensive team
who lines up farthest from the line of scrimmage.
**tail beam** *n. Archit.* See **tailpiece** 3.
**tail·board** (tāl′bôrd′, -bōrd′) *n.* See **tailgate** 1.
**tail·bone** (tāl′bōn′) *n.* See **coccyx.**
**tail·coat** (tāl′kōt′) *n.* See **swallow-tailed coat.**
**tail end** *n.* **1.** The rear or hindmost part. **2.** The very end.
**tail fan** *n.* The fanlike posterior structure of a lobster, shrimp,
or other crustacean, formed from the telson and the last pair
of uropods and used for backward locomotion.
**tail fin** also **tail·fin** (tāl′fĭn′) *n.* **1.** A fin at the posterior part
of the body of a fish, crustacean, whale, or other aquatic
animal. **2.** An ornamental projection resembling a fin on the
rear fender of an automobile.
**tail·gate** (tāl′gāt′) *n.* **1.** A hinged board or closure at the rear
of a vehicle, such as a truck, that can be lowered during load-
ing and unloading. **2.** One of the pair of gates downstream in
a canal lock. — *v.* **-gat·ed, -gat·ing, -gates.** — *tr.* To drive
so closely behind (another vehicle) that one risks collision in
an emergency. — *intr.* **1.** To follow another vehicle too close-
ly. **2.** To participate in a picnic that is served from the tailgate
of a vehicle. — **tail′gat′er** *n.*
**tail·ing** (tā′lĭng) *n.* **1. tailings.** Refuse or dross remaining after
ore has been processed. **2.** *Archit.* The portion of a tailed
beam, brick, or board inside a wall.
**tail lamp** *n.* See **taillight.**
**taille** (tal, tä′yə) *n.* A form of direct royal taxation that was
levied in France before 1789 on nonprivileged subjects and
lands. [Fr. < OFr., division. See TAIL².]
**tail·light** (tāl′lĭt′) *n.* A red light or one of a pair mounted on
the rear end of a vehicle.
**tai·lor** (tā′lər) *n.* One that makes, repairs, and alters garments
such as suits, coats, and dresses. — *v.* **-lored, -lor·ing, -lors.**
— *tr.* **1.** To make (a garment), esp. to specific requirements or
measurements. **2.** To fit or provide (a person) with clothes
made to that person's measurements. **3.** To make, alter, or
adapt for a particular end or purpose. — *intr.* To pursue the
trade of a tailor. [ME < AN *taillour* < OFr. *tailleor* < *taillier,*
to cut < LLat. *tāliāre* < Lat. *tālea,* a cutting.]
**tai·lor·bird** (tā′lər-bûrd′) *n.* Any of several Old World trop-
ical passerine birds of the genus *Orthotomus* that character-
istically stitch leaves together with plant fibers to make nests.
**tai·lored** (tā′lərd) *adj.* **1.** Made by a tailor; custom-made.
**2.** Simple, trim, or severe in line or design.
**tai·lor-made** (tā′lər-mād′) *adj.* **1.** Made by a tailor. **2.** Per-
fectly fitted to a condition, preference, or purpose; made or as
if made to order. — *n.* A garment made by a tailor.
**tai·lor's chalk** (tā′lərz) *n.* A thin piece of hard chalk used in
tailoring for making temporary alteration marks on clothing.
**tail·piece** (tāl′pēs′) *n.* **1.** A piece forming an end; an append-
age. **2.** *Print.* An ornamental engraving or a design at the end
of a chapter or the bottom of a page. **3.** *Archit.* A beam tailed
into a wall. **4.** *Mus.* A triangular piece of ebony to which the
lower ends of violin or cello strings are attached.
**tail·pipe** also **tail pipe** (tāl′pīp′) *n.* The pipe through which
exhaust gases from an engine are discharged.
**tail·race** (tāl′rās′) *n.* **1.** The part of a millrace below the water
wheel through which the spent water flows. **2.** A channel for
floating away mine tailings and refuse.



Helen Taft



William Howard Taft

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | ŏŏ took |
| ä father | ōō boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | *th* this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, |
| ô paw | item |

Stress marks:
′ (primary);
′ (secondary), as in
dictionary (dĭk′shə-nĕr′ē)