US 20040006509A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: **US 2004/0006509 A1**

Mannik et al. (43) **Pub. Date: Jan. 8, 2004**

(54) **SYSTEM AND METHOD FOR PROVIDING INTERACTIVE ELECTRONIC REPRESENTATIONS OF OBJECTS**

(76) Inventors: **Peeter Todd Mannik**, Roswell, GA (US); **Stephen Andrew Hyser**, Roswell, GA (US); **Kristopher Derek Hutchinson**, Atlanta, GA (US); **David Hansel Whitley**, Marietta, GA (US); **Robert Bruno Mignone**, Peachtree City, GA (US); **Arthur Lee Davis**, Fisher Island, FL (US)

Correspondence Address:
SMITH, GAMBRELL & RUSSELL, LLP
SUITE 3100, PROMENADE II
1230 PEACHTREE STREET, N.E.
ATLANTA, GA 30309-3592 (US)

(21) Appl. No.: **10/459,397**

(22) Filed: **Jun. 11, 2003**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/526,621, filed on Mar. 16, 2000, which is a continuation-in-part of application No. 09/500,610, filed on Feb. 9, 2000, now abandoned, and which is a continuation-in-part of application No. 09/468,687, filed on Dec. 20, 1999, now Pat. No. 6,535,889, which is a continuation-in-part of application No. 09/406,171, filed on Sep. 23, 1999, now Pat. No. 6,557,006.

(60) Provisional application No. 60/174,331, filed on Jan. 4, 2000.

**Publication Classification**

(51) Int. Cl.[7] ................................................. G06F 17/60
(52) U.S. Cl. ................................... 705/14; 707/104.1

(57) **ABSTRACT**

The present invention provides a system and method for enabling viewers of visual media objects to obtain additional information regarding such objects and child objects therein from interactive representations of the objects on a computer network.



Patent Application Publication    Jan. 8, 2004    Sheet 1 of 37    US 2004/0006509 A1



FIG. 1

Patent Application Publication    Jan. 8, 2004  Sheet 2 of 37    US 2004/0006509 A1



*FIG. 2*



**FIG. 3A**



*FIG. 3B*



FIG. 4A



**FIG. 4B**



**FIG. 5**

994    970



**FIG. 6**

910



**FIG. 7**

Patent Application Publication    Jan. 8, 2004    Sheet 8 of 37    US 2004/0006509 A1



FIG. 8

FIG. 8



START
1000
Obtain Digital Image of Parent Object
2000
Associate Unique Identification Tag with Parent Object Image
3000
Store Parent Object Image in Temporary Database
4000
Display Parent Object Image
5000
Obtain Digital Image(s) of Child Object(s) and Acquire Child Object Information
6000
Store Child Object Image(s) and Related information in Temporary Database
7000
Display Child Object Image(s) with Parent Object Image
8000
Identify Region(s) within Parent Object Image Corresponding with Child Object(s)
9000
Create Association between Identified Child Objects region(s) and Respective Child Object Image(s)
10000
Display Parent Object Image, Representation(s) of Child Object Image(s), and Actual Child Object Image(s)
11000
Child Object Image(s) Associated with correct Child Object Regions in Parent Object Image and Child Object Regions in Parent Object Image properly sized?
12000
Store Parent Object Image, Child Object Image(s), Child Object Information, Association between Child and Parent Object Images, and Child Object Region information in Relational Database
End

FIG. 9

Begin (From FIG. 9, Routine 1000)
1010
Create Digital Image of Parent Object with Scanner, Digital Camera, or Software or both
1020
Store Digital Image of Parent Object on Digital Medium
1030
Size Digital Image of Parent Object to Established Guideline(s)
1040
Is Digital Image of Parent Object located on distributed computer network site?
Yes
1050
Obtain URL Address of Digital Image file of Parent Object
No
1060
Is Digital Image of Parent Object located on PC Device?
No
Yes
1070
Obtain Path of Digital Image file of Parent Object on PC
1080
Return to Step 2000, FIG. 9

