US 20040122731A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: **US 2004/0122731 A1**

Mannik et al. (43) Pub. Date: **Jun. 24, 2004**

(54) **SYSTEM AND METHOD FOR USING INTERACTIVE ELECTRONIC REPRESENTATIONS OF OBJECTS**

(76) Inventors: **Peeter Todd Mannik**, Roswell, GA (US); **Stephen Andrew Hyser**, Roswell, GA (US); **Garland Todd Headrick**, Smyrna, GA (US); **David Hansel Whitley**, Woodstock, GA (US); **Kristopher Derek Hutchinson**, Atlanta, GA (US); **James Edwin Harris III**, NA, GA (US); **Robert Bruno Mignone**, Peachtree City, GA (US)

Correspondence Address:
SMITH, GAMBRELL & RUSSELL, LLP
SUITE 3100, PROMENADE II
1230 PEACHTREE STREET, N.E.
ATLANTA, GA 30309-3592 (US)

(21) Appl. No.:     **10/250,179**

(22) Filed:     **Jun. 10, 2003**

**Related U.S. Application Data**

(63) Continuation of application No. 09/526,621, filed on Mar. 16, 2000, now abandoned, which is a continuation-in-part of application No. 09/500,610, filed on Feb. 9, 2000, now abandoned, and which is a continuation-in-part of application No. 09/468,687, filed on Dec. 20, 1999, now Pat. No. 6,535,889.
Said application No. 09/526,621 is a continuation-in-part of application No. 09/406,171, filed on Sep. 23, 1999, now Pat. No. 6,557,006.

(60) Provisional application No. 60/174,331, filed on Jan. 4, 2000.

**Publication Classification**

(51) Int. Cl.$^7$ ................................................. G06F 17/60
(52) U.S. Cl. ............................................................. 705/14

(57)     **ABSTRACT**

The present invention provides a method for providing, with respect to a media source, an interactive electronic reproduction of a media object that includes a secondary object appearing in the media source.



Patent Application Publication    Jun. 24, 2004    Sheet 1 of 38    US 2004/0122731 A1



FIG . 1



*FIG. 2*

Case 7:05-cv-07516-KMK    Document 53-11    Filed 06/12/2006    Page 4 of 39



*FIG. 3A*



*FIG. 3B*



**FIG. 4**



**FIG. 5**



FIG. 6



*FIG. 7*

Patent Application Publication    Jun. 24, 2004    Sheet 9 of 38    US 2004/0122731 A1



FIG. 8

FIG. 8



START
1000
Obtain Digital Image of Parent Object
2000
Associate Unique Identification Tag with Parent Object Image
3000
Store Parent Object Image in Temporary Database
4000
Display Parent Object Image
5000
Obtain Digital Image(s) of Child Object(s) and Acquire Child Object Information
6000
Store Child Object Image(s) and Related information in Temporary Database
7000
Display Child Object Image(s) with Parent Object Image
8000
Identify Region(s) within Parent Object Image Corresponding with Child Object(s)
9000
Create Association between Identified Child Objects region(s) and Respective Child Object Image(s)
10000
Display Parent Object Image, Representation(s) of Child Object Image(s), and Actual Child Object Image(s)
11000
Child Object Image(s) Associated with correct Child Object Regions in Parent Object Image and Child Object Regions in Parent Object Image properly sized?
12000
Store Parent Object Image, Child Object Image(s), Child Object Information, Association between Child and Parent Object Images, and Child Object Region information in Relational Database
End

FIG. 9



Begin
(From
FIG. 9, Routine
1000)

1010
Create Digital Image of
Parent Object with Scanner,
Digital Camera, or Software
or both

1020
Store Digital Image of
Parent Object on Digital
Medium

1030
Size Digital Image of Parent
Object to Established
Guideline(s)

1040
Is Digital Image of
Parent Object located
on distributed computer
network site?

Yes

1050
Obtain URL Address of
Digital Image file of
Parent Object

No

1060
Is Digital Image of Parent
Object located on PC Device?

No

Yes

1070
Obtain Path of Digital
Image file of Parent
Object on PC

1080
Return to Step 2000,
FIG. 9

*FIG. 10*



Begin from Fig. 9, Routine 5000
5100
Create Digital Image(s) of Child Object(s) with Scanner, Digital Camera, or Software or both
5110
Store Digital Image(s) of Child Object(s) on Digital Medium
5120
Size Digital Image of Child Object(s) to Established Guideline(s)
5130
Digital Image(s) of Child Object(s) located on distributed computer network site?
Yes
No
5140
Obtain URL Address of Digital Image(s) file of Child Object(s) and then Display Child Object Image(s)
5150
Digital Image(s) of Child Object(s) located on PC Device?
No
Yes
5160
Obtain Path of Digital Image File(s) of Child Object(s) on PC Device and then Display Child Object Image(s)
5170
Acquire Child Object Image Information
5180
Child Object Information correct/ Accurate?
No
Yes
5190
Return to Step 6000, Fig. 9

