# SYSTEM AND METHOD FOR USING INTERACTIVE ELECTRONIC REPRESENTATIONS OF OBJECTS

## CROSS REFERENCE TO RELATED APPLICATIONS

[0001] This application is a continuation of U.S. application Ser. No. 09/526,621, filed on Mar. 16, 2000, which is continuation-in-part of U.S. application Ser. No. 09/500,610, filed on Feb. 9, 2000, now abandoned, which claims the benefit of U.S. Provisional Application No. 60/174,331, filed on Jan. 4, 2000, and which is a continuation-in-part of U.S. application Ser. No. 09/468,687, filed on Dec. 20, 1999, U.S. Pat. No. 6,535,889, which is a continuation-in-part of U.S. Ser. No. 09/406,171, filed on Sep. 23, 1999, U.S. Pat. No. 6,557,006, all of which are incorporated herein by reference.

## BACKGROUND OF INVENTION

[0002] The present invention relates to systems and methods for using electronic representations of objects and, more particularly, to systems and business methods associated with the advertising, publishing, online, telephonic, and in-store purchases of goods and services, and the provision of the electronic representations.

[0003] Although the Internet has quickly become a popular source for information, entertainment, and commerce, traditional static media that includes physical publications, like magazines and newspapers, continues to enjoy popularity among readers. Due to the low cost and superior portability of traditional static media, it is likely to continue to thrive as a source of information, entertainment, and commerce into and throughout the Information Age.

[0004] Despite the continued popularity of traditional static media, the limitations of the medium become apparent when compared to today's Internet-based information sources, like the world-wide-web ("WWW" or "web"). For example, traditional static media may take much longer to produce than electronically-available content, and may be considerably more expensive to produce due to printing costs. Moreover, traditional static media typically cannot provide the depth of content permitted by electronic publications. Because traditional static media cannot be associated with, or "hot-linked" to, additional sources of information like electronic publications can, traditional static media cannot provide the virtually infinite depth of content provided by electronic publications.

[0005] This severe limitation on the depth of content provided by traditional static media can be very frustrating for readers and, in particular, shoppers. For example, an article about a celebrity in a traditional print-based magazine or physical publication may show one or more photographs of the celebrity. A reader of the magazine that enjoys the article and wants to learn more about the celebrity may perform a web search for additional information about the celebrity. But, what if the reader desires additional information regarding a parka the celebrity is wearing in one of the magazine photographs? The reader may turn to a web search engine for assistance, but without knowing the manufacturer of the parka or other information, any Internet search by the reader is likely to be futile. Even if the reader knows the name of manufacturer of the parka, the reader may be unable to locate the manufacturer's web site, and may be unable to determine if the manufacturer has a web site at all. Similarly, the reader may be unable to obtain information regarding furniture or other objects shown in the photographs with the article. This inability to locate additional information about objects shown in traditional static media publications can be extremely frustrating for a reader.

[0006] As another example of how the limitations of traditional static media may be frustrating to readers, consider the reader of a traditional print-based skiing magazine (also referred to as a physical publication). An article in a skiing magazine may feature pictures of a skier on a beautifully groomed slope with a quaint ski lodge in the background. However, in most cases, all of the objects in the photographs will not be identified. Therefore, the reader may have a great degree of difficulty locating the ski resort, the type of ski bindings worn by the skier, or even the exact slope that the skier is on. This inability to locate information related to traditional static media publications is extremely frustrating for consuming readers.

[0007] Similar to traditional static media, conventional static media present in some electronic publications on the Internet, typically do not provide any detailed information about products shown in digital or electronic images within the electronic publication. While such digital or electronic images may be "hot-linked" to corresponding Internet sites, such static media do not provide a break down of products forming the digital or electronic image contained within the electronic publication. Conventional electronic publications generally do not provide instantaneous product descriptions and separate enlarged views of each of the products shown within the image. For example, an electronic publication, such as a web page, may provide a graphics image of a skiing scene similar to the one discussed above that shows a skier on a beautifully groomed slope with a quaint ski lodge in the background. If the reader wants more information about the individual objects depicted in the skiing scene, such as an enlarged view of the skis or a complete description as to their identification and possible retail location or both, the reader may need to initiate an Internet or web search to ascertain this type of product or service information. Such an Internet search could be rather time consuming without any guarantee of success.

[0008] Static media also presents problems to manufacturers, retailers, and advertisers that desire to receive feedback on the effectiveness of their static media advertisements. Retailers, manufacturers, and advertisers pay substantial funds in placing their advertisements in an effort to inspire consumers to purchase their goods or services. However, no objective gauge exists to measure the effectiveness of these advertisements relative to their being viewed by potential consumers, to their invoking interest in the goods or services, or in resulting in an actual sale of goods or services shown in the advertisements.

[0009] Therefore, in light of these problems, there is a need for a system and method for creating and displaying an interactive electronic representation of a corresponding static media object that can easily associate a traditional static media object, such as a magazine page, or conventional static media objects, such as digital or electronic images contained within conventional electronic publications, to an interactive electronic representation of a static media object. There is a further need for a system and

method creating an interactive electronic representation of a corresponding traditional static media object that can "hot-link" objects in printed publications to related electronic documents. There is an additional need for a system and method for displaying an interactive electronic representation of a corresponding static media object that can track demographic information regarding consumers of traditional static media objects, such as magazines and newspapers, and conventional static media objects, such as electronic publications containing digital images. There is a further need for a system and business method for using interactive electronic representations of media objects to provide advertising management services to manufacturers, retailers, catalog retailers, service providers, advertisers, and publishers. There is also a need for a system and business method for using interactive electronic representations of media objects to measure the effectiveness of advertisements in static media relative to their being viewed by potential consumers, to their invoking interest in the goods or services, or in resulting in an actual sale of goods or services shown in the advertisements.

SUMMARY OF INVENTION

[0010] The present invention solves the problems described above by displaying an interactive electronic representation of a static media object (an "IER"), such as a page in a magazine, newspaper, a digital image contained within an electronic publication, etc., that associates a static media object with a unique identifier. The present invention advantageously allows a consumer of the static media object (i.e. the reader of the magazine, newspaper, or electronic publication) to utilize the unique identifier to easily access the corresponding IER. The present invention also allows the consumer to quickly locate additional information regarding aspects of the static media object by interacting with the IER using a computing device, like a personal computer or personal digital assistant.

[0011] Generally described, the present invention permits access to an IER by associating a unique identification tag with a static media object. The unique identification tag is also associated with the IER, which is stored in a computer database. In this manner, an application process for retrieving the IER embodying aspects of the present invention may receive the unique identification tag and, based upon the unique identification tag, locate and display the corresponding IER. A user of the application process may then interact with the IER by selecting a portion of the IER. When a portion of the IER is selected, additional information regarding the selected portion of the IER may be displayed to the user.

[0012] More specifically described, the present invention associates a static media object with a unique identification tag. For traditional static media objects, the unique identification tag may be printed or otherwise displayed on or adjacent to the static media object, preferably in a conspicuous location. For conventional static media objects, such as electronic publications containing digital images, a static media object in the form of a digital image may automatically pass a hidden unique identification tag to the application process when the user "clicks on" or activates the static media object. Alternatively, the unique identification tag may be displayed adjacent to the static media object.

[0013] The unique identification tag is associated with an IER corresponding to the static media object in a relational database such that the appropriate IER corresponding to the static media object is displayed when the unique identification tag is received by the application process. Portions of the IER may be "hot-linked" to other electronic documents, web sites, or other IERs.

[0014] The present invention also provides an application process that may be utilized to create and permit interaction with IERs corresponding to static media objects. According to an aspect of the present invention, a user may utilize a computing device equipped with a standard web browser to visit a web site embodying the application process. The user may provide a unique identification tag corresponding to a static media object at the web site or the web site can receive the unique identification tag from a digital image of an electronic publication which may be "hot-linked" to the web site containing the application process. The application process may then locate the IER corresponding to the static media object based upon the provided unique identification tag. Once the IER has been located, the IER is transmitted to the web browser for display to the user.

[0015] Once the IER has been displayed to the user, the user may interact with the IER by selecting a portion of the IER. In response to the selection of a portion of the IER, additional information regarding the selected portion of the IER may be displayed. For instance, if the IER contains a photograph of a skier on a snowy mountain slope, selecting the portion of the IER containing the skier may display additional information regarding the skier's identity, equipment, or location. Additionally, the user may be permitted to purchase items shown in portions of the IER on-line, or may be provided directions to a brick-and-mortar retailer that sells the item. The user's interaction with the IER may be monitored, and detailed demographic information about the user may be compiled. The demographic information may be then provided to the supplier of the IER, such as a manufacturer, ad agency, or publisher.

[0016] According to another aspect of the present invention, a user without the aid of a computing device may access an interactive electronic representation of a corresponding media object via a voice network. The user of the voice system may use a telephone to dial into a system for interacting with an interactive electronic representation of the static media object. The user may provide a unique identification tag corresponding to a static media object using dual-tone multi-frequency (DTMF) codes. In response to receiving the unique identification tag, the voice system may transmit an interactive aural representation of the static media object to the user. The user may then select portions of the aural interactive electronic representation of the static media object using additional DTMF codes. Additional information regarding the selected portion of the IER may be transmitted to the user via the telephone network.

[0017] In a further aspect of the present invention, a parent electronic representation of a primary object is created by using a scanner, a digital camera, or software or both to capture the primary object into a digital format, or any other format, or by importing a JPEG, MPEG, GIF, BMP or any other type of data file. Furthermore, the objects may be captured using other devices or mechanisms. The primary object typically includes several secondary objects that are referred to as child objects. For example, the primary object may take the form of digital image of a clothing model

wearing a certain brand name shirt and a top hat. The model, shirt and top hat could then be considered as child objects of the entire parent object.

[0018] Next, child electronic representations are then created for each respective child object in a manner similar to how the parent electronic representation is created. After the electronic representations are created, they are sized according to predetermined guidelines stipulated by the RETAILSTREET.COM Internet site. The electronic representations are then uploaded to the RETAILSTREET.COM Internet site.

[0019] The electronic representations are then displayed in a format where child object regions can be identified. Specifically, the parent electronic representation or image is displayed in its entirety while the child electronic representations are displayed at a reduced size or as icons or thumbprints. The user can then move a screen pointer with a user interface device, such as a mouse, to define the child object regions. The child object regions can be geometrical regions that circumscribe each of the child objects present in the parent electronic representation or image. The invention has at least two techniques where the movement of the screen pointer is tracked to capture the coordinates of the child object region. The invention also can display the coordinates that are tracked or a geometrical outline of the child object region or both.

