Frank G. Smith, III
George D. Medlock, Jr.
Alston & Bird LLP
One Atlantic Center
1201 W. Peachtree Street
Atlanta, Georgia  30309-3424
(404) 881-7000
(404) 881-7777  (Facsimile)

Robert Eliot Hanlon
Alston & Bird, LLP
90 Park Avenue
New York, NY 10016
(212) 210-9410
(212) 210-9444  (Facsimile)

Counsel for RichFX, Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————x
ADVANCE MAGAZINE PUBLISHERS INC.   :
d/b/a THE CONDÉ NAST PUBLICATIONS,  :
                                    :
                                    :   CIVIL ACTION NO.:
            Plaintiff,              :   1:05-cv-07516-(KMK)(DFE)
    v.                              :
                                    :
ACTIV8NOW, LLC and ACTIVE8MEDIA, LLC, :
                                    :
            Defendants,             :
            Counterclaimants Activ8now :
            and Active8media,       :
                                    :
    v.                              :
                                    :
ADVANCE PUBLICATIONS, INC.          :
and RICHFX, INC.,                   :
                                    :
            Third Party Defendants. :
———————————————————————x

**DECLARATION OF GEORGE D. MEDLOCK, JR.**

NYC01/7834588v1

- 2 -

GEORGE D. MEDLOCK, JR. declares as follows:

1. I am an attorney with the law firm of Alston & Bird LLP ("Alston") and am a member in good standing of the Bars of the State of Georgia, and the District of Columbia and I have been admitted pro hac vice to the Southern District of New York in connection with the captioned action. I am familiar with the facts and circumstances in this action.

2. My firm and I serve as counsel to RichFX, Inc., Third Party Defendants in this action.

3. I make this declaration in support of RichFX, Inc.'s Opening Claim Construction in this matter.

4. Attached as Exhibit A is a true and correct copy of United States Patent No. 6,557,006.

5. Attached as Exhibit B is a true and correct copy of United States Patent No. 6,535,889.

6. Attached as Exhibit C is a true and correct copy of Activ8now, LLC and Active8media, LLC's Disclosure of Asserted Patents and Infringement Contentions.

7. Attached as Exhibit D is a true and correct copy of the File History for United States Patent No. 6,557,006.

8. Attached as Exhibit E is a true and correct copy of the File History for United States Patent No. 6,535,889.

9. Attached as Exhibit F is a true and correct copy of Plaintiff and Third Party Defendants' Invalidity Contentions.

- 3 -

10. Attached as Exhibit G is a true and correct copy of an excerpt from Webster's Ninth New Collegiate Dictionary.

11. Attached as Exhibit H is a true and correct copy of The Parties' Joint Claim Construction Statement.

12. Attached as Exhibit I are true and correct copies of unreported cases cited in RichFX, Inc.'s Opening Claim Construction Brief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on June 12, 2006.

GEORGE D. MEDLOCK, JR.