Frank G. Smith, III
George D. Medlock, Jr.
Alston & Bird LLP
One Atlantic Center
1201 W. Peachtree Street
Atlanta, Georgia  30309-3424
(404) 881-7000
(404) 881-7777  (Facsimile)

Robert Eliot Hanlon
Alston & Bird, LLP
90 Park Avenue
New York, NY 10016
(212) 210-9410
(212) 210-9444  (Facsimile)

Counsel for RichFX, Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____x

ADVANCE MAGAZINE PUBLISHERS INC. :
d/b/a THE CONDÉ NAST PUBLICATIONS, :
: 
:
: CIVIL ACTION NO.:
Plaintiff, : 1:05-cv-07516-(KMK)(DFE)
:
v. :
:
ACTIV8NOW, LLC and ACTIVE8MEDIA, LLC, :
:
:
Defendants, :
Counterclaimants Activ8now :
and Active8media, :
:
v. :
:
ADVANCE PUBLICATIONS, INC. :
and RICHFX, INC., :
:
Third Party Defendants. :
_____x

**EXHIBIT B TO**
**RICHFX, INC.'S OPENING CLAIM CONSTRUCTION BRIEF**

ATL01/12241952v1

US006535889B1

(12) **United States Patent**  
Headrick et al.

(10) Patent No.: **US 6,535,889 B1**  
(45) Date of Patent: *Mar. 18, 2003

(54) **SYSTEM AND METHOD FOR OBTAINING AND DISPLAYING AN INTERACTIVE ELECTRONIC REPRESENTATION OF A CONVENTIONAL STATIC MEDIA OBJECT**

(75) Inventors: **Garland Todd Headrick**, Duluth, GA (US); **Kristopher Derek Hutchinson**, Atlanta, GA (US); **Robert Bruno Mignone**, Atlanta, GA (US); **James Edwin Harris, III**, Atlanta, GA (US); **Peeter Todd Mannik**, 3098 Oak Chase Dr., Roswell, GA (US) 30075; **Stephen Andrew Hyser**, Roswell, GA (US)

(73) Assignee: **Peeter Todd Mannik**, Roswell, GA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/468,687**

(22) Filed: **Dec. 20, 1999**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/406,171, filed on Sep. 23, 1999.
(51) Int. Cl.$^7$ ................................................ G06F 17/30
(52) U.S. Cl. .................... **707/104.1**; 705/10; 705/14; 705/26; 705/37; 709/218; 345/684; 345/349
(58) Field of Search .................... 709/218; 705/26, 705/14, 37, 10; 345/349, 684; 707/104.1

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 5,251,129 A | 10/1993 | Jacobs et al. |
| 5,321,841 A | 6/1994 | East et al. |
| 5,572,643 A | 11/1996 | Judson |
| 5,737,619 A | 4/1998 | Judson |

(List continued on next page.)

OTHER PUBLICATIONS

Gallagher K, et al., A framework for targeting banner advertising on the Internet, System Sciences, 1997, Proceedings of the Thirtieth Hwaii International Conference on, Jan. 7–10, 1997, pp. 265–274.

(List continued on next page.)

*Primary Examiner*—Charles Rones
(74) *Attorney, Agent, or Firm*—Geoff L. Sutcliffe; Kilpatrick Stockton LLP

(57) **ABSTRACT**

A system and method for displaying an interactive electronic representation ("IER") of a conventional static media object, such as an electronic publication containing a digital image, is provided by associating a unique identification tag with a static media object. The unique identification tag is also associated with the IER, which is stored in a computer database. An application program for retrieving the IER embodying aspects of the present invention may receive the unique identification tag and, based upon the unique identification tag, locate and display the corresponding IER. A user of the application program may then interact with the IER by selecting portions of the IER. When a portion of the IER is selected, additional information regarding the selected portion of the IER may be displayed to the user.

**16 Claims, 9 Drawing Sheets**



US 6,535,889 B1

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,890,135 A | * 3/1999 | Powell | 705/14 |
| 5,897,639 A | 4/1999 | Greef et al. | |
| 5,938,727 A | * 8/1999 | Ikeda | 709/218 |
| 5,963,915 A | * 10/1999 | Kirsch | 705/26 |
| 5,963,964 A | 10/1999 | Nielsen | 707/501.1 |
| 5,966,135 A | 10/1999 | Roy et al. | |
| 5,970,471 A | * 10/1999 | Hill | 705/26 |
| 5,987,256 A | 11/1999 | Wu et al. | |
| 5,991,781 A | 11/1999 | Nielsen | |
| 6,009,410 A | 12/1999 | LeMole et al. | |
| 6,009,413 A | 12/1999 | Webber et al. | 705/26 |
| 6,035,330 A | * 3/2000 | Astiz et al. | 709/218 |
| 6,037,934 A | 3/2000 | Himmel et al. | 345/760 |
| 6,038,598 A | 3/2000 | Danneels | |
| 6,041,360 A | 3/2000 | Himmel et al. | 709/245 |
| 6,076,091 A | 6/2000 | Fohn et al. | |
| 6,091,956 A | 7/2000 | Hollenberg | |
| 6,097,441 A | 8/2000 | Allport | |
| 6,105,044 A | 8/2000 | DeRose et al. | |
| 6,115,649 A | * 9/2000 | Sakata | 700/241 |
| 6,141,010 A | 10/2000 | Hoyle | |
| 6,154,205 A | * 11/2000 | Carroll et al. | 345/684 |
| 6,211,871 B1 | 4/2001 | Himmel et al. | |
| 6,211,878 B1 | 4/2001 | Cheng et al. | |
| 6,262,724 B1 | 7/2001 | Crow et al. | |
| 6,271,840 B1 | * 8/2001 | Finseth et al. | 345/349 |
| 6,272,672 B1 | 8/2001 | Conway | |
| 2001/0027409 A1 | 10/2001 | Sasaki et al. | |
| 2002/0026353 A1 | 2/2002 | Porat et al. | |
| 2002/0035536 A1 | 3/2002 | Gellman | |

OTHER PUBLICATIONS

Chang A. M. et al., "Goodies" in exchange for consumer information on the Internet: the economics and issues, System Sciences, 1998, Proceedings of the Thirty–First Hawaii International Converence on, Jan. 6–9, 1998, pp. 533–542.

Search Report issued in PCT/US00/26072, mailed Jan. 12, 2001.

iMedium, "The New Way to See! Commerce™"—Company Overview—9 pages (Feb. 2000).

Clique "Turning Readers into Buyers™"—4 pages (Mar. 01, 2000).

Amazon.com, "About Amazon.com"—3 pages (May 11, 2000).

AsSeenin.com—1 page (May 11, 2000).

Neo–Media.com—4 pages (May 11, 2000) (German).

* cited by examiner



FIG. 1



FIG. 2



FIG. 3A



FIG. 3B



FIG. 3c



FIG. 3d



**FIG. 3e**



FIG. 4

Exhibit B, Page 9