# Exhibit D
is too large to be filed electronically.

RichFX has applied for leave of the Court to file this Exhibit in hard copy.

Alston & Bird