# Exhibit F

is too large to be filed electronically.

RichFX has applied for leave of the Court to file this Exhibit in hard copy.

Case 7:05-cv-07516-KMK    Document 55-8    Filed 06/12/2006    Page 1 of 1

Alston & Bird