Frank G. Smith, III
George D. Medlock, Jr.
Alston & Bird LLP
One Atlantic Center
1201 W. Peachtree Street
Atlanta, Georgia  30309-3424
(404) 881-7000
(404) 881-7777  (Facsimile)

Robert Eliot Hanlon
Alston & Bird, LLP
90 Park Avenue
New York, NY 10016
(212) 210-9410
(212) 210-9444  (Facsimile)

Counsel for RichFX, Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------x

ADVANCE MAGAZINE PUBLISHERS INC.         :
d/b/a THE CONDÉ NAST PUBLICATIONS,       :
                                          :
                                          :          CIVIL ACTION NO.:
             Plaintiff,                   :          1:05-cv-07516-(KMK)(DFE)
                                          :
        v.                                :
                                          :
ACTIV8NOW, LLC and ACTIVE8MEDIA, LLC,    :
                                          :
             Defendants,                  :
             Counterclaimants Activ8now   :
             and Active8media,            :
                                          :
        v.                                :
                                          :
ADVANCE PUBLICATIONS, INC.                :
and RICHFX, INC.,                         :
                                          :
             Third Party Defendants.      :
---------------------------------------------x

**EXHIBIT G TO**
**RICHFX, INC.'S OPENING CLAIM CONSTRUCTION BRIEF**

ATL01/12241952v1



# WEBSTER'S
# Ninth New
# Collegiate
# Dictionary

Exhibit G, Page 1



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*A Merriam-Webster®* is the registered trademark you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1991 by Merriam-Webster Inc.

Philippines Copyright 1991 by Merriam-Webster Inc.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's ninth new collegiate dictionary.
    p.    cm.
    ISBN 0-87779-508-8. — ISBN 0-87779-509-6  (indexed). — ISBN 0-87779-510-X (deluxe)
    1. English language—Dictionaries.   I. Merriam-Webster, Inc.
PE1628.W5638   1991
423—dc20                                                    90-47350
                                                              CIP

Webster's Ninth New Collegiate Dictionary principal copyright 1983

COLLEGIATE trademark Reg. U.S. Pat. Off.

