## **CERTIFICATE OF SERVICE**

The undersigned certifies a true copy of RichFX's Opening Claim Construction Brief and the Declaration of George D. Medlock, Jr. in Support of RichFX's Opening Claim Construction Brief was served by overnight mail to the following attorneys of record:

Randy Lipsitz, Esq.
Richard L. Moss, Esq.
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
*Attorneys for Plaintiff Advance*
*Magazine Publishers inc. d/b/a The*
*Condé Nast Publications*

Dale Lischer, Esq.
T. Hunter Jefferson, Esq.
Deborah A. Heineman, Esq.
SMITH, GAMBRELL & RUSSELL, LLP
Promenade II, Suite 3100
1230 Peachtree Street, N.E.
Atlanta, GA 30309-3592

Paul R. Niehaus, Esq.
NIEHAUS LLP
220 East 54th Street, 3K
New York, New York 10022
*Attorneys for Activ8now, LLC and*
*Active8media, LLC*

This 12th day of June, 2006.

                                                s/Sarah C. Hsia