# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

404-881-7000
Fax: 404-881-7777
www.alston.com

Robert E. Hanlon      Direct Dial: 212-210-9410      E-mail: robert.hanlon@alston.com

June 12, 2006

**MEMO ENDORSED**

VIA HAND DELIVERY

Hon. Kenneth M. Karas
United States District Courthouse
500 Pearl Street, Room 920
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/06

Re: Advanced Magazine Publishers, Inc. v. Activ8now et al., No. 05 CV 7516 (KMK)(DFE)

Dear Judge Karas:

    We represent Counterclaim Defendant RichFX, Inc. ("RichFX") in the referenced action. We write to seek leave from the Court to file the exhibits to RichFX's Markman submission in hard copy.

    The exhibits to RichFX's Markman submission include the file histories for U.S. Patent Nos. 6,535,889 and 6,557,006 (the "patents-in-suit"), and other information which is critical to the Court's construction of the disputed claim terms. The file histories of the patents-in-suit each consist of close to 200 pages.

    We believe that the file histories of the patents-in-suit are critical for construction of the disputed claim terms, in accordance with the Federal Circuit's controlling *Phillips* decision.[1] None of the other parties in this action have submitted the file histories as part of their respective Markman submissions.

    However, after consultation with the ECF Help Desk, we are informed that the ECF system is technologically unable to accommodate the exhibits to RichFX's Markman submission, even if broken up into smaller subparts. The ECF Help Desk instructed us to seek leave of the Court to file these exhibits in hard copy.

    We therefore respectfully request leave of the Court to file the exhibits to RichFX's Markman submission in hard copy. In addition, if the Court wishes, we can

---

[1] *Phillips v. AWH Corp.*, 363 F.3d 1207 (Fed. Cir. 2004)

Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
704-444-1000
Fax: 704-444-1111

90 Park Avenue
New York, NY 10016
212-210-9400
Fax: 212-210-9444

1201 Beechleaf Court, Suite 600
Raleigh, NC 27604-1062
919-862-2200
Fax: 919-862-2260

The Atlantic Building
950 F Street, NW
Washington, DC 20004-1404
202-756-3300
Fax: 202-756-3333

Hon. Kenneth M. Karas
June 12, 2006
Page 2

also provide the Court (and the other parties) with the exhibits in electronic format on a CD-ROM.

Sincerely,

Robert E. Hanlon

cc:   All Counsel of Record (by facsimile)

NYC01/7834250v1

*Paper copies of Rich FX's Markman exhibits may be filed.*

So Ordered

_____
United States District Judge
6/12/06

SO ORDERED
_____
KENNETH M. KARAS U.S.D.J.