## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on June 26, 2006, I caused a copy of the within PRE-HEARING SUR-REPLY BRIEF ON MARKMAN CLAIM TERM CONSTRUCTION OF ADVANCE MAGAZINE PUBLISHERS INC. d/b/a THE CONDÉ NAST PUBLICATIONS AND ADVANCE PUBLICATIONS, INC. to be forwarded for delivery to the following counsel in the manner specified:

*By Mail:*

Paul R. Niehaus, Esq.
Attorney for Defendants
Niehaus LLP
230 Park Avenue, 10th Floor
New York, NY 10169

*By Overnight Courier:*

Frank G. Smith, III, Esq.
Alston & Bird LLP
1201 W. Peachtree Street
Atlanta, GA 30309
Attorney for Third Party Defendant RichFX, Inc.

Robert E. Hanlon, Esq.
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
Attorney for Third Party Defendant RichFX, Inc.

Dale Lischer
Smith, Gambrell & Russell, LLP
Promenade II, Suite 3100
1230 Peachtree Street, N.E.
Atlanta, GA 30309
Attorney for Defendants Activ8now, LLC and Active8media, LLC

Dated: New York, New York
   June 26, 2006

Aaron M. Frankel (AMF-9348)

KL3:2526975.1