UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ADVANCE MAGAZINE PUBLISHERS INC.
d/b/a THE CONDÉ NAST PUBLICATIONS,

    Plaintiff,

v.

ACTIV8NOW, LLC and ACTIVE8MEDIA, LLC,

    Defendants,

v.

ADVANCE PUBLICATIONS, INC. and RICHFX,
INC.,

    Third Party Defendants.
------------------------------------------------------------x

CIVIL ACTION NO.:

05-CV-7516 (KMK) (DFE)

[PROPOSED] ORDER

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/06
```

    Plaintiff Advance Magazine Publishers Inc. d/b/a the Condé Nast Publications ("Condé Nast"), by and through its attorneys Kramer Levin Naftalis & Frankel LLP, having petitioned this Court, by letter dated August 29, 2006, for the issuance of an Order compelling defendants Activ8now, LLC and Active8media, LLC (collectively, "Active8") to produce certain agreements identified on Active8's privilege log dated July 31, 2006, and related documents, and Active8 having advised that they do not oppose Condé Nast's petition,

    IT IS HEREBY ORDERED that Active8 produce forthwith to Condé Nast and RichFX, Inc. the agreements listed as items 4-12 on Active8's privilege log dated July 31, 2006, together with documents concerning the negotiation of the subject agreements.

Dated: New York, New York
        September 5, 2006

                          SO ORDERED:

                          _____
                          DOUGLAS F. EATON
                          UNITED STATES MAGISTRATE JUDGE

KL3 2537873.1