UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADVANCE MAGAZINE PUBLISHERS INC. d/b/a
THE CONDÉ NAST PUBLICATIONS,

            Plaintiff,

v.

ACTIV8NOW, LLC and ACTIVE8MEDIA, LLC,

            Defendants,

v.

ADVANCE PUBLICATIONS, INC. and RICHFX, INC.,

            Third Party Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/06

CIVIL ACTION NO.:

05-CV-7516 (KMK) (DFE)

[~~PROPOSED~~ STIPULATED]
AMENDMENT TO CASE
MANAGEMENT PLAN AND
SCHEDULING ORDER

        The Case Management Plan and Scheduling Order dated December 5, 2005 is hereby amended as follows. Unless otherwise changed below, the pending dates set forth in the Case Management Plan and Scheduling Order dated December 5, 2005 shall govern:

1.     All *fact* discovery, including depositions of fact witnesses, is to be completed by **January 26, 2007**.

2.     Requests to Admit are to be served no later than **February 5, 2007**.

3.     Commencement of *expert* discovery: **November 6, 2006**; all *expert* disclosures, including reports, production of underlying documents and expert depositions are to be completed by **February 16, 2007**:

        a.    Initial expert reports: **December 18, 2006**.
        b.    Rebuttal expert reports: **January 15, 2007**.

SO ORDERED

DATED:    New York, New York
          September 5, 2006

*/s/ Douglas F. Eaton*
DOUGLAS F. EATON ~~KENNETH M. KARAS~~
UNITED STATES ~~DISTRICT~~ MAGISTRATE JUDGE

KL3 2538871.1