

Paul R. Niehaus (PN-3994)
NIEHAUS LLP
230 Park Avenue, 10th Floor
New York, New York 10169
(212) 551-1445

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

ADVANCE MAGAZINE PUBLISHERS INC. :
d/b/a THE CONDÉ NAST PUBLICATIONS, :
: 
: CIVIL ACTION NO.:
Plaintiff, : 1:05-cv-07516-(KMK)(DFE)
: ELECTRONICALLY FILED CASE
v. :
:
ACTIV8NOW, LLC and ACTIVE8MEDIA, LLC, : NOTICE OF MOTION FOR
: ADMISSION PRO HAC VICE
:
Defendants, :
Counterclaimants Activ8now :
and Active8media, :
:
v. :
:
ADVANCE PUBLICATIONS, INC. :
and RICHFX, INC., :
:
Third Party Defendants :
---------------------------------------------------------------x

PLEASE TAKE NOTICE that, on a date and at a time designated by the Court, defendants Activ8now, LLC ("Activ8now") and Active8media, LLC ("Active8media") will move for an order admitting Todd D. Williams to the bar of this Court *pro hac vice* for the purposes of the above-styled case pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York. This motion is based upon the accompanying Memorandum of Law, the Declaration of Paul R. Niehaus, a member in good

standing of the Bar of this Court, together with the a certificate of good standing attached as an exhibit submitted herewith, and the Declaration of Todd D. Williams.

Dated: September 12, 2006
       New York, New York

_____
Paul R. Niehaus
NIEHAUS LLP
230 Park Avenue, 10th Floor
New York, New York 10169
Tel.: (212) 551-1445
*Attorney for Defendants*
*Activ8Now, LLC and Active8Media, LLC*

TO:

Randy Lipsitz, Esq. (RL-1526)
Richard L. Moss, Esq. (RLM-7948)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Tel.: (212)715-9100
Fax: (212)715-8000
*Attorneys for Plaintiff Advance Magazine Publishers Inc.
d/b/a The Condé Nast Publications*

Robert Eliot Hanlon, Esq.
ALSTON & BIRD, LLP
90 Park Avenue
New York, New York  10016

Frank G. Smith, III, Esq.
George D. Medlock, Esq.
ALSTON & BIRD, LLP
1201 W. Peachtree Street
Atlanta, Georgia 30309

*Attorneys for Third Party Defendant RichFX, Inc.*

## CERTIFICATE OF SERVICE

I, Paul R. Niehaus, an attorney duly registered and licensed to practice law in the State of New York and in this Court, hereby certify under penalty of perjury that I caused the annexed Notice of Motion for Admission Pro Hac Vice, and the accompanying Memorandum of Law, Declaration of Paul R. Niehaus, Certificate of Good Standing, and Declaration of Todd D. Williams to be served by U.S. Mail on September 12, 2006 on the following parties, in addition to electronic service effected by the Court:

>Randy Lipsitz, Esq. (RL-1526)
>Richard L. Moss, Esq. (RLM-7948)
>KRAMER LEVIN NAFTALIS & FRANKEL LLP
>1177 Avenue of the Americas
>New York, New York 10036
>Tel.: (212)715-9100
>Fax: (212)715-8000
>*Attorneys for Plaintiff Advance Magazine Publishers Inc.*
>*d/b/a The Condé Nast Publications*
>
>Robert Eliot Hanlon, Esq.
>ALSTON & BIRD, LLP
>90 Park Avenue
>New York, New York 10016
>
>Frank G. Smith, III, Esq.
>George D. Medlock, Esq.
>ALSTON & BIRD, LLP
>1201 W. Peachtree Street
>Atlanta, Georgia 30309
>
>*Attorneys for Third Party Defendant RichFX, Inc.*

_____
Paul R. Niehaus

Paul R. Niehaus (PN-3994)
NIEHAUS LLP
230 Park Avenue, 10th Floor
New York, New York 10169
(212) 551-1445

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
_____x

| | |
|---|---|
| ADVANCE MAGAZINE PUBLISHERS INC. d/b/a THE CONDÉ NAST PUBLICATIONS, | |
| Plaintiff, | CIVIL ACTION NO.: 1:05-cv-07516-(KMK)(DFE) ELECTRONICALLY FILED CASE |
| v. | |
| ACTIV8NOW, LLC and ACTIVE8MEDIA, LLC, | MEMORANDUM OF LAW IN SUPPORT OF ADMISSION PRO HAC VICE |
| Defendants, Counterclaimants Activ8now and Active8media, | |
| v. | |
| ADVANCE PUBLICATIONS, INC. and RICHFX, INC., | |
| Third Party Defendants | |

_____x

Defendants Activ8now, LLC and Active8media, LLC, submit this memorandum of law in support of their motion to admit Todd D. Williams to the bar of this Court *pro hac vice*. Neither plaintiff nor third-party defendants oppose the motion.

Todd D. Williams is an attorney in practice with the law firm of Smith, Gambrell & Russell, LLP, 1230 Peachtree Street, N.E., Atlanta, Georgia. Todd D. Williams has never been denied admission to or disciplined by any court.

Todd D. Williams is admitted to, and a member in good standing with, the State Bar of Georgia. Todd D. Williams has reviewed and familiarized himself with the Local Rules of the Southern District of New York, as well as this Court's Individual Practices.

