Paul R. Niehaus (PN-3994)
NIEHAUS LLP
230 Park Avenue, 10th Floor
New York, New York 10169
(212) 551-1445

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/18/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x

ADVANCE MAGAZINE PUBLISHERS INC.  :
d/b/a THE CONDÉ NAST PUBLICATIONS,  :
                                    :
                                    :   CIVIL ACTION NO.:
             Plaintiff,             :   1:05-cv-07516 (KMK)
                                    :   ELECTRONICALLY FILED CASE
        v.                          :
                                    :
ACTIV8NOW, LLC and ACTIVE8MEDIA, LLC, : [PROPOSED] ORDER
                                    :   GRANTING ADMISSION
                                    :   PRO HAC VICE
             Defendants,            :
        Counterclaimants Activ8now  :
        and Active8media,           :
                                    :
        v.                          :
                                    :
ADVANCE PUBLICATIONS, INC.          :
and RICHFX, INC.,                   :
                                    :
             Third Party Defendants. :
_____ x

Kenneth M. Karas, District Judge:

    For good cause shown, and pursuant to Southern District of New York Local Rule 1.3(c),

I hereby GRANT the motion of defendants Activ8now, LLC and Active8media, LLC to admit

attorney Todd M. Williams to the bar of this Court *pro hac vice*.

Mr. Williams is directed to pay the appropriate fees to the Clerk of the Court, and to

register as an ECF Filing User.

SO ORDERED.

Dated:  September 15, 2006
        New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE