UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/06

**Advance Magazine Publishers, Inc.**
*doing business as*
**The Conde Nast Publications,**

           **Plaintiff.**

-v-

**Active8now, L.L.C. et ano,**

           **Defendants**

Case No. 05-cv-07516(KMK)

ORDER SETTING
MOTION ARGUMENT

KENNETH M. KARAS, District Judge:

    The Court hereby ORDERS that the oral argument on the outstanding Markman issues in this case shall be held at 2:30pm on December 14, 2006 in the United States Courthouse for the Southern District of New York, Courtroom 21D, 500 Pearl Street, New York, New York.

SO ORDERED.

Kenneth M. Karas
United States District Judge

Dated: November 7, 2006
New York, New York