UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADVANCE MAGAZINE PUBLISHERS INC. d/b/a
THE CONDÉ NAST PUBLICATIONS,

    Plaintiff,

v.

ACTIV8NOW, LLC and ACTIVE8MEDIA, LLC,

    Defendants,

v.

ADVANCE PUBLICATIONS, INC. and RICHFX, INC.,

    Third Party Defendants.

---

CIVIL ACTION NO.:

05-CV-7516 (KMK) (DFE)

*This an ECF case*

STIPULATED AMENDMENT TO
CASE MANAGEMENT PLAN AND
SCHEDULING ORDER

---

  The Case Management Plan and Scheduling Order dated December 5, 2005 as amended on September 5, 2006 is hereby further amended as follows regarding expert discovery. Unless otherwise changed below, the pending dates set forth in the Case Management Plan and Scheduling Order dated December 5, 2005 as amended on September 5, 2006, shall govern:

1.  *Expert* discovery: All *expert* disclosures, including reports, production of underlying documents and expert depositions are to be completed **within five (5) months following the Court's Markman Ruling**:

    a. Initial expert reports on issues for which any party has the burden of proof: **within two (2) months following the Court's Markman Ruling**.

    b. Opposing expert reports: **within four (4) months following the Court's Markman Ruling**.

SO ORDERED

DATED: New York, New York
     November 16, 2006

              _____
              DOUGLAS F. EATON
              UNITED STATES MAGISTRATE JUDGE

KL3 2556343 2