Paul R. Niehaus, Esq. (PN-3994)
NIEHAUS LLP
230 Park Avenue, 10th Floor
New York, NY  10169
(212) 551-1445

Dale Lischer, Esq. (DL-9708)
T. Hunter Jefferson, Esq. (TJ-8693)
Todd D. Williams, Esq. (TW-7528)
SMITH, GAMBRELL & RUSSELL, LLP
Promenade II, Suite 3100
1230 Peachtree St., N.E.
Atlanta, Georgia  30309
(404) 815-3500

Attorneys for Defendants Activ8now, LLC
and Active8media, LLC

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ADVANCE MAGAZINE PUBLISHERS INC. d/b/a THE CONDÉ NAST PUBLICATIONS, | |
| Plaintiff, | CIVIL ACTION NO.: 1:05-cv-07516-(KMK)(DFE) |
| v. | ELECTRONICALLY FILED |
| ACTIV8NOW, LLC and ACTIVE8MEDIA, LLC, | NOTICE OF DISSOCIATION |
| Defendants, Counterclaimants Activ8now and Active8media, | |
| v. | |
| ADVANCE PUBLICATIONS, INC. and RICHFX, INC., | |
| Third Party Defendants | |

LIT\974120.1

**TO THE CLERK OF THIS COURT, AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that, as of Thursday, November 30, 2006, attorney Deborah A. Heineman, will no longer be associated with the firm of Smith, Gambrell & Russell, LLP, counsel for Defendants, Activ8now, LLC and Activ8media, LLC.  Please immediately remove Ms. Heineman from service lists, and from all future correspondence.

Dated: November 28, 2006
     New York, New York

                                  s/ Paul R. Niehaus
                                  Paul R. Niehaus (PN-3994)
                                  NIEHAUS LLP
                                  230 Park Avenue, 10th Floor
                                  New York, New York   10169
                                  (212) 551-1445
                                  (212) 624-0223
                                  pniehaus@niehausllp.com

## CERTIFICATE OF SERVICE

I hereby certify that I have filed a copy of the within and foregoing Notice of Dissociation with the Clerk of Court using the CM/ECF system which will send electronic notice of such filing to:

Randy Lipsitz, Esq.
Richard L. Moss, Esq.
Aaron M. Frankel, Esq.
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York  10036

Robert Eliot Hanlon, Esq.
ALSTON & BIRD, LLP
90 Park Avenue
New York, New York  10016

Frank G. Smith, III, Esq.
George D. Medlock, Esq.
ALSTON & BIRD, LLP
1201 W. Peachtree Street
Atlanta, Georgia 30309


This 28th day of November, 2006.

                                                    s/  Paul R. Niehaus
                                                    Paul R. Niehaus