```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**Advance Magazine Publishers, Inc.**
*doing business as*
**The Conde Nast Publications,**

            **Plaintiff.**

-v-

**Active8now, L.L.C. et ano,**

            **Defendants**

Case No. 05-cv-07516(KMK)

AMENDED* ORDER SETTING
MOTION ARGUMENT

---

KENNETH M. KARAS, District Judge:

      The Court hereby ORDERS that the oral argument on the outstanding Markman issues in this case shall be held at 10:00am on January 10, 2007* in the United States Courthouse for the Southern District of New York, Courtroom 21D, 500 Pearl Street, New York, New York.

                                                  SO ORDERED.

                                                  Kenneth M. Karas
                                                  United States District Judge

Dated: November 30, 2006
       New York, New York