Paul R. Niehaus (PN-3994)
NIEHAUS LLP
230 Park Avenue, 10th Floor
New York, New York 10169
(212) 551-1445

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/06
```

------------------------------------------------------x

ADVANCE MAGAZINE PUBLISHERS INC.  :
d/b/a THE CONDÉ NAST PUBLICATIONS,  :
                                                Plaintiff,  :

v.  :

ACTIV8NOW, LLC and ACTIVE8MEDIA, LLC,  :

                                Defendants,  :
                            Counterclaimants Activ8now  :
                            and Active8media,  :

v.  :

ADVANCE PUBLICATIONS, INC.  :
and RICHFX, INC.,  :

                            Third Party Defendants.  :

------------------------------------------------------x

CIVIL ACTION NO.:
1:05-cv-07516 (KMK)
ELECTRONICALLY FILED CASE

[~~PROPOSED~~] ORDER
GRANTING ADMISSION
PRO HAC VICE

<u>Kenneth M. Karas, District Judge:</u>

      For good cause shown, and pursuant to Southern District of New York Local Rule 1.3(c), I hereby GRANT the motion of defendants Activ8now, LLC and Active8media, LLC to admit attorney Devin H. Gordon to the bar of this Court *pro hac vice*.

Mr. Williams is directed to pay the appropriate fees to the Clerk of the Court, and to register as an ECF Filing User.

SO ORDERED.

Dated: December __, 2006
      New York, New York

                                KENNETH M. KARAS
                                UNITED STATES DISTRICT JUDGE