USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/23/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ADVANCE MAGAZINE PUBLISHERS INC.
d/b/a THE CONDE NAST PUBLICATIONS,

        Plaintiff,

  - against -

ACTIV8NOW, LLC and ACTIV8MEDIA, LLC,

        Defendants,

  - against -

ADVANCE PUBLICATIONS, INC.
and RICHFX, INC.,

        Third-Party Defendants.
------------------------------------x

05 Civ. 7516(KMK)(DFE)

This is an ECF case

MEMORANDUM AND ORDER

DOUGLAS F. EATON, United States Magistrate Judge.

At the end of my Memorandum and Order dated May 1, 2007, I wrote:

> Exhs. 21 and 22 suggest that the parties may soon present me with a joint letter concerning allegations by Conde Nast that Activ8's document production was inadequate. Nevertheless, I find that we have sufficiently reached the close of fact discovery so that the parties must now comply with ¶12 of the Case Management Plan:
>
>> 12. All counsel must meet for at least one (1) hour to discuss settlement not later than two (2) weeks following the close of *fact* discovery.

However, I had overlooked ¶10, which said that the *Markman* hearing would take place "mid-way through *fact* discovery." Moreover, all of the parties have now advised me that a settlement conference is more likely to be fruitful if it is held after Judge Karas has issued his *Markman* decision.

Accordingly, I will wait until then to hear from the parties about a settlement conference. In the meantime, if any party feels it necessary to present me with a joint letter, I will rule

-1-

on it, but I warn the parties that I am swamped with other cases at the present time.

*[signature: Douglas F. Eaton]*

DOUGLAS F. EATON
United States Magistrate Judge
500 Pearl Street, Room 1360
New York, New York 10007
Telephone: (212) 805-6175
Fax: (212) 805-6181

Dated:   New York, New York
         May 22, 2007

Copies of this Memorandum and Order are being sent by electronic filing and also to:

Randy Lipsitz, Esq. at 212-715-8134 fax
Dale Lischer, Esq. at 404-815-3509 fax
Hon. Kenneth M. Karas