UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
ADVANCE MAGAZINE PUBLISHERS INC         : CIVIL ACTION NO.: 05-CV-7516
d/b/a THE CONDÉ NAST PUBLICATIONS,      :
                                        :   **Notice of Appearance**
            Plaintiff,                  :
                                        :
vs.                                     :
                                        :
ACTIV8NOW, LLC and ACTIVE8MEDIA         :
                                        :
            Defendants.                 :
-----------------------------------------------------------------

PLEASE TAKE NOTICE that the undersigned appears as attorney for defendant ACTIVE8MEDIA, LLC s/h/a ACTIVE8MEDIA, in this action and requests that all papers be served upon her.

Dated: New York, New York
       June 7, 2007

                                        CAMACHO MAURO MULHOLLAND, LLP.

                                        _____
                                        Kathleen M. Mulholland, Esq. (6517)
                                        Empire State Building
                                        350 Fifth Avenue – Suite 5101
                                        New York, New York 10118
                                        (212) 947-4999  fax: (212) 947-8099
                                        Attorneys for Defendant: Active8Media,
                                        LLC s/h/a Active8Media
                                        Our File No.: MEDY-1756-K

STATE OF NEW YORK  )
COUNTY OF NEW YORK ) ss:

Gloria Zapata, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

That on June 8, deponent served the within **Notice of Appearance** upon the attorneys/individuals listed below, at his/her/its addresses which were so designated by said attorneys for said purpose, by depositing a true copy of same enclosed in a post paid properly addressed wrapper in a post office under the exclusive care and custody of the United States Postal Service within the State of New York:


TO:

**Aaron Mark Frankel**
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, New York  10036
(212) 715-9100
Fax (212) 715-8000
Attorneys for Plaintiff/Counter Claimant/Counter Defendant Advance Magazine Publishers, Inc.

**Robert Eliot Hanlon**
Alston & Bird, LLP (NYC)
90 Park Avenue
New York, New York 10016
(212) 210-9410
Fax (212) 210-9444
Attorneys for Counter Defendant RichFX, Inc.

**Deborah A. Heinman**
Smith, Gambrell & Russell, LL
Promenade Ii, Suite 3100
1230 Peachtree St., N.E.
Atlanta, GA 30309
(404) 815-3631
Fax (404) 685-6931
Attorneys for Defendant Activ8now, LLC

**Thomas Hunter Jefferson**
Smith, Gambrell & Russell, LL
Promenade Ii, Suite 3100

1230 Peachtree St., N.E.
Atlanta, GA 30309
(404) 815-3631
Fax (404) 685-6931
Attorneys for defendants Active8media, L.L.C. and Activ8now, LLC

**Randy Lipsitz**
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, New York  10036
(212) 715-9100
Fax (212) 715-8000
Attorneys for Plaintiff Advance Magazine Publishers, Inc.

**Dale Lischer**
Smith, Gambrell & Russell, LL
Promenade Ii, Suite 3100
1230 Peachtree St., N.E.
Atlanta, GA 30309
(404) 815-3631
Fax (404) 685-6931
Attorneys for defendant Active8media, L.L.C.

**George Douglas Medlock, Jr.**
Alston & Bird LLP
One Atlantic Center, 1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7765
Fax (404) 253-8465
Attorneys for Counter Claimant/Counter Defendant RichFX, Inc.

**Richard Lloyd Moss**
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, New York  10036
(212) 715-9100
Fax (212) 715-8000
Attorneys for Plaintiff Advance Magazine Publishers, Inc.

**Paul Robert Niehaus**
Niehaus LLP
230 Park Avenue – 10th Floor
New York, New York 10169
(212) 551-1445
Fax (212) 624-0223

Attorneys for Defendant/Counter Claimant Activ8now, LLC, Defendant Counter Claimant Active8media, L.L.C

**Frank G. Smith**
Alston & Bird LLP
One Atlantic Center, 1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7765
Fax (404) 253-8465
Attorneys for Counter Claimant/Counter Defendant RichFX, Inc.

**Todd Douglas Williams**
Smith, Gambrell & Russell, LL
Promenade Ii, Suite 3100
1230 Peachtree St., N.E.
Atlanta, GA 30309
(404) 815-3631
Fax (404) 685-6931
Attorneys for defendants Activ8now, LLC and Active8media, L.L.C.

_____
Gloria Zapata

Sworn to before me this
8th day of June, 2007

_____

KATHLEEN M. MULHOLLAND
Notary Public, State of New York
No. 31-02MU5016404
Qualified in New York County
Commission Expires August 9, 20 07