Paul R. Niehaus (PN-3994)
NIEHAUS LLP
1359 Broadway, Suite 2001
New York, New York 10018
(212) 631-0223

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

| | | |
|---|---|---|
| ADVANCE MAGAZINE PUBLISHERS INC. d/b/a THE CONDE NAST PUBLICATIONS, | : : : | 05-CV-7516 (KMK) (DFE) |
| Plaintiff, | : : | |
| v. | : : | Electronically Filed Case |
| ACTIV8NOW LLC and ACTIVE8MEDIA LLC | : : | **NOTICE OF CHANGE OF ADDRESS** |
| Defendants. | : : | |
| v. | : : | |
| ADVANCE PUBLICATIONS, INC. and RICH FX INC., | : : : | |
| Third Party Defendants | : | |

-------------------------------------------------------------X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD, PLEASE TAKE

NOTICE:

    As of Monday, September 3, 2007, Niehaus LLP's new address is:

    Niehaus LLP
    1359 Broadway, Suite 2001
    New York, New York 10018
    (212) 631-0223 (tel)
    (212) 624-0223 (fax)
    e-mail: pniehaus@niehausllp.com

Please deliver and/or serve all documents at the above address, and contact me at the above

telephone number and/or e-mail address.

Dated:  August 29, 2007
      New York, New York

                                          s/ Paul R. Niehaus
                                          Paul R. Niehaus (PN-3994)
                                          NIEHAUS LLP
                                          1359 Broadway, Suite 2001
                                          New York, New York  10018
                                          (212) 631-0223 (tel)
                                          (212) 624-0223 (fax)
                                          e-mail: pniehaus@niehausllp.com

TO:  Attached Service List

**CERTIFICATE OF SERVICE**

I, Paul R. Niehaus, Esq., an attorney duly registered and licensed to practice law in the State of New York and in this Court, hereby certify under penalty of perjury that I caused the annexed Notice of Change of Address to be filed electronically with the Clerk of the Court on Wednesday, August 29, 2007, using the CM/ECF system, which will send electronic notice of such filing to:

> Randy Lipsitz, Esq.
> Richard L. Moss, Esq.
> Aaron M. Frankel, Esq.
> KRAMER LEVIN NAFTALIS & FRANKEL LLP
> 1177 Avenue of the Americas
> New York, New York 10036
> Tel: (212) 715-9100
> *Attorneys for Advance Magazine Publishers Inc.*
> *d/b/a The Condé Nast Publications and Advance Publications, Inc.*
>
> Robert Eliot Hanlon, Esq.
> George D. Medlock, Jr., Esq.
> ALSTON & BIRD, LLP
> 90 Park Avenue
> New York, New York 10016
> Tel: (212) 210-9410
> *Attorneys for RichFX, Inc.*
>
> Frank G. Smith, Esq.
> ALSTON & BIRD, LLP
> One Atlantic Center, 1201 W. Peachtree St.
> Atlanta, GA 30309
> (404) 881-7765
> *Attorneys for RichFX, Inc.*
>
> Dale Lischer, Esq.
> T. Hunter Jefferson, Esq.
> Todd D. Williams, Esq.
> Smith, Gambrell & Russell, LLP
> Promenade II, Suite 3100
> Atlanta, GA 30309
> (404) 815-3500
> *Attorneys for Active8media LLC, and Activ8now LLC*
> Kathleen M. Mulholland, Esq.

       CAMACHO MAURO MULHOLLAND, LLP
       350 Fifth Avenue
       Suite 5101
       New York, New York  10118
       (212) 947-4999
       *Attorneys for Active8media, LLC*

This 29th day of August, 2007, New York, New York.

                                                     s/ Paul R. Niehaus
                                                     Paul R. Niehaus