

**C M M Camacho Mauro Mulholland, LLP**
Attorneys at Law

EMPIRE STATE BUILDING • 350 FIFTH AVENUE • SUITE 5101 • NEW YORK, NY 10118
tel. (212) 947-4999 • fax. (212) 947-8099 • www.cmmattorneys.com

October 17, 2007

**RECEIVED OCT 19 2007**

**MEMO ENDORSED**

**Via ECF & US Mail**

Honorable Kenneth M. Kares
United States District Court
Southern District of New York
300 Quarropas Street – 3rd Floor
White Plains, NY 10601

Re:   Advance Magazine Publishers, Inc. d/b/a The Conde Nast
      Publications v. Activ8now, LLC and Activ8media, LLC v.
      Advance Publications, Inc. and RICHFX, Inc.
      D/L: TBD
      Docket No.: 05 CV 7516 (KMK)(DFE)
      Our File No.: MEDY-1756-K

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Dear Judge Kares:

I previously entered a notice of appearance on behalf of Activ8media, LLC in the above matter.

Please be advised that all coverage issues in this matter have been resolved. All counsel for Activ8media have agreed that Smith, Gambrell & Russell, LLP will be handling this matter on behalf of Activ8media, LLC. On that basis, it would appear that my participation in this matter is no longer required.

In light of the fact that attorneys continue to represent Activ8media, it is my understanding that a formal motion to withdraw as counsel is not required. Of course, if your Honor requires such a motion, we will be happy to serve one.

Thank you for your thoughtful consideration.

Respectfully Submitted,

CAMACHO MAURO MULHOLLAND, LLP

*[signature]*

Kathleen M. Mulholland
KMM/gz
Z:\CASES\1756\oc\Letter to court re new attorneys.doc

*[Handwritten endorsement:]* Ms. Mulholland may withdraw from this case, with the thanks of the Court.

SO ORDERED
*[signature]*
KENNETH M. KARAS U.S.D.J.
10/23/07

12 Roszel Road • Suite A-204 • Princeton NJ 08540 • tel. (609) 452-7999 • fax. (609) 452-9222
Please respond to New York office

cc:    Aaron Mark Frankel
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, New York 10036

Todd Mannik
Active8media, LLC
10 Glen Lake Parkway,
Suite 900
Atlanta, Georgia 30328

Dale Lischer, Esq.
Smith, Gambrell & Russell, LLP
Promenade II
Suite 3100
1230 Peachtree Street, NE
Atlanta, Georgia 30309

Robert Eliot Hanlon
Alston & Bird, LLP (NYC)
90 Park Avenue
New York, New York 10016

Deborah A. Heinman
Smith, Gambrell & Russell, LL
Promenade Ii, Suite 3100
1230 Peachtree St., N.E.
Atlanta, GA 30309

Thomas Hunter Jefferson
Smith, Gambrell & Russell, LL
Promenade Ii, Suite 3100
1230 Peachtree St., N.E.
Atlanta, GA 30309

Randy Lipsitz
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, New York 10036

George Douglas Medlock, Jr.
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street

Atlanta, GA 30309
Richard Lloyd Moss
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, New York 10036

Paul Robert Niehaus
Niehaus LLP
230 Park Avenue – 10th Floor
New York, New York 10169

Frank G. Smith
Alston & Bird LLP
One Atlantic Center, 1201 West Peachtree Street
Atlanta, GA 30309

Todd Douglas Williams
Smith, Gambrell & Russell, LL
Promenade Ii, Suite 3100
1230 Peachtree St., N.E.
Atlanta, GA 30309