**MEMORANDUM**

**Chambers of Douglas F. Eaton
U.S. Magistrate Judge**

TO:      Docket Clerk
           Dorothy Guranich, Case Processing
           District Judge Kenneth M. Karas

FROM:    Magistrate Judge Douglas F. Eaton

DATE:    March 24, 2008

RE:      Advance Magazine   v.   Active8now
           05 Civ. 7516(KMK)(DFE)

       I hereby close the above Order of Reference for magistrate judge statistical purposes. This case remains open.

       Reason: On 9/4/2007, Judge Karas took this case with him to the White Plains courthouse. It appears that he has been handling this case by himself, and that no White Plains Magistrate Judge has been assigned.

_____
DOUGLAS F. EATON