Paul R. Niehaus, Esq. (PN-3994)
NIEHAUS LLP
1359 Broadway, Suite 2001
New York, NY  10018
(212) 551-1445

Dale Lischer, Esq. (DL-9708)
Devin H. Gordon (DG-9471)
Todd D. Williams (TW-7528)
SMITH, GAMBRELL & RUSSELL, LLP
Promenade II, Suite 3100
1230 Peachtree St., N.E.
Atlanta, Georgia  30309
(404) 815-3500

Attorneys for Defendants Activ8now, LLC
and Active8media, LLC

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

—————————————————————— :

ADVANCE MAGAZINE PUBLISHERS INC.          :
d/b/a THE CONDÉ NAST PUBLICATIONS,        :
                                          :
                                          :      CIVIL ACTION NO.:
                  Plaintiff,              :      1:05-cv-07516-(KMK)(DFE)
                                          :
         v.                               :
                                          :
ACTIV8NOW, LLC and ACTIVE8MEDIA, LLC,     :
                                          :
                                          :
                  Defendants,             :
                  Counterclaimants Activ8now :
                  and Active8media,       :
                                          :
         v.                               :
                                          :
ADVANCE PUBLICATIONS, INC.                :
and RICHFX, INC.,                         :
                                          :
                  Third Party Defendants. :
—————————————————————— x

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take Notice that Devin H. Gordon, counsel for Defendants and Counter-Claimants Activ8now, LLC and Active8media, L.L.C (hereinafter "Defendants/Counter-Claimants"), is leaving the employ of Smith, Gambrell & Russell, LLP and is therefore withdrawing as counsel for Defendants/Counter-Claimants in the above-captioned case. The law firms of Smith, Gambrell & Russell, LLP and NIEHAUS LLP will continue to represent Defendants/Counter-Claimants in this matter, and Paul R. Niehaus of NIEHAUS LLP will continue as lead counsel for Defendants/Counter-Claimants.

This 16th day of July, 2008.

Respectfully submitted,

/s/ Devin H. Gordon
Devin H. Gordon
(DG-9471)

*Dale Lischer*

Dale Lischer (DL-9708)
Todd D. Williams (TW-7528)

SMITH, GAMBRELL & RUSSELL, LLP
Promenade II, Suite 3100
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309-3592
(404) 815-3500
(404) 815-3509 (Facsimile)

Paul R. Niehaus (PN-3994)
NIEHAUS LLP
1359 Broadway, Suite 2001
New York, NY 10018
(212) 551-1445
(212) 624-0223 (Facsimile)

Attorneys for Activ8now, LLC and Active8media, LLC

2

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing  NOTICE

OF WITHDRAWAL OF COUNSEL upon all counsel of record  by depositing copies of  same in

the United States mail with adequate postage affixed thereon, addressed as follows:

> Randy Lipsitz, Esq. (RL-1526)
> Richard L. Moss, Esq. (RLM-7948)
> Aaron M. Frankel, Esq. ((AMF-9348)
> Kramer Levin Naftalis & Frankel LLP
> 1177 Avenue of the Americas
> New York, New York 10036
> Tel.: (212)715-9100
> Fax: (212)715-8000
>
> Robert Eliot Hanlon, Esq.
> Alston & Bird, LLP
> 90 Park Avenue
> New York, New York  10016
>
> Frank G. Smith, III, Esq.
> George D. Medlock, Jr. Esq.
> Alston & Bird, LLP P
> 1201 W. Peachtree Street
> Atlanta, Georgia 30309

This 16th day of July, 2008.

/s/ Devin H. Gordon
Devin H. Gordon
(DG-9471)

LIT\1042309.1