*FIG. 10*



Begin from Fig. 9, Routine 5000
5100
Create Digital Image(s) of Child Object(s) with Scanner, Digital Camera, or Software or both
5110
Store Digital Image(s) of Child Object(s) on Digital Medium
5120
Size Digital Image of Child Object(s) to Established Guideline(s)
5130
Digital Image(s) of Child Object(s) located on distributed computer network site?
Yes
No
5140
Obtain URL Address of Digital Image(s) file of Child Object(s) and then Display Child Object Image(s)
5150
Digital Image(s) of Child Object(s) located on PC Device?
No
Yes
5160
Obtain Path of Digital Image File(s) of Child Object(s) on PC Device and then Display Child Object Image(s)
5170
Acquire Child Object Image Information
5180
Child Object Information correct/ Accurate?
No
Yes
5190
Return to Step 6000, Fig. 9

FIG. 11



FIG. 12



FIG. 13



Begin (From FIG. 12, Routine 8100)
8110B
Detect First Activation of Screen Interface Device and Store Coordinates of Screen Pointer
8120B
Detect Movement of Screen Pointer and simultaneously Display Geometrical Outline Corresponding to movement of Screen pointer
8130B
Detect Deactivation or release of Screen Interface Device and Store Coordinates
8140B
Start or Clear Coordinate Process?
Yes
No
8150B
Save Coordinates?
No
Yes
8160B
Identify Stored Pair of Coordinates and Calculate Coordinates for Geometrical Outline Identifying Child Object Image Region
8170B
Return to Step 8200, Fig. 12

FIG. 14

Patent Application Publication　　Jan. 8, 2004　Sheet 15 of 37　　US 2004/0006509 A1



FIG. 15A

http://www.retailstreet.com/default.asp - Microsoft Internet Explorer
File Edit View Favorites Tools Help
Back Forward Stop Refresh Home Search Favorites History Mail Print Edit Real.com
Address http://www.retailstreet.com/default.asp
Go Links
retailstreet
go Home
search
Catalogs GO!
Featured Publications All,
Accent, Allure, Automobile, Bazaar, Boating, Condenast Traveller, Cosmopolitan, Elle, Entertainment Weekly, Esquire, Family Circle, FHM, Fitness, Forbes, Fortune Magazine, Glamour, Golf Digest, Golf Magazine, Good Housekeeping, GQ, Harolds, InStyle, JCREW, Ladies Home Journal, Life Magazine, Mademoiselle, Marks And Morgan, Maxim, Mens Health, Mirabella, Money, New Woman, New Yorker, People, Redbook, Rolling Stone, Self, Skiing, Southern Accents, Southern Living, Spiegel, Sports Illustrated, This Old House, Vanity Fair, Veranda, Vogue, W,
Description:
This early spring 2000 issue of the Harold's catalog brings you the clothes and the look you love. Check out these pages for the latest in spring fashion. Don't forget to grab your Harold's catalog to check out the fine details while you browse. Not have a subscription to the catalog? Sign up here at www.retailstreet.com!
Get subscription to Harold's Catalog
retailstreet
Go

FIG. 15B



http://www.retailstreet.com/default.asp - Microsoft Internet Explorer
File Edit View Favorites Tools Help
Back Forward Stop Refresh Home Search Favorites History Mail Print Edit Real.com
Address http://www.retailstreet.com/default.asp
Go Links
retailstreet
A SHOP ON EVERY CORNER
go Home
products.
Maxfli, Guess, Citizen, Callaway, Maybelline, Estee Lauder , Liz Claiborne, Versace, Gucci, Tommy Hilfiger, Eddie Bauer, Marks and Morgan, Tiffany
new?
•Discover Card let's you earn awards points
DISCOVER
•Tommy Hilfiger's sneak preview to active winter wear
•Southern Living Fall Foliage Home Tour
•Sports Illustrated top golfers of 1999
do
Simply put, retailstreet is the avenue that ties traditional print and static media to the Internet. Now your favorite magazine can become your storefront, saving you time, money, and frustration.
Our patent pending process of identifying objects within magazine content and other popular media will introduce a whole new world to avid readers and subscribers. Not only will subscribers be able to identify items but also be able to purchase them directly from their point of access. Other benefits relating to product purchase include the ability to rate products, save awards points, find nearest physical locations, and find the best price. This process will soon expand to the high definition broadcast market in the near future to offer the same utility to tv goers.
retailstreet
Go