*FIG. 11*

Case 7:05-cv-07516-KMK    Document 53-11    Filed 06/12/2006    Page 14 of 39



*FIG. 12*



FIG. 13



Begin (From FIG. 12, Routine 8100)
8110B
Detect First Activation of Screen Interface Device and Store Coordinates of Screen Pointer
8120B
Detect Movement of Screen Pointer and simultaneously Display Geometrical Outline Corresponding to movement of Screen pointer
8130B
Detect Deactivation or release of Screen Interface Device and Store Coordinates
8140B
Start or Clear Coordinate Process?
Yes
No
8150B
Save Coordinates?
No
8160B
Identify Stored Pair of Coordinates and Calculate Coordinates for Geometrical Outline Identifying Child Object Image Region
8170B
Return to Step 8200, Fig. 12

*FIG. 14*

Patent Application Publication    Jun. 24, 2004   Sheet 16 of 38    US 2004/0122731 A1



FIG. 15A

http://www.retailstreet.com/default.asp - Microsoft Internet Explorer
File Edit View Favorites Tools Help
Back Forward Stop Refresh Home Search Favorites History Mail Print Edit RealCom
Address http://www.retailstreet.com/default.asp
Go Links
retailstreet
A SHOP ON EVERY CORNER
go Home
search
Catalogs GO!
Featured Publications All.
Accent, Allure, Automobile, Bazaar, Boating, Condenast Traveller, Cosmopolitan, Elle, Entertainment Weekly, Esquire, Family Circle, FHM, Fitness, Forbes, Fortune Magazine, Glamour, Golf Digest, Golf Magazine, Good Housekeeping, GQ, Harolds, InStyle, JCREW, Ladies Home Journal, Life Magazine, Mademoiselle, Marks And Morgan, Maxim, Mens Health, Mirabella, Money, New Woman, New Yorker, People, Redbook, Rolling Stone, Self, Skiing, Southern Accents, Southern Living, Spiegel, Sports Illustrated, This Old House, Vanity Fair, Veranda, Vogue, W,
Description:
This early spring 2000 issue of the Harold's catalog brings you the clothes and the look you love. Check out these pages for the latest in spring fashion. Don't forget to grab your Harold's catalog to check out the fine details while you browse. Not have a subscription to the catalog? Sign up here at www.retailstreet.com!
Get subscription to Harold's Catalog
retailstreet #
Go

FIG. 15B



http://www.retailstreet.com/default.asp - Microsoft Internet Explorer
File Edit View Favorites Tools Help
Back Forward Stop Refresh Home Search Favorites History Mail Print Edit Real.com
Address http://www.retailstreet.com/default.asp
Go Links
retailstreet
go Home
products.
Maxfli, Guess, Citizen, Callaway, Maybelline, Estee Lauder , Liz Claiborne, Versace, Gucci, Tommy Hilfiger, Eddie Bauer, Marks and Morgan, Tiffany
new?
•Discover Card let's you earn awards points
•Tommy Hilfiger's sneak preview to active winter wear
•Southern Living Fall Foliage Home Tour
•Sports Illustrated top golfers of 1999
do
Simply put, retailstreet is the avenue that ties traditional print and static media to the Internet. Now your favorite magazine can become your storefront, saving you time, money, and frustration.
Our patent pending process of identifying objects within magazine content and other popular media will introduce a whole new world to avid readers and subscribers. Not only will subscribers be able to identify items but also be able to purchase them directly from their point of access. Other benefits relating to product purchase include the ability to rate products, save awards points, find nearest physical locations, and find the best price. This process will soon expand to the high definition broadcast market in the near future to offer the same utility to tv goers.
retailstreet
Go

FIG. 15C

http://www.retailstreet.com/default.asp - Microsoft Internet Explorer
File Edit View Favorites Tools Help
Back Forward Stop Refresh Home Search Favorites History Mail Print Edit Real.com
Address http://www.retailstreet.com/default.asp
Go Links
retailstreet
A SHOP ON EVERY CORNER
go Home
•Southern Living Fall Foliage Home Tour
•Sports Illustrated top golfers of 1999
•In Style - The perfect businesswoman's' power look
•Jewelry of the stars - where can you locate the real thing ?
find nearest physical locations, and find the best price. This process will soon expand to the high definition broadcast market in the near future to offer the same utility to tv goers.
When you just gotta have it, start by taking the right street. Retail Street.
retailstreet
Check to see if we have your favorite magazine! Soon you will be able to take retailstreet to get the lowdown on products and services seen in your favorite t.v programs and feature films.
retailstreet
Go

FIG. 15D

retailstreet
A SHOP ON EVERY CORNER
go
Search
m c ? Search
Search the "street" for great products and prices! You can find anything that you are looking for, whether it be a magazine, a specific product or brand, or a manufacturer of goods by using the search tools below. Hit the Street!
Search retailstreet:
Arts and Entertainment
Automotive
Books
Clothes & Accessories
Computing, Home & Office
Consumer Electronics
Gift Certificates and Ideas
Home & Garden
Services
Sports & Fitness
Travel & Leisure
Keyword Search:
titleist golf clubs
Use this in conjunction with the search queries below
Retailer
ALL / Any
GO
Brand
ALL / Any
GO
Publication
ALL / Any
GO
Retailer & Product Source searches are exclusive of each other.
Cover Search | Get Directions to a Retailer Nearest you | Get Help | Get a Map |
retailstreet
Go