[0020] Once the user has identified the child object region, an association or link between the child object region and the child electronic representation or image can be made. The user interface device and screen pointer can be used to create this association or the user can enter text corresponding to the appropriate child electronic representation or image. After the user has created associations for all of the child electronic representations, the user is then prompted to confirm that all of the child object regions are properly sized and correlate to the correct child electronic representations. Once the user confirms that this information is accurate, the electronic representations, the associations there between, and any detailed information regarding the child electronic representations are then stored in a relational database. Accordingly, when the parent object image of the interactive electronic representation is displayed, a user can move a screen pointer over child objects within the parent object image and simultaneously, enlarged child electronic representations containing additional information about the child object corresponding to the location of the screen pointer will be displayed.

[0021] Another embodiment of the present invention for the first time enables an aggregated or "closed loop" advertising scheme that delivers enhanced value to all key segments of the advertising, manufacturing, and retail industries, such as advertising agencies, publishers, catalog retailers, retailers, service providers, manufacturers, publishers, payment facilitators, and consumers. The aggregated advertising scheme leverages the power of the Internet to enable consumers to simply and effectively locate and purchase desired products and services observed in print media, such as newspapers, magazines, pamphlets, or any similar physical publication or presentation of information, or known by consumers, such as the representation of a hotel room or other real-life images.

[0022] This embodiment of the present invention leverages the power of the Internet to resolve the problem of traditional one-way information flow from advertisers to publishers and then to consumers and the consequent inadequacy of feedback to advertisers. These problems are resolved by enhancing the connectivity, the amount of direction of information flow, and the interactivity and speed of communication between advertising agencies, publishers, catalog retailers, retailers, service providers, manufacturers, publishers, payment facilitators, and consumers. The systems and process of the present invention enhance the quality of information available about consumer preferences and buying behavior to advertisers. These systems and methods also for the first time enable efficient tracking of the effectiveness of advertisements and other presentations of information in printed media to provide maximum value to advertising agencies, publishers, catalog retailers, retailers, service providers, manufacturers, publishers, payment facilitators, and consumers. The present invention advantageously provides a system and method for displaying and using an interactive electronic representation of a corresponding media object. That the present invention improves over the drawbacks of the prior art and accomplishes the objects of the invention will become apparent from the detailed description of the illustrative embodiments to follow.

BRIEF DESCRIPTION OF DRAWINGS

[0023] FIG. 1 is a block diagram of a networked personal computer that provides the operating environment for embodiments of the present invention.

[0024] FIG. 2 illustrates a traditional static media object that has been associated with a unique identifier.

[0025] FIG. 3A is a display screen of a software program for prompting input of a unique identification code corresponding to a traditional static media object.

[0026] FIG. 3B is a display screen of a conventional static media object in the form a digital graphic image contained within a portion of an electronic publication which has a hidden unique identification tag.

[0027] FIG. 4 is a display screen of a conventional static media object in the form a digital graphic image contained within a portion of an electronic publication which has a unique identification tag displayed adjacent to a digital image.

[0028] FIG. 5 is a display screen of a software program for displaying an interactive electronic representation of the corresponding conventional static media object of FIG. 4 that embodies aspects of the present invention.

[0029] FIG. 6 is a display screen of a software program for displaying an uploaded child object image and for acquiring child object information.

[0030] FIG. 7 is a display screen of a software program for identifying regions within a parent object image corresponding with a child object image.

[0031] FIG. 8 is a block diagram of a distributed computer system for implementing aspects of the present invention.

[0032] FIG. 9 is a logic flow diagram illustrating an exemplary embodiment of a method for creating an interactive electronic representation of an object.

[0033] FIG. 10 is a logic flow diagram illustrating a process for obtaining a digital image of a parent object.

[0034] FIG. 11 is a logic flow diagram illustrating a process for obtaining a digital image of a child object and for acquiring child object information.

[0035] FIG. 12 is a logic flow diagram illustrating a process for identifying regions within a parent object image corresponding to a child object image.

[0036] FIG. 13 is a logic flow diagram illustrating a process of a first embodiment for identifying a child object region within a parent object image with a screen interface device.

[0037] FIG. 14 is a logic flow diagram illustrating a process of a second embodiment for identifying a child object region within a parent object image with a screen interface device.

[0038] FIG. 15A is a screen shot of a home webpage for accessing interactive electronic representations of static media objects according to the present invention.

[0039] FIG. 15B is a screen shot of a home webpage for accessing interactive electronic representations of static media objects according to the present invention.

[0040] FIG. 15C is a screen shot of a home webpage for accessing interactive electronic representations of static media objects according to the present invention.

[0041] FIG. 15D is a screen shot of a home webpage for accessing interactive electronic representations of static media objects according to the present invention.

[0042] FIG. 16A is a screen shot of a search webpage for searching for and accessing interactive electronic representations of static media objects according to the present invention.

[0043] FIG. 16B is a screen shot of a search webpage for searching for and accessing interactive electronic representations of static media objects according to the present invention.

[0044] FIG. 16C is a screen shot of a search webpage for searching for and accessing interactive electronic representations of static media objects according to the present invention.

[0045] FIG. 16D is a screen shot of a search webpage for searching for and accessing interactive electronic representations of static media objects according to the present invention.

[0046] FIG. 17A is a screen shot of a cover page search webpage for searching for and accessing interactive electronic representations of static media objects according to the present invention.

[0047] FIG. 17B is a screen shot of a cover page search webpage for searching for and accessing interactive electronic representations of static media objects according to the present invention.

[0048] FIG. 17C is a screen shot of a cover page search webpage for searching for and accessing interactive electronic representations of static media objects according to the present invention.

[0049] FIG. 18A is a screen shot of a publication webpage for accessing interactive electronic representations of static media objects according to the present invention.

[0050] FIG. 18B is a screen shot of a publication webpage for accessing interactive electronic representations of static media objects according to the present invention.

[0051] FIG. 19A is a screen shot of a webpage displaying an interactive electronic representation of a static media object.

[0052] FIG. 19B is a screen shot of a webpage displaying an interactive electronic representation of a static media object.

[0053] FIG. 19C is a screen shot of a webpage displaying an interactive electronic representation of a static media object.

[0054] FIG. 19D is a screen shot of a webpage displaying an interactive electronic representation of a static media object.

[0055] FIG. 19E is a screen shot of a webpage displaying an interactive electronic representation of a static media object.

[0056] FIG. 20A is a screen shot of a product identification webpage of the interactive electronic representation shown in FIG. 19E.

[0057] FIG. 20B is a screen shot of a product identification webpage of the interactive electronic representation shown in FIG. 19E.

[0058] FIG. 21 is a screen shot of a retailer map webpage linked to the webpage shown in FIG. 20B.

[0059] FIG. 22 is a screen shot of a retailer home webpage linked to the webpage shown in FIG. 20B.

[0060] FIG. 23 is a screen shot of a personalized webpage for accessing interactive electronic representations of static media objects according to the present invention.

[0061] FIG. 24 is a screen shot of a consumer information webpage linked to the webpage shown in FIG. 23.

DETAILED DESCRIPTION

[0062] According to one aspect, the present invention is directed toward a system and method for displaying an interactive electronic representation of a corresponding static media object. The present invention may be embodied in an application program or in another type of program module. In an illustrative embodiment, the present invention is embodied in an application program running on a personal computer for displaying an interactive electronic representation of a corresponding static media object.

[0063] Illustrative Operating Environment

[0064] Although the illustrative embodiment will be generally described in the context of an application program running on a personal computer, those skilled in the art will recognize that the present invention may be implemented in conjunction with operating system programs or with other types of-program modules for other types of computers. Furthermore, those skilled in the art will recognize that the present invention may be implemented in a stand-alone or in a distributed computing environment. In a distributed com-

puting environment, program modules may be physically located in different local and remote memory storage devices. Execution of the program modules may occur locally in a stand-alone manner or remotely in a client server manner. Examples of such distributed computing environments include local area networks and the Internet.

[0065] The detailed description that follows is represented largely in terms of processes and symbolic representations of operations by conventional computer components, including a processing unit (a processor), memory storage devices, connected display devices, and input devices. Furthermore, these processes and operations may utilize conventional computer components in a heterogeneous distributed computing environment, including remote file servers, computer servers, and memory storage devices. Each of these conventional distributed computing components is accessible by the processor via a communication network.

[0066] The processes and operations performed by the computer include the manipulation of signals by a processor and the maintenance of these signals within data structures resident in one or more memory storage devices. For the purposes of this discussion, a process is generally conceived to be a sequence of computer-executed steps leading to a desired result. These steps usually require physical manipulations of physical quantities. Usually, though not necessarily, these quantities take the form of electrical, magnetic, or optical signals capable of being stored, transferred., combined, compared, or otherwise manipulated. It is convention for those skilled in the art to refer to representations of these signals as bits, bytes, words, information, elements, symbols, characters, numbers, points, data, entries, objects, images, files, or the like. It should be kept in mind, however, that these and similar terms are associated with appropriate physical quantities for computer operations, and that these terms are merely conventional labels applied to physical quantities that exist within and during operation of the computer.

[0067] It should also be understood that manipulations within the computer are often referred to in terms such as creating, adding, calculating, comparing, moving, receiving, determining, identifying, populating, loading, executing, etc. that are often associated with manual operations performed by a human operator. The operations described herein are machine operations performed in conjunction with various input provided by a human operator or user that interacts with the computer.

[0068] In addition, it should be understood that the programs, processes, methods, etc. described herein are not related or limited to any particular computer or apparatus. Rather, various types of general purpose machines may be used with the program modules constructed in accordance with the teachings described herein. Similarly, it may prove advantageous to construct a specialized apparatus to perform the method steps described herein by way of dedicated computer systems in a specific network architecture with hard-wired logic or programs stored in nonvolatile memory, such as read-only memory.

[0069] Referring now to the drawings, in which like numerals represent like elements throughout the several figures, aspects of the present invention and the illustrative operating environment will be described.

[0070] FIG. 1 and the following discussion are intended to provide a brief, general description of a suitable computing environment in which the invention may be implemented. Referring now to FIG. 1, an illustrative environment for implementing the invention includes a conventional personal computer 100, including a processing unit 102, a system memory, including read only memory (ROM) 104 and random access memory (RAM) 108, and a system bus 105 that couples the system memory to the processing unit 102. The read only memory (ROM) 104 includes a basic input/output system 106 (BIOS), containing the basic routines that help to transfer information between elements within the personal computer 100, such as during start-up. The personal computer 100 further includes a hard disk drive 118 and an optical disk drive 122, e.g., for reading a CD-ROM disk or DVD disk, or to read from or write to other optical media. The drives and their associated computer-readable media provide nonvolatile storage for the personal computer 100. Although the description of computer-readable media above refers to a hard disk, a removable magnetic disk and a CD-ROM or DVD-ROM disk, it should be appreciated by those skilled in the art that other types of media are readable by a computer, such as magnetic cassettes, flash memory cards, digital video disks, Bernoulli cartridges, and the like, may also be used in the illustrative operating environment.