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

4142434445RMcN91

Exhibit G, Page 2

**1290  Uniate • unison**

more at UNION] (1833) : a Christian of a church adhering to an Eastern rite and discipline but submitting to papal authority — **Uniate** *adj*
**uni·ax·i·al** \,yü-nē-'ak-sē-əl\ *adj* (ca. 1855)  **1** : having only one axis  **2** : of or relating to only one axis
**uni·cam·er·al** \,yü-ni-'kam-(ə-)rəl\ *adj* [*uni-* + LL *camera* room, chamber + E *-al* — more at CHAMBER] (1853) : having or consisting of a single legislative chamber — **uni·cam·er·al·ly** \-ē\ *adv*
**uni·cel·lu·lar** \,yü-ni-'sel-yə-lər\ *adj* (1858) : having or consisting of a single cell
**uni·corn** \'yü-nə-,ko(ə)rn\ *n* [ME *unicorne*, fr. OF, fr. LL *unicornis*, fr. L, having one horn, fr. *uni-* + *cornu* horn — more at HORN] (13c) : a mythical animal generally depicted with the body and head of a horse, the hind legs of a stag, the tail of a lion, and a single horn in the middle of the forehead
**uni·cy·cle** \'yü-ni-,sī-kəl\ *n* [*uni-* + *-cycle* (as in *tricycle*)] (1869) : any of various vehicles that have a single wheel and are propelled usu. by pedals or applied draft — **uni·cy·clist** \-,sī-k(ə-)ləst\ *n*
**uni·di·men·sion·al** \,yü-ni-də-'men-chən-'l, -'mench-nəl *also* -'di-\ *adj* (1883) : ONE-DIMENSIONAL — **uni·di·men·sion·al·i·ty** \-,men-chə-'nal-ət-ē\ *n*
**uni·di·rec·tion·al** \,yü-ni-də-'rek-shnəl, -dī-, -shən-'l\ *adj* (1883)  **1** : involving, functioning, moving, or responsive in a single direction  **2** : not subject to change or reversal of direction — **uni·di·rec·tion·al·ly** \-ē\ *adv*
**unidirectional current** *n* (1883) : DIRECT CURRENT
**uni·fac·to·ri·al** \,yü-ni-fak-'tōr-ē-əl, -'tȯr-\ *adj* (1933) : relating to or controlled by a single gene ⟨~ disorders⟩
**uni·fi·ca·tion** \,yü-nə-fə-'kā-shən\ *n* (1851) : the act, process, or result of unifying : the state of being unified
**uni·fi·lar** \,yü-ni-'fī-lər\ *adj* (1856) : having or involving use of only one thread, wire, or fiber
**uni·fo·li·ate** \-'fō-lē-ət\ *adj* (1849)  **1** : having only one leaf  **2** : UNIFOLIOLATE
**uni·fo·li·o·late** \-'fō-lē-ə-,lāt\ *adj, of a leaf* (ca. 1864) : compound but having only a single leaflet and distinguishable from a simple leaf by the basal joint
**¹uni·form** \'yü-nə-,fȯrm\ *adj* [MF *uniforme*, fr. L *uniformis*, fr. *uni-* + *-formis* -form] (1540)  **1** : having always the same form, manner, or degree : not varying or variable  **2** : of the same form with others : conforming to one rule or mode : CONSONANT  **3** : presenting an unvaried appearance of surface, pattern, or color ⟨~ red brick houses⟩  **4** : consistent in conduct or opinion ⟨~ interpretation of laws⟩  **5** : relating to or being convergence of a series whose terms are functions in such manner that the absolute value of the difference between the sum of the first *n* terms of the series and the sum of all terms can be made arbitrarily small for all values of the domain of the functions by choosing the *n*th term sufficiently far along in the series — **uni·form·ly** \'yü-nə-,fȯrm-lē, ,yü-nə-'\ *adv* — **uni·form·ness** \'yü-nə-,fȯrm-nəs\ *n*
**²uniform** *vt* (1681)  **1** : to bring