Pursuant to Southern District Local Rule 1.3(c), this Court may, upon motion, admit attorneys to practice *pro hac vice*. Todd D. Williams is familiar with the facts and circumstances of this case and, if admitted, will serve as trial counsel in this matter. Defendants further believe that this matter will be conducted most efficiently if applicant is permitted to appear *pro hac vice*.

In light of applicant's qualifications, and plaintiff and third-party defendants' consent, defendants respectfully request that their motion be granted, and that Todd D. Williams be admitted to practice *pro hac vice*.

Dated: September 12, 2006
      New York, New York

                                              Respectfully submitted,

                                              Paul R. Niehaus
                                              NIEHAUS LLP
                                              230 Park Avenue, 10th Floor
                                              New York, New York 10169
                                              (212) 551-1445

Paul R. Niehaus (PN-3994)
NIEHAUS LLP
230 Park Avenue, 10th Floor
New York, New York 10169
(212) 551-1445

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____x

| | |
|---|---|
| ADVANCE MAGAZINE PUBLISHERS INC. d/b/a THE CONDÉ NAST PUBLICATIONS, | |
| Plaintiff, | CIVIL ACTION NO.: 1:05-cv-07516-(KMK)(DFE) ELECTRONICALLY FILED CASE |
| v. | |
| ACTIV8NOW, LLC and ACTIVE8MEDIA, LLC, | DECLARATION OF PAUL R. NIEHAUS IN SUPPORT OF ADMISSION PRO HAC VICE |
| Defendants, Counterclaimants Activ8now and Active8media, | |
| v. | |
| ADVANCE PUBLICATIONS, INC. and RICHFX, INC., | |
| Third Party Defendants | |

_____x

I, PAUL R. NIEHAUS, hereby declare under penalty of perjury:

1. I am attorney and a partner with the law firm Niehaus LLP. I submit this declaration in support of Defendants' motion pursuant to Rule 1.3(c) of the Local Rules for the Southern District of New York for an order granting Todd D. Williams admission *pro hac vice* to the bar of the United States District Court for the Southern District of New York.

2. I am a member in good standing of the bar of this Court.

3. Todd D. Williams is associated with the firm Smith, Gambrell & Russell, LLP, in Atlanta, Georgia. He was admitted to the State Bar of Georgia in 2005, and is currently a member in good standing of that bar. A original certificate of good standing issued by the State Bar of Georgia is attached hereto as Exhibit A.

4. Attorneys for Plaintiff and for Third Party Defendants have stated that they have no objection to Mr. Williams' admission *pro hac vice* inthis matter.

I declare subject to the penalties of perjury as set forth in section 1746 of Title 28 of the United States Code that the foregoing is true and correct.

Dated: September 12, 2006
       New York, New York

                                                   Paul R. Niehaus

# STATE BAR OF GEORGIA



*Lawyers Serving the Public and the Justice System*

Mr. Todd Douglas Williams
Smith Gambrell & Russell LLP
Promenade II
1230 Peachtree Street, N.E., Suite 3100
Atlanta, GA  30309

CURRENT STATUS:     Active Member-Good Standing

DATE OF ADMISSION TO PRACTICE:     11/11/2005

Attorney Bar Number: 142379

Today's Date:     August 31, 2006

Listed below are the disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition |
|---|---|---|
| NA | NA | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:
- Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, which is the highest court needed for individuals to practice law in the State of Georgia.
- Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

STATE BAR OF GEORGIA

*Toni Peterson*

Official Representative of State Bar of Georgia

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435

Paul R. Niehaus (PN-3994)
NIEHAUS LLP
230 Park Avenue, 10th Floor
New York, New York 10169
(212) 551-1445

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

ADVANCE MAGAZINE PUBLISHERS INC.
d/b/a THE CONDÉ NAST PUBLICATIONS,

        Plaintiff,

    v.

ACTIV8NOW, LLC and ACTIVE8MEDIA, LLC,

        Defendants,
        Counterclaimants Activ8now
        and Active8media,

    v.

ADVANCE PUBLICATIONS, INC.
and RICHFX, INC.,

        Third Party Defendants

---------------------------------------------------------------x

CIVIL ACTION NO.:
1:05-cv-07516-(KMK)(DFE)
ELECTRONICALLY FILED CASE

DECLARATION OF TODD D.
WILLIAMS IN SUPPORT OF
ADMISSION PRO HAC VICE

I, Todd D. Williams, hereby declare under penalty of perjury:

1.    I am attorney associated with Smith, Gambrell & Russell, LLP, Promenade II, Suite 3100, 1230 Peachtree Street, N.E., Atlanta, Georgia 30309. I submit this declaration in support of Defendants' motion for my admission *pro hac vice* to the bar of this Court in this action.

2.    I received my Juris Doctor degree from Harvard Law School.

3.  I was admitted to the State Bar of Georgia in 2005 and am currently a member in good standing of that bar.

4.  I do not currently have, nor have I ever had, any disciplinary proceedings or criminal charges instituted against me. Nor have I ever been denied admission to the bar of any court on moral or ethical grounds.

5.  I have reviewed and familiarized myself with the Local Rules of the Southern District of New York, and this Court's Individual Practices, and will adhere to such rules as well as the ethical rules and canons governing attorney conduct in this Court.

I declare subject to the penalties of perjury as set forth in section 1746 of Title 28 of the United States Code that the foregoing is true and correct.

Todd D. Williams