FIG. 15C

http://www.retailstreet.com/default.asp - Microsoft Internet Explorer
File Edit View Favorites Tools Help
Back Forward Stop Refresh Home Search Favorites History Mail Print Edit Real.com
Address http://www.retailstreet.com/default.asp
Go Links
retailstreet
A SHOP ON EVERY CORNER
go Home
•Southern Living Fall Foliage Home Tour
•Sports Illustrated top golfers of 1999
•In Style - The perfect businesswoman's' power look
•Jewelry of the stars - where can you locate the real thing ?
find nearest physical locations, and find the best price. This process will soon expand to the high definition broadcast market in the near future to offer the same utility to tv goers.
When you just gotta have it, start by taking the right street. Retail Street.
retailstreet
Check to see if we have your favorite magazine! Soon you will be able to take retailstreet to get the lowdown on products and services seen in your favorite t.v programs and feature films.
retailstreet #
Go

FIG. 15D

**retailstreet**
A SHOP ON EVERY CORNER

go  Search

m  c  ?  Search

Search the "street" for great products and prices! You can find anything that you are looking for, whether it be a magazine, a specific product or brand, or a manufacturer of goods by using the search tools below. Hit the Street!

Search retailstreet:                    **retailstreet**
                                         A SHOP ON EVERY CORNER

                                                              Use this in
                          Keyword Search:                     conjunction with
▷ Arts and Entertainment                                      the search
▷ Automotive              titleist golf clubs                 queries below
▷ Books
▷ Clothes & Accessories   **Retailer**
▷ Computing, Home & Office  ALL / Any              ▼          GO
▷ Consumer Electronics
▷ Gift Certificates and Ideas  **Brand**
▷ Home & Garden           ALL / Any              ▼          GO
▷ Services
▷ Sports & Fitness        **Publication**
▷ Travel & Leisure        ALL / Any              ▼          GO

                          Retailer & Product Source searches are exclusive of each
                          other.

Cover Search | Get Directions to a Retailer Nearest you | Get Help | Get a Map |

**retailstreet #**              Go

FIG. 16A

retailstreet
go
Search
Search
Search the "street" for great products and prices! You can find anything that you are looking for, whether it be a magazine, a specific product or brand, or a manufacturer of goods by using the search tools below. Hit the Street!
Search retailstreet:
Arts and Entertainment
Automotive
Books
Clothes & Accessories
Computing, Home & Office
Consumer Electronics
Gift Certificates and Ideas
Home & Garden
Services
Sports & Fitness
Travel & Leisure
Keyword Search:
Use this in conjunction with the search queries below
Retailer
ALL / Any
ALL / Any
Accent Travel Services
BathStyle
Belk
Bloomingdales
D Geller and Son's
DeBeers
Dillards
FogDog.com
Harold's
Havertys
GO
GO
GO
are exclusive of each
Cover Search
Get Directions to a Retailer Nearest
retailstreet #
Go

FIG. 16B

Patent Application Publication    Jan. 8, 2004    Sheet 21 of 37    US 2004/0006509 A1



FIG. 16C

retailstreet
A SHOP ON EVERY CORNER
go
Search
Search
Search the "street" for great products and prices! You can find anything that you are looking for, whether it be a magazine, a specific product or brand, or a manufacturer of goods by using the search tools below. Hit the Street!
Search retailstreet:
retailstreet
Arts and Entertainment
Automotive
Books
Clothes & Accessories
Computing, Home & Office
Consumer Electronics
Gift Certificates and Ideas
Home & Garden
Services
Sports & Fitness
Travel & Leisure
Keyword Search:
Use this in conjunction with the search queries below
Retailer
ALL / Any
GO
Brand
ALL / Any
GO
Publication
ALL / Any
GO
ALL / Any
Bazaar
FHM
Fortune Magazine
Glamour
GQ
Harolds
InStyle
JCREW
Ladies Home Journal
Life Magazine
es are exclusive of each
Cover Search | Get Directions to a Retailer Nearest yo
retailstreet