FIG. 16A

Patent Application Publication    Jun. 24, 2004    Sheet 21 of 38    US 2004/0122731 A1



FIG. 16B



retailstreet
go Search
m c ? Search
Search the "street" for great products and prices! You can find anything that you are looking for, whether it be a magazine, a specific product or brand, or a manufacturer of goods by using the search tools below. Hit the Street!
Search retailstreet:
retailstreet
Arts and Entertainment
Automotive
Books
Clothes & Accessories
Computing, Home & Office
Consumer Electronics
Gift Certificates and Ideas
Home & Garden
Services
Sports & Fitness
Travel & Leisure
Keyword Search:
Use this in conjunction with the search queries below
Retailer
ALL / Any
GO
Brand
ALL / Any
GO
ALL / Any
A-Line
Alice and Trixie
American Standard
Anne Klein
Apart International
Barry Rugs
Bucci
Calleway Golf
Calvin Klein
Citizen
GO
Cover Search | Get Directions to a Retailer Nearest
retailstreet
Go

FIG. 16C

retailstreet
go
Search
m c ? Search
Search the "street" for great products and prices! You can find anything that you are looking for, whether it be a magazine, a specific product or brand, or a manufacturer of goods by using the search tools below. Hit the Street!
Search retailstreet:
retailstreet
Arts and Entertainment
Automotive
Books
Clothes & Accessories
Computing, Home & Office
Consumer Electronics
Gift Certificates and Ideas
Home & Garden
Services
Sports & Fitness
Travel & Leisure
Keyword Search:
Use this in conjunction with the search queries below
Retailer
ALL / Any
GO
Brand
ALL / Any
GO
Publication
ALL / Any
GO
ALL / Any
Bazaar
FHM
Fortune Magazine
Glamour
GQ
Harolds
InStyle
JCREW
Ladies Home Journal
Life Magazine
es are exclusive of each
Cover Search | Get Directions to a Retailer Nearest yo
retailstreet

FIG. 16D

Patent Application Publication   Jun. 24, 2004   Sheet 24 of 38   US 2004/0122731 A1



FIG. 17A

Patent Application Publication     Jun. 24, 2004     Sheet 25 of 38     US 2004/0122731 A1



Take some time to browse through the list of Catalogs below to see what *retailstreet* has brewing under the covers. Please choose between catalogs or magazines.



## FIG. 17B

Patent Application Publication    Jun. 24, 2004    Sheet 26 of 38    US 2004/0122731 A1



**FIG. 18A**

Patent Application Publication   Jun. 24, 2004   Sheet 27 of 38   US 2004/0122731 A1



FIG. 18B

Patent Application Publication    Jun. 24, 2004    Sheet 28 of 38    US 2004/0122731 A1



FIG. 19A

Patent Application Publication    Jun. 24, 2004    Sheet 29 of 38    US 2004/0122731 A1



**FIG. 19B**

Patent Application Publication    Jun. 24, 2004    Sheet 30 of 38    US 2004/0122731 A1



**FIG. 19C**

Patent Application Publication    Jun. 24, 2004    Sheet 31 of 38    US 2004/0122731 A1



FIG. 19D

Patent Application Publication    Jun. 24, 2004    Sheet 32 of 38    US 2004/0122731 A1



FIG. 19E

Patent Application Publication    Jun. 24, 2004    Sheet 33 of 38    US 2004/0122731 A1



**FIG. 20A**

Patent Application Publication   Jun. 24, 2004   Sheet 34 of 38   US 2004/0122731 A1



**FIG. 20B**

Patent Application Publication    Jun. 24, 2004    Sheet 35 of 38    US 2004/0122731 A1



FIG. 21

retailstreet
A SHOP ON EVERY CORNER
go
Search
TARGET
WHAT'S NEW
GUEST SERVICES
COMPANY
SHOPPING CART
CONTACT US
SITEMAP
JOBS
SCHOOLS
CLUBS
MY INFO
HELP
Shop Us Now:
Baby
Bath
Beauty
Bedroom
Dining
Entertainment
Hardware
Home Accessories
Home Furnishings
Home Health
Home Office
Housewares
Jewelry
Luggage
Michael Graves
Outdoors
Toys by Age
Special Delivery
If you're expecting a baby, it's time to go to Target! Sign up for the Lullaby Club® Baby Gift Registry at your neighborhood Target store and you'll receive a copy of our current Lullaby Club catalog plus lots of valuable coupons for baby gear. Registering is fun, easy, and best of all, it's free.
What's hot at target.com? Sign up and be the first to know!
retailstreet
Go

FIG. 22

Patent Application Publication     Jun. 24, 2004   Sheet 37 of 38     US 2004/0122731 A1



FIG. 23

Patent Application Publication   Jun. 24, 2004   Sheet 38 of 38   US 2004/0122731 A1



FIG. 24