[0071] A number of program modules may be stored in the drives and RAM 108, including an operating system 114 and one or more application programs 110, such as a program for browsing the world-wide-web, such as WWW browser 112. Such program modules may be stored on hard disk drive 118 and loaded into RAM 108 either partially or fully for execution.

[0072] A user may enter commands and information into the personal computer 100 through a keyboard 128 and pointing device, such as a mouse 130. Other control input devices (not shown) may include a microphone, joystick, game pad, satellite dish, scanner, or the like. These and other input devices are often connected to the processing unit 100 through an input/output interface 120 that is coupled to the system bus, but may be connected by other interfaces, such as a game port, universal serial bus, or firewire port. A display monitor 126 or other type of display device is also connected to the system bus 105 via an interface, such as a video display adapter 116. In addition to the monitor, personal computers typically include other peripheral output devices (not shown), such as speakers or printers. The personal computer 100 may be capable of displaying a graphical user interface on monitor 126.

[0073] The personal computer 100 may operate in a networked environment using logical connections to one or more remote computers, such as a host computer 140. The host computer 140 may be a server, a router, a peer device or other common network node, and typically includes many or all of the elements described relative to the personal computer 100. The LAN 136 may be further connected to an Internet service provider 134 ("ISP") for access to the Internet 138. In this manner, WWW browser 112 may connect to host computer 140 through LAN 136, ISP 134, and the Internet 138. Such networking environments are commonplace in offices, enterprise-wide computer networks, intranets and the Internet.

[0074] When used in a LAN networking environment, the personal computer 100 is connected to the LAN 136 through

a network interface unit **124**. When used in a WAN networking environment, the personal computer **100** typically includes a modem **132** or other means for establishing communications through the Internet service provider **134** to the Internet. The modem **132**, which may be internal or external, is connected to the system bus **105** via the input/output interface **120**. It will be appreciated that the network connections shown are illustrative and other means of establishing a communications link between the computers may be used.

[0075] The operating system **114** generally controls the operation of the previously discussed personal computer **100**, including input/output operations. In the illustrative operating environment, the invention is used in conjunction with Microsoft Corporation's "Windows 98" operating system and a WWW browser **112**, such as Microsoft Corporation's Internet Explorer or Netscape Corporation's Internet Navigator, operating under this operating system. However, it should be understood that the invention can be implemented for use in other operating systems, such as Microsoft Corporation's "WINDOWS 3.1,""WINDOWS 95", "WINDOWS NT" and "WINDOWS 2000" operating systems, IBM Corporation's "OS/2" operating system, SunSoft's "SOLARIS" operating system used in workstations manufactured by Sun Microsystems, and the operating systems used in "MACINTOSH" computers manufactured by Apple Computer, Inc. Likewise, the invention may be implemented for use with other WWW browsers known to those skilled in the art.

[0076] Host computer **140** is also connected to the Internet **138**, and may contain components similar to those contained in personal computer **100** described above. Additionally, host computer **140** may execute an application program for receiving requests for WWW pages, and for serving such pages to the requester, such as WWW server **142**. According to an embodiment of the present invention, WWW server **142** may receive requests for WWW pages **150** or other documents from WWW browser **112**. In response to these requests, WWW server **142** may transmit WWW pages **150** comprising hyper-text markup language ("HTML") or other markup language files, such as active server pages, to WWW browser **112**. Likewise, WWW server **142** may also transmit requested data files **148**, such as graphical images or text information, to WWW browser **112**. WWW server may also execute scripts **144**, such as CGI or PERL scripts, to dynamically produce WWW pages **150** for transmission to WWW browser **112**. WWW server **142** may also transmit scripts **144**, such as a script written in JavaScript, to WWW browser **112** for execution. Similarly, WWW server **142** may transmit programs written in the Java programming language, developed by Sun Microsystems, Inc., to WWW browser **112** for execution. As will be described in more detail below, aspects of the present invention may be embodied in application programs executed by host computer **142**, such as scripts **144**, or may be embodied in application programs executed by computer **100**, such as Java applications **146**. Those skilled in the art will also appreciate that aspects of the invention may also be embodied in a standalone application program.

[0077] Brief Explanation of Terms

[0078] The term "static media" includes both traditional and conventional publications. The term "traditional static media" encompasses physical publications such as magazines, newspapers, pamphlets, and other similar physical publications that do not provide any interactive information for the reader. The term "traditional static media object" includes parts or portions of physical publications, such as a photograph or illustration or page of text or any combination thereof that may depict goods or services for sale or any other type of information. The term "conventional static media" includes any electronic publication such as web pages on the Internet, publications available on CD-ROM, digital images, and other like electronic publications. The term "conventional static media object" comprises parts or portions of electronic publications, such as digital graphic image or screen of text or both or any combination thereof that may depict goods or services for sale or any other type of information. The reader will appreciate that these definitions are intended to be illustrative rather than exhaustive. Other possible embodiments encompassed by these terms will become more apparent from the detailed description of the illustrative embodiments of the present invention as discussed herein below.

### ILLUSTRATIVE EMBODIMENTS OF THE PRESENT INVENTION

[0079] With the above preface on the illustrative operating environment for embodiments of the present invention, the remaining FIGS. **2-15** which illustrate aspects of several embodiments of the present invention will be described. **FIG. 2** illustrates a traditional static media object that has been associated with a unique identifier. **FIG. 3A** is a display screen of a software program for prompting input of a unique identification code corresponding to a traditional static media object. **FIG. 3B** is a display screen of a conventional static media object in the form of a digital graphic image contained within a portion of an electronic publication which has a hidden unique identification tag. **FIG. 4** is a display screen of a software program that displays an electronic representation of a conventional static media object, such as a digital image contained within an electronic publication. **FIG. 5** is a display screen of a software program for displaying an interactive electronic representation of the corresponding conventional static media object of **FIG. 4** that embodies aspects of the present invention. **FIG. 6** is a display screen of a software program for displaying an uploaded child object image and for acquiring child object information.

[0080] **FIG. 7** is a display screen of a software program for identifying regions within a parent object image corresponding with a child object. **FIG. 8** is a block diagram of a distributed computer system that embodies aspects of the present invention. **FIG. 9** is a logic flow diagram illustrating an exemplary embodiment of a method for creating an interactive electronic representation of an object. **FIG. 10** is a logic flow diagram illustrating a process for obtaining a digital image of a parent object. **FIG. 11** is a logic flow diagram illustrating a process for obtaining a digital image of a child object and for acquiring child object information.

[0081] **FIG. 12** is a logic flow diagram illustrating a process for identifying regions within a parent object image corresponding to a child object. **FIG. 13** is a logic flow diagram illustrating a process of a first embodiment for identifying a child object region within a parent object image with a screen interface device. **FIG. 14** is a logic flow

diagram illustrating a process of a second embodiment for identifying a child object region within a parent object image with a screen interface device.

[0082] Referring now to **FIG. 2**, aspects of the present invention will be described. **FIG. 2** illustrates two traditional static media objects that have been associated with unique identifiers. In particular, **FIG. 2** shows a magazine **210** that has been turned open to show a left page **202a** and a right page **202b**. Left page **202a** comprises one traditional static media object and right page **202b** comprises a second traditional static media object. In the illustrative embodiment, magazine pages **202a** and **202b** are described as illustrative traditional static media objects. However, static media objects may comprise any traditional static publication, or conventional static publications such as electronic. publications utilizing web pages, or any object that cannot by itself provide access to related electronic information. For instance, other types of traditional static media objects may include billboards, pamphlets, legal, medical, and other documents, or pages of a book, including the book's cover, or any real-life image known or observed by consumers.

[0083] Other types of conventional static media objects may include, but are not limited to, electronic images or text (or both) retrieved from any type of storage medium (volatile and non-volatile—RAM, DRAM, ROM, EEPROM, magnetic storage, CD-ROM, DVD-ROM, etc.) that can be displayed on display devices such as computer screens, television screens, any type of CRT devices, electronic billboards, hand held wireless devices, personal digital assistants, etc. Other conventional static media objects can include any electronic images or text (or both) provided on personal computer screen savers, images displayed on web pages, any type of multi-media application, and other like electronic or digital static media objects. The reader will appreciate that this list is intended to be illustrative rather than exhaustive and that static media objects may comprise additional types of objects.

[0084] Left page **202a** comprises a plurality of objects, such a graphic object **206a** and text object **208a**. Likewise, right page **202b** comprises a plurality of objects, including graphic object **206b** and text object **208b**. Left page **202a** has also been imprinted with an associated unique identification tag **204a**. Similarly, right page **202b** has been imprinted with an associated unique identification tag **204b**. As will be described in more detail below, unique identification tags **204a** and **204b** are utilized to create an association between the static media object, such as left page **202a**, and a related interactive electronic representation of the static media object.

[0085] In the illustrative embodiment, unique identification tags **204a** and **204b** have been shown as a sequence of unique numbers and letters. Unique identification tags **204a** and **204b** may also comprises information that conveys the specific publication, region, issue, date, or page number of the associated static media object. Unique identification tags **204a** and **204b** may also comprise information indicating that objects shown within the static media object are eligible for special promotions or discounts. Moreover, unique identification tags **204a** and **204b** may be shown adjacent to a well-known logo or symbol that a reader may associate with a WWW address. Alternatively, the WWW address may be shown adjacent to the unique identification tag. As will be described in more detail below, the WWW address may be used by the reader to access the interactive electronic representation corresponding to the static media object.

[0086] Referring now to **FIG. 3A**, additional aspects of the present invention will be described. **FIG. 3A** is a display screen of a standard WWW browser program being used to access a web site for displaying an interactive electronic representation of a corresponding traditional static media object that embodies aspects of the present invention. WWW browser **112** is a standard WWW browser, such as Microsoft Corporation's Internet Explorer or Netscape Corporation's Netscape Navigator. WWW browser **112** provides functionality for receiving and displaying HTML documents, including active server pages, executing Javascript scripts and Java applications. WWW browser **112** also provides user interface features for navigating to and between WWW sites, such as the RETAILSTREET.COM WWW site **302**. The functionality and operation of WWW browser **112** is well known to those skilled in the art.

[0087] The RETAILSTREET.COM WWW site **302** embodies aspects of the present invention, and provides functionality for retrieving IERs associated with all types of static media objects, both traditional and conventional. In an embodiment of the present invention, a user visits the RETAILSTREET.COM WWW site **302**, or any other affiliated website, utilizing WWW browser **112**. The user then provides a unique identification tag **204a** corresponding to a traditional or conventional static media object in a user interface window, such as "2255-EFGH." Alternatively, the unique identification tag **204a** can be automatically loaded from another web page when the user "clicks on" a conventional static media object, such as a digital image. At the RETAILSTREET.COM site, the user may also provide a member number **304** which, as described in further detail below, may be associated with a user profile and utilized to track demographic information, such as the user's browsing and purchasing habits. The user may select user interface button **308** to obtain a member number **304**. The user may then be prompted for personal information, name, address, telephone number, age, sex, buying preferences, etc., from which a user profile may be created. The user profile may then be stored in a database for retrieval at a future time when the user again visits the RETAILSTREET.COM WWW site **302**. The user may then select the "GO!" user interface button **306**, to submit the unique identification tag **204a** and the user's optional member number **304** to the WWW server.