into uniformity  **2** : to clothe with a uniform
**³uniform** *n* (1748) : dress of a distinctive design or fashion worn by members of a particular group and serving as a means of identification; *broadly* : distinctive or characteristic clothing
**Uniform** (1956) — a communications code word for the letter *u*
**uni·for·mi·tar·i·an** \,yü-nə-,fȯr-mə-'ter-ē-ən\ *n* (1840)  **1** : an adherent of the doctrine of uniformitarianism  **2** : an advocate of uniformity — **uniformitarian** *adj*
**uni·for·mi·tar·i·an·ism** \-ē-ə-,niz-əm\ *n* (1865) : a geological doctrine that existing processes acting in the same manner as at present are sufficient to account for all geological changes
**uni·for·mi·ty** \,yü-nə-'fȯr-mət-ē\ *n, pl* **-ties** (15c)  **1** : the quality or state of being uniform  **2** : an instance of uniformity
**uni·fy** \'yü-nə-,fī\ *vt* **-fied; -fy·ing** [LL *unificare*, fr. L *uni-* + *-ficare* -fy] (1502) : to make into a unit or a coherent whole : UNITE — **uni·fi·able** \-,fī-ə-bəl\ *adj* — **uni·fi·er** \-,fī(-ə)r\ *n*
**uni·lat·er·al** \,yü-ni-'lat-ə-rəl, -'la-trəl\ *adj* (1802)  **1 a** : done or undertaken by one person or party  **b** : of, relating to, or affecting one side of a subject : ONE-SIDED  **c** : constituting or relating to a contract or engagement by which an express obligation to do or forbear is imposed on only one party  **2 a** : having parts arranged on one side ⟨a ~ raceme⟩  **b** : occurring on, performed on, or affecting one side of the body or one of its parts ⟨~ exophthalmos⟩  **3** : UNILINEAL  **4** : having only one side — **uni·lat·er·al·ly** \-ē\ *adv*
**uni·lin·e·al** \-'lin-ē-əl\ *adj* (1952) : tracing descent through either the maternal or paternal line only
**uni·lin·ear** \,yü-ni-'lin-ē-ər\ *adj* (1926) : developing in or involving a series of stages usu. from the primitive to the more advanced ⟨a ~ cultural sequence⟩
**uni·lin·gual** \,yü-ni-'liŋ-g(yə-)wəl\ *adj* [*uni-* + L *lingua* tongue, language — more at TONGUE] (1866) : composed in or using one language only
**un·il·lu·sioned** \,ən-il-'ü-zhənd, -ən-il-\ *adj* (1926) : free from illusion
**uni·loc·u·lar** \,yü-ni-'läk-yə-lər\ *adj* (1753) : containing a single cavity
**un·imag·in·able** \,ən-ə-'maj-(ə-)nə-bəl\ *adj* (ca. 1611) : not imaginable or incomprehensible — **un·imag·in·ably** \-blē\ *adv*
**un·im·peach·able** \,ən-im-'pē-chə-bəl\ *adj* (1784) : not impeachable : not to be called in question : not liable to accusation : IRREPROACHABLE, BLAMELESS — **un·im·peach·ably** \-blē\ *adv*
**¹un·im·proved** \-'prüvd\ *adj, obs* (1602) : not reproved or admonished
**²unimproved** *adj* (1665) : not improved: as  **a** : not tilled, built on, or otherwise improved for use ⟨~ land⟩  **b** : not used or employed advantageously ⟨wasted time and ~ opportunities⟩  **c** : not selectively bred for better quality or productiveness
**un·in·hib·it·ed** \,ən-in-'hib-ət-əd\ *adj* (ca. 1909) : free from inhibition; *also* : boisterously informal — **un·in·hib·it·ed·ly** *adv* — **un·in·hib·it·ed·ness** *n*
**un·ini·tiate** \,ən-ə-'nish-(ē-)ət\ *adj* (1801) : not initiated : INEXPERIENCED
**un·in·ter·est** \(')ən-'in-trəst, -'int-ə-rəst, -ə-,rest, -ərst, -'in-,trest\ *n* (1952)