FIG. 16D

Patent Application Publication    Jan. 8, 2004    Sheet 23 of 37    US 2004/0006509 A1



FIG. 17A

Patent Application Publication    Jan. 8, 2004    Sheet 24 of 37    US 2004/0006509 A1



• Take some time to browse through the list of Catalogs below to see what *retailstreet* has brewing under the covers. Please choose between catalogs or magazines.



FIG. 17B

Patent Application Publication   Jan. 8, 2004   Sheet 25 of 37   US 2004/0006509 A1



FIG. 18A

Patent Application Publication    Jan. 8, 2004   Sheet 26 of 37    US 2004/0006509 A1



FIG. 18B

Patent Application Publication    Jan. 8, 2004  Sheet 27 of 37    US 2004/0006509 A1



FIG. 19A

Patent Application Publication    Jan. 8, 2004  Sheet 28 of 37    US 2004/0006509 A1



FIG. 19B

Patent Application Publication    Jan. 8, 2004    Sheet 29 of 37    US 2004/0006509 A1



FIG. 19C

Patent Application Publication    Jan. 8, 2004  Sheet 30 of 37    US 2004/0006509 A1



FIG. 19D

Patent Application Publication    Jan. 8, 2004  Sheet 31 of 37    US 2004/0006509 A1



FIG. 19E

Patent Application Publication    Jan. 8, 2004  Sheet 32 of 37    US 2004/0006509 A1



**FIG. 20A**

Patent Application Publication    Jan. 8, 2004    Sheet 33 of 37    US 2004/0006509 A1



SP 26                                   Scott Xtra Flex Ski Poles

PRODUCT DESCRIPTION

For the new Great Big Bertha Hawk Eye Titanium
Woods, we've designed our lightest, strongest
graphite shaft ever which features an increased tip
diameter, providing additional strength and
clubhead stability.

**PURCHASE OPTIONS**

| Distance | Awards Points | Get Map | Purchase Online | Outlet |
|----------|---------------|---------|-----------------|--------|
| 10 miles | Yes | View Map | available | Bloomingdale's 3500 Cobb Parkway Marietta, GA 30060 |
| 8 miles | Yes | View Map | available | Target Cobb Parkway Smyrna, GA 30080 |
| 4 miles | No | View Map | available | Target Austell Road Austell, GA 30068 |



## FIG. 20B

Patent Application Publication    Jan. 8, 2004   Sheet 34 of 37    US 2004/0006509 A1



FIG. 21

retailstreet
A SHOP ON EVERY CORNER
go
Search
TARGET
WHAT'S NEW
GUEST SERVICES
COMPANY
SHOPPING CART
CONTACT US
SITEMAP
JOBS
SCHOOLS
CLUBS
MY INFO
HELP
Shop Us Now:
Baby
Bath
Beauty
Bedroom
Dining
Entertainment
Hardware
Home Accessories
Home Furnishings
Home Health
Home Office
Housewares
Jewelry
Luggage
Michael Graves
Outdoors
Toys by Age
Special Delivery
If you're expecting a baby, it's time to go to Target! Sign up for the Lullaby Club® Baby Gift Registry at your neighborhood Target store and you'll receive a copy of our current Lullaby Club catalog plus lots of valuable coupons for baby gear. Registering is fun, easy, and best of all, it's free.
What's hot at target.com? Sign up and be the first to know!
please enter a
retailstreet #
Go

FIG. 22

Patent Application Publication     Jan. 8, 2004    Sheet 36 of 37     US 2004/0006509 A1



FIG. 23

Patent Application Publication    Jan. 8, 2004  Sheet 37 of 37    US 2004/0006509 A1



FIG. 24