[0088] In **FIG. 3B**, unique identification tag **204a** may be a hidden value that is operatively linked to the digital graphic object **702** or screen object **900** such that when a user "clicks on" or activates the digital graphic object **702** or other screen object **900**, the unique identification tag **204a** may be automatically passed to the RETAILSTREET.COM Internet site or other affiliated Internet sites or any Internet site utilizing technology of the present invention. Screen object **900** can include a trademark associated with any of the products depicted in the digital graphic object **702** or screen object can simply be a mechanism (an on-screen button) that enables a user to access an Internet site that can provide an IER of the present invention.

[0089] In alternative embodiments, unique identification tag may embodied within a bar code or any identifiable

encoded graphic, which is capable of being identified by a scanning device or any identification device attached to a computer, that may be automatically passed to the RETAIL-STREET.COM Internet site or other affiliated Internet sites or any Internet site utilizing technology of the present invention.

[0090] Although the IER **310** is described in the illustrative embodiment as comprising an exact reproduction of the corresponding static media object, it should be appreciated that the IER **310** may comprise alternate subject matter. For instance, the IER **310** may comprise an alternate representation of the static media object, may comprise only a portion of the static media object, or may comprise multimedia objects, such as sound clips or video files associated with the static media object. Other types of information that may be displayed in the IER **310** will be apparent to those skilled in the art.

[0091] Portions of the displayed IER **310**, or objects within the IER **310**, may be "hot-linked" to additional sources of information. Therefore, if a user selects a portion of IER **310**, such as graphic object **312**a, additional information regarding that portion of the IER **310** may be displayed.

[0092] Such additional information may comprise additional text or graphic information regarding the selected portion, purchasing information for products displayed or identified within the selected portion, or a map to a traditional brick-and-mortar retailer selling the displayed or identified product. The user's interaction with the IER **310** in this regard may be tracked by the WWW server to compile demographic information regarding the user's browsing, purchasing, and other use habits.

[0093] In **FIG. 4**, a conventional static media object is illustrated. **FIG. 4** is a display screen **700** of an electronic publication. Contained within this electronic publication is a digital graphic object **702**. Digital graphic object **702** depicts a person **704** wearing a hat **706** and a shirt **708**. Adjacent to the digital graphic object **702** is another unique identification tag **204**a. Alternatively, in another embodiment, (as illustrated in **FIG. 3B**), unique identification tag **204**a may be a hidden value that is operatively linked to the digital graphic object **702** or screen object such that when a user "clicks on" or activates the digital graphic object **702** or other screen object, the unique identification tag **204**a may be automatically passed to the RETAILSTREET.COM Internet site or other affiliated Internet sites or any Internet site utilizing technology of the present invention.

[0094] In the embodiment illustrated in **FIG. 4**, if a digital graphic object **702** is "hot-linked" to another Internet site, the user can "click on" the digital graphic object **702** and the browser will move to another non-interactive Internet site. Typically, the other non-interactive Internet site will not provide any further detailed description of all of the products or people (or both) depicted in digital graphic object **702**. To find out more about the products or persons depicted in digital graphic object **702**, the user can log into the RETAILSTREET.COM Internet site and input the unique identification tag **204**a that corresponds to the digital graphic object **702**. Alternatively, in the embodiment illustrated in **FIG. 3B**, the unique identification tag **204**a is negative displayed adjacent to the digital graphic object **702**, the user can "click on" the digital graphic object **702** so that the unique identification tag **204**a is automatically loaded or transferred to the RETAILSTREET.COM Internet site. In the embodiment illustrated in **FIG. 4**, the user can "click on" the unique identification tag **204**a so that the information contained within the unique identification tag **204**a is automatically loaded or transferred to the RETAILSTREET.COM Internet site.

[0095] Referring now to **FIG. 5**, after receiving the unique identification tag **204**a, the RETAILSTREET.COM web site provides a display screen **790** containing the interactive electronic representation ("IER") **800** of the corresponding conventional static media object, specifically the digital graphic object **702** of **FIG. 4**. In this exemplary embodiment, when the user moves a screen pointer **802** across digital graphic object **702**, detailed product information or detailed information of a person depicted in the digital graphic object **702** corresponding to the position of the screen pointer **802** is displayed.

[0096] For example, when a user moves the screen pointer **802** across a screen region adjacent to or encompassing hat **706**, detailed product text information **804** may be displayed in addition to a corresponding "child" representation or object **806** that provides an enlarged view or image of the hat **706** present in the "parent" image or interactive electronic representation **800**. The corresponding "child" representation or object **806** and detailed product text information **804** can display any type of information desired by the retailer or manufacturer of the product. In the embodiment illustrated, product information **804** includes a brief description of the product ("TOP HAT"), suggested retail price ("$29.95"), and a product identification code ("Product ID: -1234-abcd"). Other detailed product information is negative beyond the scope of the present invention. Additionally, a sound clip **808** ("A Designer Top Hat by â♫'") can be generated by the RETAILSTREET.COM to provide more product information when the user moves the screen pointer across the hat **706**.

[0097] In the exemplary embodiment illustrated in **FIG. 5**, when the user moves the screen pointer **802** across the shirt **708**, a corresponding "child" representation or object and product information about the shirt **708** (not shown) will be displayed. When a user moves the screen pointer **802** across the person **704** depicted in IER **800** (depicting digital graphic image **702**), an agent or publisher may select any type of information relative to the person that will be displayed, such as the person's name, company affiliation, celebrity status, etc.

[0098] The process of the present invention permits a user to upload a child object image, such as the child object image **806** of the top hat **706** as illustrated in **FIG. 6**. **FIG. 6** is a display screen **970** generated by the program that permits a user to both upload a child object image as well as providing detailed product text information **804**.

[0099] **FIG. 6** illustrates an instant in time after a user has uploaded a child object image. Prior to displaying the child object image **806**, the process displays an on-screen button **980** that a user activates with a screen pointer **802** in order to initiate a child object image uploading process (which will be further described with respect to FIGS. 9 After the child object image **806** has been uploaded, it is displayed on the display screen **970**. The process prompts a user to enter

US 2004/0122731 A1

Jun. 24, 2004

9

a description of the child object image **806** in an input field **940**. The process further provides additional input fields **990** and **992** where the user can further input detailed product text information **804** that can be displayed to a consumer when the consumer is viewing a product on the RETAIL-STREET.COM Internet site. Specifically, product ID tag input field **990** permits a user to uniquely identify the product or products displayed in the child representation or object **806**. This product ID can be the same or different from the unique identification tag **204A**. In the embodiment illustrated in **FIG. 6**, the product ID tag field **990** depicts a different number relative to the unique identification tag **204a**.

[0100] In the product information input field **992**, various product information corresponding to the products, people, or objects depicted in the child representation or object **806** can be entered. Such product information can include, but is negative limited to, suggested retail price, product manufacturer, advertising agency, location of product manufacturer, and other like information. Additionally, the user can input directions to retailers or wholesalers who may sell the product depicted in child representation object **806**.

[0101] The process further provides other on-screen buttons or mechanisms that enable a user to upload information about a child object image **806** that can be in various formats. For example, with the upload audio file/multimedia file button **994**, a user can identify a file that may contain audio or audio-visual information that further describes the child object or representation **806**. This audio or multimedia information or both can be activated when a consumer moves across a region in the parent electronic representation **702** of a corresponding child object image region. In other words, when a consumer moves across a child object region **920** with a screen pointer **802**, the process can display the child object image **806** in addition to activating a multimedia or audio file such as an audio file **808** as illustrated in **FIG. 5**.

[0102] While the embodiment illustrated by **FIG. 6** shows the process prompting a user for child object image information, the invention is negative limited to the order in which information and images are entered. For example, the process could prompt the user at a later time to enter the child object image information, such as during the child object region identification phase. Also, the child object images can be uploaded during or after the child object region identification phase as will be discussed with respect to **FIG. 7**.

[0103] **FIG. 7** illustrates an exemplary embodiment where a user can move the screen pointer **802** across a display screen **910** that includes a digital graphic object of a parent electronic representation **800** (depicting graphic object **702**). The display screen further includes first and second child object images **806** and **810** that have been previously uploaded and that are displayed at a reduced size (such as in the form of an icon). With the screen pointer **802**, a user can define coordinates of a child object region **920** that corresponds to a child representation or object images **806** that will be uploaded during a subsequent subprocess. In an exemplary embodiment, child object region **920** is depicted by a geometrical outline of a preshape. This geometrical outline is substantially rectangular and has the screen coordinates of X1, Y1; X2, Y2; X3, Y3; and X4, Y4. However,

other shapes for child object region **920** are not beyond the scope of the present invention. Other shapes include, but are not limited to, circular, triangular, elliptical, pentagonal, and other like regular or irregular shapes.

[0104] In the exemplary embodiment illustrated in **FIG. 7**, a user defines a top left coordinate X1, Y1 for the child object region **920** and a lower right coordinate X4, Y4 of child object region **920**. The remaining corresponding to the top right corner X2, Y2 and the bottom left corner X3, Y3 are automatically calculated by the process. The number and location of the coordinates identified by a user are not limited to those illustrated in **FIG. 7**. Any number of coordinates in addition to different coordinate locations of a geometrical region can be identified by a user without departing from the scope of the present invention.

[0105] Once the user has identified a first child object region **920**, the process displays these coordinates in a first display field **930** so that a user can readily and easily ascertain the scope and size of the first child object region **920**. In addition to displaying the coordinates in the first field **930**, the process can also display a visible geometrical outline of the child object region **920** as illustrated in **FIG. 7** with dashed lines. After identifying the coordinates for the first child object region **920**, a user can then enter the corresponding brief description previously entered during the child uploading process in a second display field **940** in order to create an association or link between the child object region **920** and the appropriate child electronic representation ( in this case, child image **806**).

[0106] Alternatively, the user can move the screen pointer **802** over the appropriate reduced sized (or icon of the) child electronic representation and select the child electronic representation with the user interface device, such as mouse **130**. Once the user "clicks on" the appropriate child electronic representation (in this case, the child electronic representation **806** depicting the hat), the brief description previously uploaded for child electronic representation **806** is automatically inserted into first field **930**.