**un·in·ter·est·ed** *adj* (1661) : not interested : not having the mind or feelings engaged *usage* see DISINTERESTED
**uni·nu·cle·ate** \,yü-ni-'n(y)ü-klē-ət\ *adj* (1885) : having a single nucleus ⟨a ~ yeast cell⟩
**¹union** \'yün-yən\ *n* [ME, fr. MF, fr. LL *union-, unio* oneness, union, fr. L *unus* one — more at ONE] (15c)  **1 a** : an act or instance of uniting or joining two or more things into one: as  (1) : the formation of a single political unit from two or more separate and independent units  (2) : a uniting in marriage; *also* : SEXUAL INTERCOURSE  (3) : the growing together of severed parts  **b** : a unified condition : COMBINATION, JUNCTION ⟨a gracious ~ of excellence and strength⟩  **2** : something that is made one : something formed by a combining or coalition of parts or members: as  **a** : a confederation of independent individuals (as nations or persons) for some common purpose  **b** : a political unit constituting an organic whole usu. from previously independent units (as England and Scotland in 1707) which have surrendered their principal powers to the government of the whole or to a newly created government (as the U.S. in 1789)  **c** *cap* : an organization on a college or university campus providing recreational, social, cultural, and sometimes dining facilities; *also* : the building housing such an organization  **d** : the set of all elements belonging to one or more of a given collection of two or more sets — called also *join, sum*  **e** : LABOR UNION  **3 a** : a device emblematic of the union of two or more sovereignties borne on a national flag typically in the upper inner corner or constituting the whole design of the flag  **b** : the upper inner corner of a flag  **4** : any of various devices for connecting parts (as of a machine); *esp* : a coupling for pipes or pipes and fittings
**²union** (1707) : of, relating to, dealing with, or constituting a union
**union card** *n* (1874)  **1** : a card certifying personal membership in good standing in a labor union  **2** : something that resembles a union card esp. in being necessary for employment or in providing evidence of in-group status
**union church** *n* (1847) : a local church uniting members of diverse denominational backgrounds in an interdenominational congregation
**union·ism** \'yün-yə-,niz-əm\ *n* (1845) : the principle or policy of forming or adhering to a union: as  **a** *cap* : adherence to the policy of a firm federal union between the states of the United States esp. during the Civil War period  **b** : the principles, theory, advocacy, or system of trade unions
**union·ist** \-nəst\ *n* (1799) : an advocate or supporter of union or unionism
**union·iza·tion** \,yün-yə-nə-'zā-shən\ *n* (1896)  **1** : the quality or state of being unionized  **2** : the action of unionizing
**union·ize** \'yün-yə-,nīz\ *vb* **-ized; -iz·ing** *vt* (1890) : to organize into a labor union  ~ *vi* : to form or join a labor union
**union·ized** *adj* (1900) : characterized by the presence of labor unions ⟨~ states⟩
**union jack** *n, often cap U&J* (1674) : a jack consisting of the union of a national ensign
**union shop** *n* (ca. 1909) : an establishment in which the employer by agreement is free to hire nonmembers as well as members of the union but retains nonmembers on the payroll only on condition of their becoming members of the union within a specified time
**union suit** *n* (1901) : an undergarment with shirt and drawers in one piece
**uni·pa·ren·tal** \,yü-ni-pə-'rent-'l\ *adj* (ca. 1909) : having or involving a single parent; *esp* : PARTHENOGENETIC — **uni·pa·ren·tal·ly** \-'l-ē\ *adv*
**uni·po·lar** \,yü-ni-'pō-lər\ *adj* (1812) : having, produced by, or acting by a single magnetic or electrical pole — **uni·po·lar·i·ty** \-pō-'lar-ət-ē, -pə-\ *n*
**unique** \yü-'nēk\ *adj* [F, fr. L *unicus*, fr. *unus* one — more at ONE] (1602)  **1** : being the only one : SOLE ⟨his ~ concern was his own comfort⟩ ⟨I can't walk away with a ~ copy. Suppose I lost it? —Kingsley Amis⟩ ⟨the ~ factorization of a number into prime factors⟩  **2 a** : being without a like or equal : UNEQUALED ⟨could stare at the flames, each one new, violent, ~ —Robert Coover⟩  **b** : distinctively characteristic : PECULIAR  **1** ⟨this is not a condition ~ to California —Ronald Reagan⟩  **3** : UNUSUAL ⟨a very ~ ball-point pen⟩ ⟨we were fairly ~, the sixty of us, in that there wasn't one good mixer in the bunch —J.D. Salinger⟩ *syn* see STRANGE — **unique·ly** *adv* — **unique·ness** *n*
*usage* Many commentators have objected to the comparison or modification (as by *somewhat, almost,* or *very*) of *unique*; the statement that a thing is either unique or it is not has often been repeated by them. Objections are based chiefly on the assumption that *unique* has but a single absolute sense, an assumption contradicted by information readily available in a dictionary. *Unique* dates back to the 17th century but was little used until the end of the 18th when, according to the Oxford English Dictionary, it was reacquired from French. H.J. Todd entered it as a foreign word in his edition (1818) of Johnson's Dictionary, characterizing it as "affected and useless." Around the middle of the 19th century it ceased to be considered foreign and came into considerable popular use. With popular use came a broadening of application beyond the original two meanings (here numbered 1 and 2a). In modern use both comparison and modification are widespread and standard but are confined to the extended senses 2b and 3. When sense 1 or sense 2a is intended, *unique* is used without qualifying modifiers.
**¹uni·sex** \'yü-nə-,seks\ *n* (1966) : the state or condition of not being distinguishable (as by hair or clothing) as to sex
**²unisex** *adj* (1968)  **1** : not distinguishable as male or female ⟨a ~ face⟩  **2** : suitable or designed for both males and females ⟨~ clothes⟩
**uni·sex·u·al** \,yü-ni-'seksh-(ə-)wəl, -'sek-shəl\ *adj* (ca. 1802)  **1** : of, relating to, or restricted to one sex:  **a** : male or female but not hermaphrodite : DICLINOUS ⟨a ~ flower⟩  **2** : UNISEX — **uni·sex·u·al·i·ty** \-,sek-shə-'wal-ət-ē\ *n*
**uni·son** \'yü-nə-sən, -nə-zən\ *n* [MF, fr. ML *unisonus* having the same sound, fr. L *uni-* + *sonus* sound — more at SOUND] (1575)  **1 a** : identity in musical pitch; *specif* : the interval of a perfect prime  **b** : the state of being so tuned or sounded  **c** : the writing, playing, or singing of parts in a musical passage at the same pitch or in octaves  **2** : a harmonious agreement or union : CONCORD — **unison** *adj* — **in unison** : in perfect agreement : so as to harmonize exactly  **2** : at