[0107] After identifying the coordinates and creating the association or link for the first child object region, the user can then define additional child object regions within the parent electronic representation **800** or digital graphic object **702**. In **FIG. 7**, the first child object region **920** corresponds to the product of a top hat **706**. The second child object region (not shown) corresponds to the shirt product **708** and has coordinates defined in a third display field **950** and a brief description set forth in a fourth display field **960**.

[0108] Referring now to **FIG. 8**, a distributed computer system for implementing aspects of the present invention will be described. As discussed above with respect to FIGS. 2-3, a consumer **402** obtains a static media object **202a** or **702**, and retrieves a unique identification tag imprinted upon the static media object **202a** or disposed adjacent to the static media object **702**. Alternatively, a user can "click on" a static media object **702** and the unique identification tag **204a** will be automatically forwarded to the RETAILSTREET.COM Internet site. The consumer **402** utilizes computer **100**, including keyboard **128** and display **126**, to execute a standard WWW browser and visits the RETAILSTREET-.COM WWW site. The RETAILSTREET.COM WWW site is implemented via the RETAILSTREET.COM WWW server **142**.

[0109] Consumer **402** visits the RETAILSTREET.COM WWW site and provides the unique identification tag **204**a associated with the static media object **202**a or **702**. In response to receiving the unique identification tag, WWW server **142** retrieves an IER associated with the static media object **202**a from media database **420** and transmits the IER to the WWW browser executing on computer **100**. Media database contains IERs and other objects that are "hot-linked" to IERs. According to an embodiment of the invention, IERs are referenced to corresponding static media objects by associating the same unique identifier with both the IER and the static media object. In this manner, the IER corresponding to a particular static media object, such as static media object **202**a, may quickly and easily retrieved. Documents and other objects stored in the media database **420**, including IERs, may be supplied by an external supplier **418**, such as suggested retail price, product manufacturer, advertising agency, or publisher of the static media object.

[0110] Once the IER has been transmitted to computer **100** and displayed on display **126** by the WWW browser, the user may select portions of the IER. The location of the selected portion is then transmitted to the WWW server **142**. In response to receiving the selected portion of the IER, the WWW browser may retrieve additional multimedia objects associated with the selected portion of the IER from the media database **420**. These multimedia objects may then be transmitted the computer **100**. Likewise, information regarding purchasing a product shown in the selected portion of the IER may also be retrieved and transmitted to computer **100**. Such information may be "hot-linked" to the selected portion of the IER and retrieved by WWW server **142** from a product location/availability database **408**. Information contained in the product location/availability database **408** may also be provided by a retailer or partner **410** of the RETAILSTREET.COM WWW site. Additionally, a map comprising directions to a retailer selling a product identified in the selected portion of the IER may also be provided by consulting map a database **412**, such as a database provided by MAPQUEST.COM, MAPSONUS.COM, and other like database providers. Moreover, information for purchasing a product identified in the selected portion of the IER may also be provided.

[0111] As described above, consumer **402** may optionally provide a member number **304** along with the unique identification tag. If a consumer **402** provides a member number **304**, the consumer's profile is retrieved by the WWW server **142** from the member database **404**. The member database **404** comprises profiles for each of the registered members and demographic history regarding members" browsing and purchasing habits. Entries in member database **404** are created by WWW server **142** after receiving personal information from users like consumer **402**. Entries in member database **404** are updated by strike tracking engine **406**, which records visits to the RETAILSTREET.COM web site, product information requests, and consumer purchases. Such demographic information, and additional information as known to those skilled in the art, may also be provided to or compiled by demographic engine **414**. Demographic engine **414** may provide such demographic information to report generator **416**. Report generator **416**, in turn, may generate reports regarding access to IERs corresponding to certain static media objects and transmit them to external suppliers **418**, such as product manufacturers, advertising agencies, or publishers.

[0112] Logic Flow Diagram For Entire System

[0113] **FIG. 9** is a logic flow diagram of a computer process for creating an interactive electronic representation of an object. **FIG. 9** provides an overview of the entire process or method for creating an interactive electronic representation of an object. Routine **1000** is the first step in the overall process of creating an interactive electronic representation of an object. In routine **1000**, the process obtains a digital image of a parent object such as the parent electronic representation **800** as illustrated in **FIG. 7**. After the parent electronic representation **800** is obtained, in step **2000**, the process associates a unique identification tag with the parent electronic representation **800**. For example, the process can prompt the user to input a unique identification tag such as the unique identification tag **204**a, or the process can assign a unique identification tag to the parent electronic representation **800** in accordance with database calculations or by random number generation.

[0114] Following step **2000**, in step **3000**, the process stores the parent electronic representation **800** in a temporary database or in a temporary file located in media database **420**, as illustrated in **FIG. 8**. After step **3000**, the process in step **4000** displays the parent electronic representation **800** on a display screen, such as in the format that is illustrated by display screen **910** in **FIG. 7**.

[0115] In routine **5000**, the process prompts a user to upload a child object image or child electronic representation of a secondary object shown in the parent electronic representation in addition to prompting the user to input text information corresponding to the child object image or child electronic representation **806**. However, as stated above, the present invention is negative limited to the sequence or order and style in which the child object image and child object image information is collected. The sequence or order and style of this child object image and information collection thereof will be dependent on the application of the present invention, programming efficiency, and ergonomic factors (logical presentation and user friendliness). In other words, acquiring the child object image and related information can take place before the parent object image is uploaded or after the child object region in the parent object image is identified.

[0116] Following routine **5000**, in step **6000**, the process stores the child electronic representations or child object image and related information in a temporary data base or in a temporary file in the media data base **420** as illustrated in **FIG. 8**. In step **7000**, the uploaded parent object image and child object image(s) are displayed such as shown in **FIG. 7**.

[0117] In routine **8000**, the user can identify regions within the parent object image corresponding to the child objects within that image. Following routine **8000**, in step **9000** the user can create an association or link between a respective identified child object regions(s) and respective child object image(s). As discussed above with respect to **FIG. 7**, the user can either type in the appropriate brief description of the child object image or utilize the user interface device to "click-on" the appropriate displayed child object image(s).

US 2004/0122731 A1    Jun. 24, 2004

[0118] Subsequently, in step **10000**, the process displays the parent electronic representation or parent object image, representations of the child object images such as in the form of coordinates or geometrical outlines or both, and the actual child object images such as child object image **806**. In step **11000**, the user can verify if the child object regions are properly sized and include the correct corresponding child objects. For example, the process can "highlight" or 'shadow" one or more of the reduced sized or icons of the child object images as the user moves the screen pointer across respective identified child object regions within the parent image. Further, additionally or alternatively, the process can display the brief descriptions of respective child objects adjacent to their appropriate screen mapping coordinates.

[0119] If the decision in step **11000** is negative, then the "No" branch is followed back to step **8000**. If the decision in step **11000** is positive, the "Yes" branch is followed to step **12000**. In step **12000**, the parent object image, child object image(s), child object information, association(s) or link(s) information between child object region(s) and child object image (s), and child object region(s) are stored in a relational database such as in media database **420**.

[0120] Acquiring Parent Electronic Representations of a Primary Object

[0121] **FIG. 10** illustrates the computer process for routine **1000** of **FIG. 9**, obtains the parent electronic representation, such as parent electronic representation **800** of object **702** (**FIG. 4**) as illustrated in **FIG. 7**. Routine **1000** begins in step **1010**, in which the parent electronic representation such as a digital image is created. This digital image can be created by any type of device that produces digital images in any format. Exemplary devices include, but are not limited to, scanners, digital cameras, or PC equipped with software or a combination thereof. Next, in step **1020**, the parent electronic representation is stored on a digital medium, such as on a floppy disk, hard drive, or CD-ROM disk. The parent electronic representation is then scaled in step **1030** to a predetermined size.

[0122] In the embodiment illustrated in **FIG. 10**, the scaling of the parent electronic representation **800** (of object **702**) occurs on the user's side of a distributed computer network. Alternatively, the process on the server side of a distributed computer network can scale the parent electronic representation **800** after the parent object image has been uploaded. The parent electronic representation **800** is scaled according to how the parent electronic representation **800** will be displayed on the RETAILSTREET.COM Internet site. The scaling of the parent electronic representation **800** enables the process to conserve memory resources while ensuring uniformity of treatment for respective vendors who will subscribe to the RETAILSTREET.COM Internet site.

[0123] Next, in step **1040**, the process determines whether the digital image of a parent object or parent electronic representation is located on a distributed computer network site. If the inquiry of step **1040** is positive, then the "yes" branch is followed to step **1050**, in which the process prompts a user to input the universal resource locator (URL) address of the digital image file of the parent electronic representation. After step **1050**, the process continues to step **1080**, where the process returns to step **2000** of **FIG. 9**.

[0124] If the inquiry of step **1040** is negative, then the "no" branch is followed to step **1060** in which the process determines whether the digital image of the parent object or parent electronic representation is located on a personal computing (PC) device. If the inquiry to decision step **1060** is negative, then the "no" branch is followed back to decision step **1040**. If the inquiry to decision step **1060** is positive, then the "yes" branch is followed to step **1070** in which the process prompts a user to input the path of the digital image file of the parent object or parent electronic representation. The parent electronic representation can be in a variety of digital image formats. Such digital image formats include, but are not limited to, JPEG, GIF, TIFF, BMP, PCX, and other like digital image formats. The process then proceeds to step **1080** in which the process returns back to step **2000** of **FIG. 9**.

[0125] Acquiring Digital Image of a Child Object and Child Object Information **FIG. 11** illustrates the computer implemented process for routine **5000** of **FIG. 9**, which obtains digital images of the child objects and which acquires child object information. Routine **5000** is similar to routine **1000**, except that the user is prompted for the child object images. Routine **5000** begins in step **5100** in which the child electronic representation such as a digital image is created. This digital image can be created by any type of device that produces digital images. Exemplary devices include, but are not limited to, scanners, digital cameras, or software or both. Next, in step **5110**, the child electronic representation is stored on a digital medium, such as on a floppy disk, hard drive, or CD-ROM disk. The child electronic representation is then scaled in step **5120** to a predetermined size.

[0126] In the embodiment illustrated in **FIG. 11**, the scaling of the child electronic representation occurs on the user's side of a distributed computer network. Alternatively, the process on the server side of a distributed computer network can scale the child electronic representation after the child object image has been uploaded. The child electronic representation is scaled according to how the child electronic representation will be displayed on the RETAILSTREET.COM Internet site. The scaling of the child electronic representation also enables the process to conserve memory while ensuring uniformity of treatment for respective vendors who will subscribe to the RETAILSTREET.COM Internet site After step **5120**, in step **5130**, it is determined whether the digital of the child objects are located on a distributed computer network site. If the inquiry to decision step **5130** is positive, then the "yes" branch is followed to step **5140**. In step **5140**, the process obtains the URL address of the digital image file of the child object and then displays the child object image on the display screen. If the inquiry to decision step **5130** is negative, then the "no" branch is followed to step **5150**. In step **5150**, it is determined whether the digital images of the child objects are located on a personal computing (PC) device. If the inquiry to decision step **5150** is negative, then the "no" branch is followed back to step **5140**. If the inquiry to decision step **5150** is positive, then the "yes" branch is followed to step **5160** in which the process obtains the path of a digital image file of the child object on the PC device and then displays the child object image.