**¹unit** \'yü-nət\ *n* [back-formati least natural number : ONE  **b** in calculation  **2** : a determin value) adopted as a standard work used in education in cal of a biologically active agent (r a specific result under strictly thing, person, or group that is military establishment that has nel and materiel)  **c** : a piece form one particular function a central theme  **e** : a local cor
**²unit** *adj* (1844) : being, relating
**unit·age** \'yü-nət-ij\ *n* (1935) tuting a unit  **2** : amount in un
**uni·tar·i·an** \,yü-nə-'ter-ē-ən\ *n*  **1 a** *often cap* : one who believ son  **b** *cap* : a member of a der dom of belief, the free use of re nity, and liberal social action system — **unitarian** *adj, often often cap*
**uni·tary** \'yü-nə-,ter-ē\ *adj* (186 : based on or characterized by of a unit : UNDIVIDED, WHOLE —
**unit cell** *n* (ca. 1936) : the sim structural characteristics of an lattice of a crystal
**unit character** *n* (ca. 1909) : a r none basis; *esp* : one dependent gene
**unit circle** *n* (1955) : a circle whc
**¹unite** \yü-'nīt\ *vb* **unit·ed; unit·ing** *unire* to make one, fr. L, fr. *un* : to put together to form a sing link by a legal or moral bond  ~ *vi*  **1 a** : to become oni by or as if by adhesion or mixtu — **unit·er** *n*
**²unite** \'yü-,nīt\ *n* [obs. *unite* (u (1604) : an old British gold 20- 1604 for the newly united Engla
**unit·ed** \yü-'nīt-əd\ *adj* (1552) to or produced by joint action — **unit·ed·ly** *adv*
**United Nations Day** *n* (1947) : O of the founding of the United Na
**United States** \yü-,nīt-əd-, *esp S* (1617) : a federation of states specified territory ⟨advocating a
**uni·tive** \'yü-nət-iv, yü-'nīt-\ *adj* ( produce union
**unit·ize** \'yü-nət-,īz\ *vt* **-ized; -iz·i** a unit  **2** : to divide into units ⟨ ucts⟩ — **unit·iza·tion** \,yü-nət-ə-'z
**unit magnetic pole** *n* (ca. 1890) : a and like pole at a distance of one one dyne
**unit membrane** *n* [fr. its being the : a 3-layered membrane that cons by a protein layer on each side
**unit rule** *n* (1884) : a rule under w cal convention casts its entire vot ity vote
**uni·trust** \'yü-ni-,trəst\ *n* (1970) : receives annually a fixed percenta
**units digit** *n* (1955) : the numeral ( in a number expressed in the Arat
**units place** *n* (1937) : the place in point in a number expressed in the
**unit train** *n* (1964) : a railway trai directly from producer to consum
**unit trust** *n* (1940)  **1** *Brit* : MUTU whose portfolio consists of long-te
**uni·ty** \'yü-nət-ē\ *n, pl* **-ties** [ME *u* fr. *unus* one — more at ONE] (14c being multiple : ONENESS  **b**  (1) for which 1 is made to stand in cs the radius of the circle is regarded : a condition of harmony : ACCOI or change (as in purpose or action, made one : UNIFICATION  **b** : a co literary or artistic production that undivided total effect; *also* : the re try and consistency of style and parts : an entity that is a compl three principles of dramatic stru from Aristotle's *Poetics* and requi represented as occurring in one p. 20th century American religious = formerly affiliated with New Tho tianity
**¹uni·va·lent** \,yü-ni-'vā-lənt\ *n* (192 aptic mate
**²univalent** *adj* (1933)  **1** : having a somal univalent
**uni·valve** \'yü-ni-,valv\ *n* (1668)  **1** one valve; *esp* : GASTROPOD  **2** : a n — **univalve** *adj*