[0127] In step **5170**, the process prompts the user to input child object information. After step **5170**, in step **5180**, the process determines whether the child object information is correct or accurate. If the inquiry to decision step **5180** is

US 2004/0122731 A1                                                        Jun. 24, 2004

negative, then the "no" branch is followed back to step **5170**. If the inquiry to decision step **5180** is positive, then the "yes" branch is followed to step **5190** in which the process returns to step **6000** of **FIG. 9**.

[0128] Child Object Region Identification Process

[0129] **FIG. 12** illustrates the computer-implemented process for routine **8000** of **FIG. 9**, which identifies child object regions within the parent object image corresponding to the child objects. Routine **8000** begins with routine **8100** where the process prompts a user to identify child object regions such as child object region **920** within a parent object image with a screen interface device such as a mouse.

[0130] Following routine **8100**, in step **8200**, the process displays representations of the child object regions identified in step **8100**. In step **8200**, the process can display coordinates or a geometrical outline or both for a corresponding child object region identified by the user.

[0131] In decision step **8300**, the process determines whether the user has decided that the displayed representations of the child object regions are accurate or acceptable. If the inquiry of decision step **8300** is negative, then the "no" branch is followed back to step **8100**. Conversely, if the inquiry of decision step **8300** is positive, the "yes" branch is followed to step **8400** where the process returns to step **9000** of **FIG. 9**.

[0132] First Embodiment of Child Object Region Screen Mapping Process

[0133] **FIG. 13** illustrates a first embodiment of the computer implemented process for routine **8100** of **FIG. 12**, in which the child object region is identified within the object image with a screen interface device. Routine **8100A** begins in step **8110A** in which the process detects a first activation of a screen interface device and then stores the coordinates of a screen pointer. In step **8120A**, the process detects a second activation of the screen interface device and stores the coordinates of the screen pointer upon this activation. In other words, when a user makes a first mouse "click," the process stores the coordinates of the mouse pointer at this time. When the user makes a second mouse "click", the process stores the coordinates of the mouse pointer at this time.

[0134] Following steps **8120A**, in step **8130A**, it is determined whether the coordinates are acceptable to the user. If the inquiry to decision step **8130A** is positive, then the "yes" branch is followed back to step **8110A**. If the inquiry to decision step **8130A** is negative, then the "no" branch is followed to step **8140A**.

[0135] In decision step **8140A**, it is determined whether the user desires to save the coordinates. If the inquiry to decision step **8140A** is negative, then the "no" branch is followed back to step **8130A**. If the inquiry to step **8140A** is positive, then the "yes" branch is followed to step **8150A**. In this step, the process calculates coordinates for a geometrical outline corresponding to the identified child object region. After step **8150A**, the process then proceeds to step **8160A** in which the process returns to step **8200** of **FIG. 12**.

[0136] Second Embodiment of Child Object Region Screen Mapping Process

[0137] **FIG. 14** illustrates a second embodiment of the computer implemented process for routine **8100** of **FIG. 12** in which the process prompts the user to identify child object regions within the parent object image. Routine **8100B** begins in step **8110B** in which the process detects a first activation of a screen interface device and stores the coordinates of the screen pointer. In step **8120B**, the process detects movement of the screen pointer and simultaneously displays a geometrical outline corresponding to movement of the screen pointer.

[0138] Following step **8120B**, in step **8130B**, the process detects deactivation or release of a screen interface device and stores the coordinates of the screen pointer at this time. In other words, in this routine **8100B**, a user can identify a child object region with just one mouse "click" and "drag" of a screen pointer.

[0139] Following step **8130B**, in decision step **8140B**, it is determined whether the stored coordinates of the screen pointer are acceptable to the user. If the inquiry to decision step **8140B** is positive, then the "yes" branch is followed back to step **8110B**. If the inquiry to decision step **8140B** is negative, then the "no" branch is followed to step **8150B** in which it is determined whether the temporarily stored coordinates should be permanently saved. If the inquiry to decision step **8150B** is negative, then the "no" branch is followed back to step **8140B**. If the inquiry to decision step **8150B** is positive, then the "yes" branch is followed to step **8160B**.

[0140] In step **8160B**, the process stores the pair of coordinates and calculates additional coordinates that correspond to a geometrical outline of the child object region. After step **8160B** in step **8170B** the process returns to step **8100**, of **FIG. 12**.

[0141] Business Method

[0142] A. Overview

[0143] Systems and methods according to the present invention for the first time enable an aggregated or "closed loop" advertising scheme that delivers enhanced value to all key segments of the industry, such as advertising agencies, publishers, catalog retailers, retailers, service providers, manufacturers, publishers, payment facilitators, and consumers. Systems and methods according to the present invention leverage the power of the Internet to enable consumers to simply and effectively locate and purchase desired products and services observed in static media, especially print media, such as newspapers, magazines, pamphlets, or any similar physical publication or presentation of information. These systems and methods also enable consumers to locate and purchase products and services associated with real-life images. For example, consumers may locate and purchase products observed in a hotel, such as tables, chairs, artwork, or any other product or service observed in the hotel or known to exist in the hotel.

[0144] By leveraging the power of the Internet, systems and methods according to the present invention resolve the problem of traditional one-way information flow from advertisers to publishers and then to consumers and the consequent inadequacy of feedback to advertisers. These problems are resolved by enhancing the connectivity, the amount of direction of information flow, and the interactivity and speed of communication between advertising agencies, publishers, catalog retailers, retailers, service providers, manufacturers, publishers, payment facilitators, and con-

sumers. Systems and methods according to the present invention enhance the quality of information available about consumer preferences and buying behavior to advertisers. These systems and methods also for the first time enable efficient tracking of the effectiveness of advertisements and other presentations of information in static media to provide maximum value to advertising agencies, publishers, catalog retailers, retailers, service providers, manufacturers, publishers, payment facilitators, and consumers As described above systems and methods according to the present invention may interconnect with a number of external and/or internal entities, such as advertising agencies, publishers, retailers, such as catalog retailers, online catalog retailers, click and mortar retailers, brick and mortar retailers, service providers, manufacturers, publishers, payment facilitators, consumers and any other suitable entity. For each of these entities, the value propositions provided by systems and methods according to the present invention will now be described.

[0145] B. Consumers

[0146] Systems and methods according to the present invention provide consumers with access to interactive electronic representations of media objects in a number of ways. Consumers may access an interactive electronic representation of a media object by observing static media, including printed media, such as magazines, newspapers, mailings, advertisements, pamphlets, or books, or any digital images, animation or video. Consumers may also access interactive electronic representations by accessing a computer system that is supported by systems and methods according to the present invention, such as by entering a website such as RETAILSTREET.COM or another web site, via a telephone voice response system, via a voice recognition unit, via a scanner, bar code reader, decoder, PDA, or other known or future developed devices or systems. FIGS. 15A-15D illustrate scroll-down screen shots of a home webpage at RETAILSTREET.COM that enables consumers to access interactive electronic representations by entering a unique identification tag associated with printed media. Consumers may enter a unique identification tag, or in the preferred embodiment a "retailstreet#", in the text box located along the lower frame in each screen shot.

[0147] FIGS. 16A-16D illustrate screen shots of a search webpage that enables consumers to search for particular interactive electronic representations by entering a keyword topic in the "Keyword Search" text or by a scroll-down list of retailers, brands or publications. Consumers may also perform cover page searches, which enable consumers to search and view images and interactive electronic representations of cover pages for particular publications. FIG. 17A shows a screen shot of a cover page search webpage that enables consumers to choose a publication from a list of magazines. FIG. 17B shows a screen shot of a cover page search webpage that enables consumers to choose a publication from a list of catalogs. FIGS. 18-22 show screen shots of a series of webpages that are linked to the cover page search webpages, which enable consumers to select and interact with advertisements in a particular publication, such as Sports Illustrated. FIGS. 18A and 18B show screen shots of a publication title webpage for Sports Illustrated that has several links to interactive electronic representations of static media objects located in the publication. FIGS. 19A-19E show a series of screen shots of an interactive electronic representation of an advertisement, in which each screen shot displays information relating to a different object within the interactive electronic representation. For instance, FIG. 19E illustrates a screen shot where the cursor is placed over the object associated with the golf clubs. Consumers may access additional product information about the objects by selecting the object. For example, FIGS. 20A and 20B show a screen shot of a product identification webpage for one of the objects in the interactive electronic representation, which displays information related to the object, such as product description, price, and purchase options, such as nearby locations of click and mortar retailers and brick and mortar retailers where the product may be purchased, and directions and maps.

[0148] Consumers may also access interactive electronic representations of media objects on computer systems supported by systems and methods according to the present inventions by accessing a personalized portion of the computer system, such as a personalized webpage residing on RETAILSTREET.COM, dedicated to the particular preferences of the consumer. FIGS. 23 and 24 show an example of a personalized consumer webpage such as a "My Page" webpage. While accessing the personalized portion of the computer system, consumers may interact with interactive electronic representations of media objects in a number of ways. For example, consumers may search for particular interactive electronic representations as described above, interact with interactive electronic representations as described above, or store information related to products and services that the consumer is interested in purchasing. The stored information may include descriptions of products and/or services, prices, preferred locations for purchasing products and/or services, directions and maps to preferred purchasing locations, and any other information of interest to consumers. Consumers can be notified of any change in status of the goods or services stored in their "MyRetailStreet.com" page. For instance, consumers can receive notice of any discount in price, on the availability of the goods or services, or on related, complimentary, or other goods or services that may be of interest to the consumers. This notification may be in the form of an update on their personalized webpage, an email, or a message sent to another device of the consumer, such as a portable digital assistant (PDA) or mobile radio telephone.

[0149] C. Catalog Retailers

[0150] The systems and methods according to the present invention enable catalog retailers to enhance the shopping experience of online consumers. For example, catalogs that only offer consumers the ability to shop by product category may employ the systems and methods of the present invention to add a "lifestyle" shopping experience, in which many different kinds of products are shown on one page. Using interactive electronic representations of "lifestyle" images located on either a catalog retailers" website or the website of RETAILSTREET.COM, consumers may point to any of a number of products in the presentation, and receive detailed information about that particular product. By co-locating the interactive electronic representations and the corresponding related information on both websites, traffic may be driven to the catalog retailer's site where impulse purchases may be made by consumers. For example, a page in a skiing catalog may feature pictures of a skier on a beautifully groomed slope with a quaint ski lodge in the

background. The systems and methods according to the present invention enable consumers to use either website to point to an image of the ski resort, the ski slope, the skier's skis, the skier's bindings, or the skiers clothing and receive detailed information about the product or service, such as a description of the product or service, a price, information relative to where and how the product or service may be purchased, and information on a particular travel package to the resort.

[0151] Entities, such as RETAILSTREET.COM that implement systems and methods according to the present invention, may generate revenue from catalog retailers in a number of ways. For instance, catalog retailers may be charged each time a consumer accesses an interactive electronic representation of a media object that is associated with printed media of the catalog retailer or mentions the code on the telephone or in person. Catalog retailers may also be charged each time a consumer is directed by the entity to the catalog retailer or an affiliated online catalog retailer. Catalog retailers may also be charged for being listed by the entity as a provider of particular products and services. Additionally, RETAILSTREET.COM may obtain consumer purchase data, or any other relevant information, from catalog retailers. Catalog retailers may also purchase advertising tracking information and other data that can be gathered by systems and methods according to the present invention.

[0152] D. Retailers and Service Providers

[0153] Similar to catalog retailers, retailers and service providers may also benefit from the methods and systems according to the present invention. These systems and methods enable consumers to access interactive electronic representations of "lifestyle images" on a retailer's or service provider's own website or the website of RETAILSTREET.COM, pick and click on particular items, and purchase that item. Again, co-locating the interactive electronic representations and the corresponding related information on both websites, drives additional ready-to-purchase consumers into brick and mortar stores and their affiliated websites. Therefore, these systems and methods provide retailers and service providers a convenient way to inform consumers where to locate a retailer with the product or service they desire, as depicted in an exemplary display screen in **FIG. 17**. Therefore, retailers and service providers are provided an additional storefront that promotes increased foot traffic and sales.

[0154] Systems and methods according to the present invention also enable retailers and service providers to gather real-time data of the purchasing habits of consumers associated with particular tagged advertisements to evaluate the effectiveness of their individual advertising campaigns. These systems and methods enable advertisements to be associated with parent and child objects in an interactive electronic representation using unique identification tags, which will drive additional ready-to-purchase consumers to the retailer and/or service provider. As a result, retailers and service providers will experience expanded margins and overhead cost reductions, thus eliminating second-guessing the needs and wants of the customer base.

[0155] Systems and methods according to the present invention also enable retailers and service providers to offer a variety of consumer incentives that may also drive additional purchases. Retailers and service providers may enable consumers to collect awards points based on product purchases, which may be used for savings on future purchases. These systems and methods also enable retailers and service providers to actively promote ecommerce fulfillment options. In addition, retailers and service providers may offer discounts to consumers for purchases made on the website of RETAILSTREET.COM, as well as purchases at click and mortar retailers/service providers, brick and mortar retailers/service providers, or telephone sales.

[0156] Systems and methods according to the present invention also enable retailers and service providers to communicate with consumers, such as by standard electronic mail, by exchanging electronic messages on a mail inbox located on a consumer's personalized webpage, or by any other suitable method of communication whether or not electronic. Retailers and service providers may use such channels to provide interested consumers with information related to discounts and special product and/or service offerings, including those related to products and/or services stored on a consumer's personalized webpage, retailers and service providers near the consumer where products and/or services may be purchased, directions and maps to retailers and service providers, and any other information of interest to consumers.

[0157] Entities, such as RETAILSTREET.COM that implement systems and methods according to the present invention, may generate revenue from retailers and service providers in any of the following ways. Retailers and service providers may be charged each time a consumer accesses an interactive electronic representation of a media object that is associated with the retailer or service provider. They may also be charged each time a consumer is directed by the entity to a brick and mortar or click and mortar retailer or service provider. Retailers and service providers may also be charged for being listed by the entity as provider of particular products and services. Retailers and service providers may also purchase advertising tracking information and other data that can be gathered by systems and methods according to the present invention. In addition, RETAILSTREET.COM may obtain consumer purchase data, or any other relevant information, from retailers and service providers.

[0158] E. Manufacturers

[0159] Manufacturers may use the aggregated advertising scheme enabled by systems and methods according to the present invention to gather real-time data of the purchasing habits of consumers associated with a particular tagged advertisements to evaluate the effectiveness of their individual advertising campaigns. As a result, manufacturers may increase image awareness, as well as ensure that their advertising campaigns are placed with the proper publishers and in the proper locations to maximize consumer purchases. Manufacturers can easily and quickly monitor the effectiveness of advertisements and available incentives in order to adjust production levels to meet demand, thus reducing overhead and inventory costs. Manufacturers are also able to maximize their advertising investment in ways that were previously unavailable.

[0160] Entities, such as RETAILSTREET.COM that implement systems and methods according to the present invention, may generate revenue from manufacturers in any

of the following ways. Manufacturers may be charged each time a consumer accesses an interactive electronic representation of a media object that is associated with the manufacturer. They may also be charged each time a consumer is directed by the entity to a brick and mortar or click and mortar retailer or service provider, which is associated with the manufacturer. Manufacturers may also purchase advertising tracking information and other data that can be gathered by systems and methods according to the present invention. In addition, RETAILSTREET.COM may obtain consumer purchase data, or any other relevant information, from manufacturers. Manufacturers may also communicate directly with the consumers, such as via their "MyPages." Manufacturers may notify the consumers of any change in the status of goods or services detected as being of interest to them, such as a change in price or availability. The manufacturers may also notify the consumers of related goods or services or may gather other data of interest from the consumers, such as feedback.

[0161] F. Advertising Agencies

[0162] Advertising agencies may also use the aggregated advertising scheme enabled by systems and methods according to the present invention to improve advertisement effectiveness, enhance demographic information, and increase revenue from add-on sales. Advertising agencies may enhance demographic information by tracking the time an interested consumer enters a tagged advertisement to the ultimate time of purchase. At no other time has the advertising industry had the opportunity to specifically measure customer profiles from the point of interest to the point of purchase.

[0163] Advertising agencies may also employ these systems and methods to deliver additional value to their clients by cross-comparing advertising success from one printed medium to another or within one printed medium, such as a magazine. For example, advertising agencies now have the ability to evaluate the effects of even the smallest changes in an advertisement. Advertising agencies will now be able to evaluate whether a specific facial expression in an advertisement creates more interest than an alternative expression and how this varies across different demographic groups. Furthermore, advertising agencies will now be able to extract maximum value from advertisement effectiveness analyses.

[0164] Systems and methods according to the present invention also enable advertising agencies to apply historical advertisement data to new campaigns. Advertising agencies may show clients the duration of a campaign's success. For example, magazines on coffee tables from the previous year still hold their advertisement value to consumers as a resource to find products and services.

[0165] The aggregated advertising scheme enabled by systems and methods according to the present invention allows advertisers to sell each image in an advertisement to consumers. Therefore, each advertisement may represent more than one revenue stream. For example, an Apple Computer advertisement may feature a college student wearing Levi's jeans, a Gap T-shirt, a Tag-Heuer watch, and Nike running shoes. Using systems and methods according to the present invention, all of the products shown in the advertisement are for sale. This enables multiple clients to share costs associated with advertising. Information gathered by these systems and methods may be used to calculate the proportional share of advertising rates that each advertiser may pay. A secondary market may also be formed through the ancillary products featured in the advertisement thereby adding new clients and increasing the relationship with existing clients. Smaller businesses may also leverage the advertising strength and image of large clients, adding to the profitability potential of advertising agencies and making client advertisement dollars more effective thereby enhancing customer retention.

[0166] In the preferred embodiment of the present invention, entities, such as RETAILSTREET.COM, that implement these systems and methods do not generate significant revenue from advertising agencies. Instead, advertising agencies include a unique identification tag along with their advertisements. Advertising agencies, however, may be charged by the entity a licensing fee for including the unique identification tag, or any related marks owned by the entity, on their advertisements. In other embodiments, advertising agencies may be charged each time a consumer accesses an interactive electronic representation of a media object that is associated with the advertising agency or each time a consumer is directed by the entity to a brick and mortar or click and mortar retailer or service provider, which is associated with the advertising agency. Advertising agencies may also purchase advertising tracking information that is gathered by systems and methods according to the present invention.

[0167] Systems and methods according to the present invention may also facilitate advantageous contractual relationships between advertising agencies and publishers. For example, the advertising tracking information gathered by systems and methods according to the present invention may be used to more accurately determine the price of advertisements based on a multitude of different factors, such as variations in the advertisement, the location of the advertisement in different publications, the positioning of the advertisement in different locations within a specific publication, and any other factor relevant to targeting advertisements. In addition, RETAILSTREET.COM may obtain consumer purchase data, or any other relevant information, from advertising agencies.

[0168] G. Publishers

[0169] Publishers may also use the aggregated advertising scheme enabled by systems and methods according to the present invention to offer interactive content, improve advertisement placement, provide accurate readership demographics, and target content to the appropriate audience, all of which may lead to competitive advantages and increased advertisement rates. Using these systems and methods, publishers may gather buying cycle data relating to specific readers. For instance, each time a reader enters a unique identification tag from a specific advertisement in a specific media, the publisher may be informed. Consequently, the publisher may maximize relationships with advertising agencies by evaluating specific analyses of the best advertisement placement for a particular advertisement.

[0170] Publishers may increase existing relationships with readers by providing interactivity, which brings additional value to the reading experience and may translate into additional sales. For example, the demographics of Atlanta vary greatly from North Atlanta to South Atlanta. These

systems and methods enable a national magazine to change the advertisement content of its magazine to suit the differences between these areas, or even the particular needs of a specific household. In short, every inch of a publisher's media will now have a definable value that can be specifically determined for those advertising agencies wishing to place advertisements in their

[0171] In the preferred embodiment of systems and methods according to the present invention, entities, such as RETAILSTREET.COM, that implement these systems and methods do not generate significant revenue from publishers. Instead, publishers include a unique identification tag along with the published advertisements. Publishers, however, may be charged by the entity a licensing fee for being enabled to publish advertisements containing the unique identification tag, or any related marks owned by the entity. Publishers may also be charged each time a consumer performs a cover page search or a key word search relating to the publication. In other embodiments, publishers may be charged each time a consumer accesses an interactive electronic representation of a media object originating from one of their publications or each time a consumer is directed by the entity to a brick and mortar or click and mortar retailer or service provider, which is associated with the publication. Publishers may also purchase advertising tracking information that is gathered by systems and methods according to the present invention. In addition, RETAILSTREET.COM may obtain consumer purchase data, or any other relevant information, from publishers.

[0172] As described above, systems and methods according to the present invention may also facilitate advantageous contractual relationships between advertising agencies and publishers. For example, the advertising tracking information gathered by systems and methods according to the present invention may be used to more accurately determine the price of advertisements based on a multitude of different factors, such as variations in the advertisement, the location of the advertisement in different publications, the positioning of the advertisement in different locations within a specific publication, and any other factor relevant to targeting advertisements. As with the manufacturers, the publishers may also have an avenue to communicate with the consumers. The publishers may obtain valuable feedback from the consumers and may offer member only information.

[0173] H. Payment Facilitators

[0174] The aggregation advertising scheme enabled by systems and methods according to the present invention provides consumers the ability to for goods and services using payment facilitators, such as American Express, Discover, Visa, Checkfree, eWallet, or any similar entity or network that facilitates online credit-based transactions or direct electronic funds transfers. This provides consumers the comfort and ease of using a familiar card. In addition, this provides advertising agencies, publishers, retailers, and manufacturers with valuable real-time data relating to the point of sale, which may be employed by data tracking functionality.

[0175] Affiliation Programs

[0176] An entity operating the server 142, such as Retailstreet.com, preferably has arrangements with third parties in order to capture point of sale data. According to one aspect, this third party has a number of members or customers and the third party has access to purchase data associated with those members or customers. The third party entity may be a payment facilitator, such as American Express, Discover, Visa, Check Free, EWallet, or private label credit cards, such as Macy's, Nordstroms, Sears, Target, or J. Crew. As a payment facilitator, these third parties would have data on the customers, the goods or services purchased, location of purchase, date of purchase, and purchase price. As another option, the third party entity may be a membership group, such as AAA, MRP, or a member of a Retailstreet.com club or other such purchasing club. Other third party entities include retailers, either on-line, in store, or catalog retailers, some examples of which include J. Crew, Harrods, Macy's, Target, etc. The third party entities are not limited to these examples but instead encompass any entity having a relationship with the consumer or retailer such that it has access to the point of sale data.

[0177] According to a preferred embodiment, the third entity solicits their members or customers to join the Retailstreet.com program. For instance, the third party entity may send out a permission form with a billing statement or other mailing to their members or customers. The individual then has the opportunity to sign up for the Retailstreet.com club and these approval forms are then forwarded to Retailstreet.com. Retailstreet.com receives these forms, enters the customer information into their database, and provides the members or customers of the third party entity with log-in information, such as a log-in name and password.

[0178] An advantage of having a payment facilitator as the third party entity is that the third party entity may enjoy the benefit of being the preferred or default payment provider for purchases occurring after one of their customers views of an IER. For instance, when an individual either at the Retailstreet.com site or at another on-line site decides to purchase an item, the host site will list the third party payment facilitator as the default method of payment. In this case, the visitor to the site need not enter all of the credit card information and other sensitive financial data but instead may only need to enter a password, such as during log-in. With this arrangement, the payment facilitators, such as American Express, enjoy the benefit of being a default payment provider for transactions conducted through the Retailstreet.com program and Retailstreet.com enjoys the benefit of having an increased customer base.

[0179] Third party entities other than a payment facilitator, such as a group or membership, can have access to the point of sale data in a variety of ways. For instance, for AARP, the consumers may show their membership cards in order to obtain a discount at the point of purchase. The retailer then notes the third party entity, such as AARP, whereby the point of sale data is tied to that third party entity. The third party entity preferably obtains the point of sale data, or at least parts of it, from the retailers and can forward this data to Retailstreet.com or the other entity operating the systems and methods according to the invention. Thus, significantly, the capture of the point of sale data does not require a payment facilitator but can be completed in any suitable manner. The consumer, for instance, can pay cash for the item and by the retailer tracking the membership of the consumer to a group, Retailstreet.com can obtain the data from that group. The group may comprise existing groups,

[0179 cont.] such as AAA or AARP, or may comprise newly formed groups centered around the Retailstreet.com site. For a group membership around the Retailstreet.com site, each member may be issued a Retailstreet.com card which can be used at the point of sale. In addition to the payment facilitators and groups, the point of sale can probably most easily be obtained from the retailers themselves. Thus, Retailstreet.com can partner with Macy's or Target and acquire the point of sale data directly from the retailers.

[0180] In many circumstances, it may be desirable to provide the consumer with an incentive to sign-up with Retailstreet.com or to alter their spending habits so that the point of sale data can be relayed back to Retailstreet.com. One manner in providing an incentive is to give the consumer a discount on goods or services that have been viewed by that consumer on-line. The consumer may view the goods or services at the Retailstreet.com site or at another web site having access to the IERs. In either event, prior to the completion of a sale, the retailer performs a query to determine whether the consumer qualifies for the discount. The consumer may qualify for the discount only for goods or services that were viewed previously by the consumer or, alternatively, may receive a discount for any goods or services purchased. The retailer can perform this query in a number of ways, including contacting Retailstreet.com directly. As another example, if the consumer saw the IER at a retailer's website such as Macy's, then Macy's may perform a query within its own system to determine whether the customer viewed the IER on their own site.

[0181] Another manner of providing consumers with an incentive to use the Retailstreet.com systems and methods is by providing points or awards for each purchase. As with discounts provided with the use of the IERs or with Retailstreet.com, the consumer may receive points only for those goods or services that were viewed as IERs or on any other qualifying goods or services. These points may be accumulated and exchanged for free goods or services, discount off goods or services or other rewards. The consumer may therefore have the proper incentive to use the Retailstreet.com card or otherwise alter their spending habits so that they receive these points or awards.

### ALTERNATE EMBODIMENTS OF THE INVENTION

[0182] While the present invention refers to traditional and conventional static media objects, the present invention is not limited to only static media objects. The systems and methods according to the present invention may be implement using interactive electronic representations of a variety of different media objects, including traditional static media, conventional static media, animated media, streaming video or other types of video, and any other type of media. Additionally, while in the preferred embodiments the electronic representation is interactive, many aspects of the invention can employ non-interactive electronic representations. Furthermore, the functionality described above relating to maneuvering a screen pointer across an interactive electronic representation of a media object, as well as the relationship between parent objects and child objects in the interactive electronic representation, applies to a variety of different media objects, including traditional static media, conventional static media, animated media, streaming video or other types of video, and any other type of media.

[0183] While the present invention is employed in a sales advertising environment as set forth in the illustrative embodiments, the invention is not limited to this application and can be used in other areas that require additional interactive information to be displayed relative to a parent electronic representation.

[0184] For example, the present invention may be employed in an educational environment to provide a learning tool. Specifically, the parent electronic representation may contain a plurality of secondary objects that warrant further explanation. In the medical field, the parent electronic representation could be an overview of the entire anatomy of the human body while the child electronic representations could illustrate specific parts of the human body such as the heart, lungs, brain, etc. The text information relative to the child electronic representations could provide additional information about the respective body portion. The audio or multimedia information relative to the child electronic representations could provide further detailed medical information for the respective body portion such a sounds of a healthy heart, healthy lungs, etc.

[0185] Similar to the medical field implementation, the interactive electronic representation creation process could be employed in an engineering environment where a parent electronic representation contains an overview of electrical engineering diagram for a whole room or building. Each child electronic representation could then illustrate specific diagrams or magnified views for parts of a room or rooms of the building.

[0186] Another implementation of the present invention could include parent electronic representations of business charts or graphs for multiple products. Each child electronic representation could then depict a specific business product such as stocks or a mutual fund and their respective business logos or trade names and links to their Internet sites.

[0187] A further implementation could include the parent electronic representation depicting a crowd of people such as in an old high school or secondary school class picture. The child electronic representations could then depict individual current portraits or photographs of each individual shown in the class picture. The related child electronic representation text information could then provide the names, current addresses, and phone numbers of respective individuals. Such an application would be well suited for high school or college Internet sites where alumni of the institutions desire to contact fellow alumni.

[0188] In view of the foregoing, it will be appreciated that the present invention provides a method and system for creating an interactive electronic representation of a corresponding object. It should be understood that the foregoing relates only to illustrative embodiments of the present invention, and that numerous changes may be made therein without departing from the spirit and scope of the invention as defined by the following claims.

1. A method for tying a secondary object appearing in a media object to electronically provided information about the secondary object comprising:

   associating a media object appearing in a media source with a location on a computer network, wherein the

media object includes a secondary object, allowing a viewer of the media object to access the location on the computer network;

providing an interactive electronic reproduction of at least a portion of the media object that includes the secondary object;

receiving control input from the viewer selecting the secondary object from the interactive electronic reproduction; and

displaying information concerning the secondary object to the viewer in response to the control input.

2. The method of claim 1, wherein the media source is printed material.

3. The method of claim 2, wherein the location is a web site on a wide area network.

4. The method of claim 3, wherein the secondary object is an image of a commercially available product.

5. The method of claim 4, wherein the information concerning the secondary object is purchasing information for the product.

6. The method of claim 5, wherein the media source is a printed publication selected from the group consisting of a magazine, catalog, book and newspaper.

7. The method of claim 6, wherein the interactive electronic reproduction is a scaled exact duplicate electronic image of the at least a portion of the media object that includes the secondary object.

8. The method of claim 1, wherein the media source is video material.

9. The method of claim 8, wherein the secondary object is an image of a commercially available product.

10. The method of claim 1, wherein the media source is a digital image.

11. The method of claim 10, wherein the secondary object is an image of a commercially available product.

12. The method of claim 6 further comprising marking the media source with a domain name to assist the viewer in locating the interactive electronic reproduction of the media object.

13. The method of claim 12, further comprising providing an electronic copy of the image of the cover of the media source, wherein the electronic copy of the image of the cover enables a viewer to choose the publication in which the media object appears.

14. A method for tying a secondary object appearing in a media object to electronically provided information about the secondary object comprising:

associating a media object appearing in a media source with one or more files stored in a computer storage medium, wherein the media object includes a secondary object,

providing an interactive electronic reproduction of at least a portion of the media object that includes the secondary object in response to the execution of at least one file of the one or more files;

receiving control input to select the secondary object appearing in the interactive electronic reproduction; and

displaying information concerning the secondary object in response to the control input.

15. The method of claim 14, wherein the media source is printed material.

16. The method of claim 15, wherein the location is a web site on a wide area network.

17. The method of claim 16, wherein the secondary object is an image of a commercially available product.

18. The method of claim 17, wherein the information concerning the secondary object is purchasing information for the product.

19. The method of claim 18, wherein the media source is a printed publication selected from the group consisting of a magazine, catalog, book and newspaper.

20. The method of claim 19, wherein the interactive electronic reproduction is a scaled exact duplicate electronic image of the at least a portion of the media object that includes the secondary object.

21. The method of claim 14, wherein the media source is video material.

22. The method of claim 21, wherein the secondary object is an image of a commercially available product.

23. The method of claim 14, wherein the media source is a digital image.

24. The method of claim 23, wherein the secondary object is an image of a commercially available product.

\* \* \* \* \*